Dennis J. Sinclitico, Esq. (SBN 51953)
Hugh R. Burns, Esq. (SBN 149749)
Evan T. Burge, Esq. (SBN 86024)
Sinclitico & Burns, A Professional Law Corporation
330 Golden Shore, Suite 410
Long Beach, California  90802
Telephone: (562) 628-1919
Facsimile:  (562) 628-1909
Email: cnelson@sin-burns.com
*Attorneys for Plaintiff, LYLE RAIMER*



FILED
CLERK, U.S. DISTRICT COURT

NOV 2 3 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

LYLE RAIMER,

                  Plaintiff,

v.

TODD MICHAEL CARTER, FEDERAL
BUREAU OF INVESTIGATION, and
Does 1 – 20, Inclusive.

                  Defendants.

CASE NO.

CV11-9761 JAK (SSx)

COMPLAINT FOR DAMAGES

SINCLITICO & BURNS
330 GOLDEN SHORE, SUITE 410
LONG BEACH, CALIFORNIA  90802

Jurisdiction in the Federal Court (applicable to all Counts)

1.      Plaintiff, LYLE RAIMER, is a citizen and resident of the State of California, Los Angeles County.

2.      Defendant, TODD MICHAEL CARTER, is a citizen and resident of the State of California, Los Angeles County.

3.      Defendant, FEDERAL BUREAU OF INVESTIGATION, is an entity of the United States Federal Government.

4.      The various negligent acts set forth in the instant Complaint occurred in the State of California.

5.      The amount in controversy exceeds, exclusive of interest and costs, $75,000.00.

6.      Jurisdiction exists under Title 28 USCA Section 1332 and 1346(b).

<u>Count I – Negligence by the Defendant, TODD MICHAEL CARTER</u>

7.      On or about August 13, 2010, the Plaintiff, LYLE RAIMER, was traveling northbound on Redondo Avenue, City of Long Beach, Los Angeles County, California.

8.      On the same date and at the same time, the Defendant, TODD MICHAEL CARTER, was traveling westbound on Vista Street, City of Long Beach, Los Angeles County, California and into the lane of travel of Plaintiff LYLE RAIMER.

9.      The Plaintiff, LYLE RAIMER, was proceeding northbound on Redondo Avenue in the number one lane at a speed of 25-30 miles per hour.  As he drove past Vista Avenue, his vehicle was struck in the right rear wheel causing his vehicle to completely flip over landing on its wheels facing southeast in the northbound number one and two lanes of traffic. Defendant, TODD MICHAEL CARTER negligently failed to observe traffic conditions after bringing his vehicle to a stop, and proceeded into the vehicle of Plaintiff LYLE RAIMER.

10.     The Defendant, TODD MICHAEL CARTER, operated his vehicle in a negligent and careless manner by failing to observe traffic conditions and causing his vehicle to collide with the vehicle of Plaintiff. LYLE RAIMER.

11.     The Defendant, TODD MICHAEL CARTER, was negligent and careless in that he:

(a) failed to maintain proper control of his vehicle;

(b) failed to observe the Plaintiff's vehicle;

(c) failed to keep a proper lookout;

(d) failed to avoid a collision;

(e) failed to observe the presence and proximity of the Plaintiff's vehicle;

and

(f) was in other respects negligent and careless.

COMPLAINT FOR DAMAGES

SINCLITICO & BURNS
330 GOLDEN SHORE, SUITE 410
LONG BEACH, CALIFORNIA 90802

SINCLITICO & BURNS
330 GOLDEN SHORE, SUITE 410
LONG BEACH, CALIFORNIA 90802

12.     The Defendant, TODD MICHAEL CARTER, had a duty of care to operate his vehicle in a proper fashion and he breached that duty of care by failing to operate his vehicle in a safe and proper manner.

13.     The Defendant, TODD MICHAEL CARTER's, negligence proximately caused the Plaintiff, LYLE RAIMER, to suffer injuries about his body and limbs and to suffer mental anguish, lost wages, medical and other expenses, as well as other injuries and damages.  All such injuries and damages were caused solely by the negligence of the Defendant, TODD MICHAEL CARTER, without any negligence by the Plaintiff.

14.     The Defendant, FEDERAL BUREAU OF INVESTIGATION, employed Defendant TODD MICHAEL CARTER, who operated a motor vehicle in the course of his employment.

15.     The Defendant, FEDERAL BUREAU OF INVESTIGATION, owned and entrusted the motor vehicle which was operated with their permission by Defendant, TODD MICHAEL CARTER, and Does 1 – 5.

16.     The Defendants, who were the agents and employees of the other defendants and acted within the scope of said agency were TODD MICHAEL CARTER, and Does 1 – 5, inclusive.

17.     A Claim for Injury, Form No. OMB 95 dated November 23, 2011, was mailed to Defendant, FEDERAL BUREAU OF INVESTIGATION.  A copy of said Claim for Injury is attached as Exhibit "A" and incorporated herein by reference.  Thereafter, a corrected Claim for Injury, Form No. OMB 95 was presented to Defendant, FEDERAL BUREAU OF INVESTIGATION, by Certified Mail.  A copy of said corrected Claim for Injury, Form No. OMB 95 dated May 26, 2011 is attached as Exhibit "B" and incorporated herein by reference.  An Amended Claim for Injury, Form No. OMB 95 dated July 29, 2011 was presented to Defendant, FEDERAL BUREAU OF INVESTIGATION, by Certified Mail.  A copy of said Amended Claim for Injury is attached as Exhibit "C" and incorporated herein by reference.

COMPLAINT FOR DAMAGES

WHEREFORE, the Plaintiff, LYLE RAIMER, demands judgment against the Defendants, and each of them, in the amount of Two Hundred Thousand Dollars ($200,000.00) in compensatory damages, interest and costs.

The Plaintiff demands a trial by jury.

DATED: November 2, 2011                    SINCLITICO & BURNS

BY: _____
EVAN T. BURGE, *Attorneys for Plaintiff,*
*LYLE RAIMER*

# EXHIBIT "A"

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1.  Submit to Appropriate Federal Agency: Federal Bureau of Investigation 11000 Wilshire Blvd. Suite 1700 Los Angeles, CA 90024 Attn: Christina Oroz - Legal Unit | 2.  Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code.  Lyle Raimer by Evan T. Burge,Esq. of Sinclitico & Burns, APLC, 330 Golden Shore #410,Long Beach, CA 90802; Tel:562-628-1919;Fax:562-628-1 |
|---|---|

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH 8/5/65 | 5. MARITAL STATUS Single | 6. DATE AND DAY OF ACCIDENT 8/13/10-Friday | 7. TIME (A.M. OR P.M.) 0910 hr |
|---|---|---|---|---|

**8.** BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

See copy of City of Long Beach Police Department Traffic Collision Report No. 10-54739 attached.

**9.** PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code)

Same as Owner

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

Claimant's 2002 Toyota 4Runner SUVwas totalledin the accident.

**10.** PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Left-sided paresthesis, left forearm laceration, neck injury

**11.** WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Lyle Raimer Todd Michael Carter Jeffory Johnson Unidentified passenger (Carter Vehicle) | See Police Report FBI,1World Trade Center #1500, Long Beach, CA Unknown address FBI, 1 World Trade Center #1500 |

**12.** (See instructions on reverse). AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE $11,641.15 | 12b. PERSONAL INJURY $25,000.00 (Estimate) | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). $36,641.15 |
|---|---|---|---|

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). *[signature]* | 13b. PHONE NUMBER OF PERSON SIGNING FORM (562) 628-1919 | 14. DATE OF SIGNATURE Nov. 23, 2010 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

**15. Do you carry accident Insurance?** ☒ Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

Yes - MetLife Auto and Home, P. O. Box 48020, Dayton, Ohio 45475-0020
Policy No.7892240780

**16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?** ☐ Yes ☐ No

Yes, Deductible

**17. If deductible, state amount.**

$250.00

**18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim?** (It is necessary that you ascertain these facts.)

I understand my insurance carrier is proceeding with a subrogation claim as against the United States Government.

**19. Do you carry public liability and property damage insurance?** ☒ Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

MetLife Auto and Home, P. O. Box 48020, Dayton, Ohio 45475-0020
Policy No. 7892240780

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a seperate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title of legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the incident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute this form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

# EXHIBIT "B"

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1.   Submit to Appropriate Federal Agency: | 2.   Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Federal Bureau of Investigation<br>11000 Wilshire Blvd. Suite 1700<br>Los Angeles, CA 90024<br>Attn: Christina Oroz - Legal Unit | Lyle Raimer by Evan T. Burge, Esq<br>of Sinclitico & Burns, APLC,<br>330 Golden Shore #410, Long Beach, CA<br>90802; Tel:562-628-1919; Fax:562-628- |

| 3.   TYPE OF EMPLOYMENT<br>☐ MILITARY  ☒ CIVILIAN | 4.   DATE OF BIRTH<br>8/5/65 | 5.   MARITAL STATUS<br>Single | 6.   DATE AND DAY OF ACCIDENT<br>8/13/10-Friday | 7.   TIME (A.M. OR P.M.)<br>0910 hr |
|---|---|---|---|---|

8.   BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

See copy of City of Long Beach Police Department
Traffic Collision Report No. 10-54739 attached.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

Same as Owner

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant's 2002 Toyota 4Runner SUV was totalled in the accident.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Left-sided paresthesis, left forearm laceration, neck injury

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Lyle Raimer<br>Todd Michael Carter<br>Jeffory Johnson<br>Unidentified passenger (Carter Vehicle) | See Police Report<br>FBI,1World Trade Center #1500, Long Beach, CA<br>Unknown address<br>FBI, 1 World Trade Center #1500 |

12. (See instructions on reverse).   AMOUNT OF CLAIM (in dollars)

| 12a.   PROPERTY DAMAGE<br>See Met-Life Claim | 12b.   PERSONAL INJURY<br>$9,929.18 | 12c.   WRONGFUL DEATH<br>Not Applicable | 12d.   TOTAL (Failure to specify may cause forfeiture of your rights).<br>$9,929.18 |
|---|---|---|---|

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a.   SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b.   PHONE NUMBER OF PERSON SIGNING FORM<br>(562) 628-1919 | 14.   DATE OF SIGNATURE<br>5-26-11 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING<br>FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT<br>CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

---

### INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

**15. Do you carry accident insurance?** ☒ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☐ No

Yes - MetLife Auto and Home, P. O. Box 48020, Dayton, Ohio 45475-0020
Policy No.7892240780

**16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?**   ☐ Yes   ☐ No

Yes,Deductible

**17. If deductible, state amount.**

$250.00

**18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim?** (It is necessary that you ascertain these facts.)

Iunderstand my insurance carrier is proceeding with a subrogation claim as against the United States Government.

**19. Do you carry public liability and property damage insurance?** ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☐ No

MetLife Auto and Home, P. O.Box 48020, Dayton,Ohio 45475-0020
Policy No. 7892240780

---

### INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a seperate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

---

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. Authority: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. Principal Purpose: The information requested is to be used in evaluating claims.
C. Routine Use: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

---

### PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

EXHIBIT "C"

| CLAIM FOR DAMAGE, INJURY, OR DEATH (AMENDED CLAIM) | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1.   Submit to Appropriate Federal Agency: | 2.   Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Federal Bureau of Investigation<br>11000 Wilshire Blvd. Suite 1700<br>Los Angeles, CA 90024<br>Attn: Christina Oroz - Legal Unit | Lyle Raimer by Evan T. Burge,Esq.<br>Sinclitico & Burns,APLC, 330 Golden<br>Shore,Suite 410,Long Beach, CA 90802<br>Tel:562-628-1919;Fax:562-628-1909 |

| 3.   TYPE OF EMPLOYMENT | 4.   DATE OF BIRTH | 5.   MARITAL STATUS | 6.   DATE AND DAY OF ACCIDENT | 7.   TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | 8/5/65 | Single | 8/13/10-Friday | 0910 hr |

8.   BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

See copy of City of Long Beach Police Department Traffic Collision Report No. 10-54739 attached to Standard Form Claim submitted on 5/26/11.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code)

SAME AS OWNER

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

Claimant's 2002 Toyota 4Runner SUV was totalled in the accident.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Left-sided paresthesis, left forearm laceration, neck injury

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, and Zip Code) |
|---|---|
| Lyle Raimer;<br>Todd Michael Carter<br>Jeffory Johnson<br>(Unidentified passenger) | See Police Report<br>FBI, One World Trade Center,#1500, Long Beach,CA<br>Unknown Address<br>Carter Vehicle; FBI, Same address as above |

12. (See instructions on reverse.)   AMOUNT OF CLAIM (in dollars)

| 12a.   PROPERTY DAMAGE | 12b.   PERSONAL INJURY | 12c.   WRONGFUL DEATH | 12d.   TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| SETTLED | $30,000.00 | Not Applicable | $30,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a.   SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b.   PHONE NUMBER OF PERSON SIGNING FORM | 14.   DATE OF SIGNATURE |
|---|---|---|
| *(signature)* | 562-628-1919 | 7/29/11 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
5-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance?  ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.  ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?   ☐ Yes   ☐ No   17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

19. Do you carry public liability and property damage insurance?  ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).  ☐ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a seperate claim form.**

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. Authority: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. Principal Purpose: The information requested is to be used in evaluating claims.
C. Routine Use: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

*13*

TOTAL P.03

# EXHIBIT "1"

```
                                                              ST. MARY MEDICAL CENTER            TYPE   B
                                                              File 71893                         FC     5002
                                                              LONG BEACH CA 90813-XXXX           BILL   REBILL
                                                              888-808-7566                              E/E


RAIMER, LYLE ADRIAN                      08 13 10 08 13 1020000732050-8

                                                          4/15/11        PAGE   1

   RAIMER, LYLE ADRIAN
   37 A. ORANGE AVE.
   LONG BEACH, CA 90802


08 13 10  PRESCRIPTION OUTPATIENT

          0250 PHARMACY                1784644    1                               .00
                                                                                  .00

08 13 10  ER ELBOW MIN 3V LT

          0320 RADIOLOGY               1425917    1   730801T   1             412.00
                                                                              412.00

08 13 10  ER O/P IN BED ROOM CHARGE    0000174  186
08 13 10  ED INTERMEDIATE W/PROCEDURE  2324200    1   99283325            1,005.00
08 13 10  INJ TX/DX/PRO IVPUSH INIT    2333030    1   9637459               202.00
08 13 10  INJ TX/DX/PRO IV PUSH SEQ    2332294    2   9637559               404.00
08 13 10  INF IV HYDRAT EA ADD HR      2332336    1   96361                  138.00
08 13 10  LR CPLX SC/ARM/LG 2-7.5CM    2333335    1   13121              1,144.00
08 13 10  LR CPLX SC/ARM/LG ADD<5CM    2303303    1   13122                  492.00
08 13 10  DEBR SKIN PART THICKNESS     2303212    1   11040                  559.00
                                       2300713

          0450 EMERG ROOM                       194                       3,944.00

08 13 10  HYDROMORPHONE 2MG/ML 1ML INJ 1787777    1   J1170                   4.00
08 13 10  ONDANSETRON INJ 4MG/2ML      1740067    1   J2405                 143.00
08 13 10  MORPHINE INJ 10MG/ML         1719129    1   J2270                 100.00

          0636 DRUGS/DETAIL CODE                  3                         247.00


                                                                         4,603.00
```

2

15

# EXHIBIT "2"

Account Inquiry

Page 1 of 9

# RICHARD ENNS, MD

7677 CENTER AVENUE #100 HUNTINGTON BEACH CA 926473030
Tel: (714) 891-1731 Fax: (714) 891-0129

*# 2,325.00*

ACCOUNT INQUIRY

03/22/2011 12:02 PM

Account# 41750

Guarantor Information:

LYLE RAIMER
37A ORANGE AVE
LONG BEACH, CA 90802

Home Tel#: (562) 495-5997
Work Tel#:

Patient Information:
Patient# 41750

· LYLE RAIMER
37A ORANGE AVE
LONG BEACH, CA 90802

Home Tel#: (562) 495-5997
Work Tel#:

| Payor | Current | 31-60 Days | 61-90 Days | Over 90 | Balance |
|-------|---------|------------|------------|---------|---------|
| Self | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Insur | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Collect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | Unassigned: | $0.00 |
| | | | | Total Balance: | $0.00 |

| Service Date | Voucher# | Provider | Chg Amt | Pmts/Adjs | Balance | Payor | Billed Date | Age | Patient |
|---|---|---|---|---|---|---|---|---|---|
| 04/05/2010 | 379140 | ENNS | $150.00 | | $0.00 | Self-Pay | 06/08/2010 | 0 | LYLE RAIMER |

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENNS | ENNS | ENNS | | GS20100405CHG | Updated | 04/09/2010 | LYLE RAIMER | $20.00 | $20.00 | | | |

| Claim# | Bill Media | Billing Prov | Local Use Text | Orig Voucher# | Orig Payor | Orig Bill Date | Orig Media |
|---|---|---|---|---|---|---|---|
| 379140 | | ENNS | | 379140 | AE14089 | 04/16/2010 | Electronic |

| Messages |
|---|
| Your copay has increased per your insurance company. |

| Voucher Notes |
|---|
| 07/22/10 Rcvd call from patient stating that he called Aetna and he was |
| told by Tania that this claim was process wrong copay should be |
| $20.00...claim will be reprocess....hs |

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/05/2010 | 99203 | | Office/outpt visit, new, detailed | 389.9 | Loss, hearing NOS | MEDICAL | 1.00 | $150.00 | $150.00 | $0.00 |

| Diag2 | Description | Diag3 | Description | Diag4 | Description |
|---|---|---|---|---|---|
| 305.1 | Disorder, tobacco use | | | | |

| Payment Date | Reference | Insurance | Transaction | Pmt Amt | Transfer To | Trsf Amt | Batch# | Status | Date Updated | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/05/2010 | CASH | Self-Pay | CASH PAYMENT - THANK YOU! | $20.00 | | | GS20100405CHG° | Updated | 04/09/2010 | | | |
| | | | AETNA | | | | | | | | | |

17

FROM

Account Inquiry

⟨TUE⟩ MAR 22 2011 1    ·5/ST. 12:16/No. 7537816697 P 33

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 05/19/2010 | CK#079291213 AE14089 | PAYMENT | $80.92 | | EG20100519PYMTS Updated 05/25/2010 | | | |
| 05/19/2010 | CK#079291213 AE14089 | AETNA CONTRACT ADJUSTMENT | $39.08 | | EG20100519PYMTS Updated 05/25/2010 | | | |
| 05/19/2010 | CK#079291213 AE14089 | COPAY INCREASED PER INSURANCE | Self-Pay | $10.00 | EG20100519PYMTS Updated 05/25/2010 | | | |
| 05/19/2010 | CK#079291213 Self-Pay | Rebilled Claim | | | EG20100519PYMTS Updated 05/25/2010 | | | |
| 07/27/2010 | CK#081252287 Self-Pay | AETNA PAYMENT | $10.00 | | EG20100727PYMTS Updated 08/04/2010 | | | |

| Service Date | Voucher# | Provider | Chg Amt | Pmts/Adjs | Balance | Payor | Billed Date | Age | Patient |
|---|---|---|---|---|---|---|---|---|---|
| 04/21/2010 | 382560 | ENNS | $85.00 | $85.00 | $0.00 | AE14089 | 05/07/2010 | 0 | LYLE RAIMER |

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENNS | ENNS | ENNS | | GS20100421CHG | Updated | 04/30/2010 | LYLE RAIMER | $20.00 | $20.00 | | | |

| Claim# | Bill Media | Billing Prov | Local Use Text | Orig Voucher# | Orig Payor | Orig Bill Date | Orig Media |
|---|---|---|---|---|---|---|---|
| 382560 | Electronic | ENNS | | 382560 | AE14089 | 05/07/2010 | Electronic |

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/21/2010 | 99213 | | Office/outpt visit, est, exp prob | 723.1 | Cervicalgia | MEDICAL | 1.00 | $85.00 | $85.00 | $0.00 |

| Payment Date | Reference | Insurance | Transaction | Pmt Amt | Transfer To | Trsf Amt | Batch# | Status | Date Updated | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/21/2010 | CASH | Self-Pay | CASH PAYMENT - THANK YOU! | $20.00 | | | GS20100421CHG* | | Updated 04/30/2010 | | | |
| 06/09/2010 | CK#079882385 AE14089 | | AETNA PAYMENT | $45.50 | | | EG20100609PYMTS | | Updated 06/16/2010 | | | |
| 06/09/2010 | CK#079882385 AE14089 | | AETNA CONTRACT ADJUSTMENT | $19.50 | | | EG20100609PYMTS | | Updated 06/16/2010 | | | |

| Service Date | Voucher# | Provider | Chg Amt | Pmts/Adjs | Balance | Payor | Billed Date | Age | Patient |
|---|---|---|---|---|---|---|---|---|---|
| 05/07/2010 | 385540 | ENNS | $200.00 | $200.00 | $0.00 | Self-Pay | 07/15/2010 | 0 | LYLE RAIMER |

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENNS | ENNS | ENNS | | GS20100507CHG | Updated | 05/17/2010 | LYLE RAIMER | $20.00 | $20.00 | | | |

| Claim# | Bill Media | Billing Prov | Local Use Text | Orig Voucher# | Orig Payor | Orig Bill Date | Orig Media |
|---|---|---|---|---|---|---|---|
| 385540 | | ENNS | | 385540 | AE14089 | 05/17/2010 | Electronic |

| Messages |
|---|
| Your copay has increased per your insurance company. |

| Voucher Notes |
|---|
| 06/23/10 woa-claim was paid on 06/09/10 with ck#09817-080063871 in the amount of $102.23...hs |
| 07/22/10 Rcvd call from patient stating that he called Aetna and he was told by Tania that this claim is process wrong copay should be $20.00...claim will be reprocess....hs |

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Office/outpt visit,est,high | | Bronchitis, chronic | | | | | |

FROM

Account Inquiry

(TUE)MAR 22 2011 1  5/ST. 12:16/No. 7537816697 P 34

| | 05/07/2010 | 99215 | complex | | 491.9 NOS | | MEDICAL | 1.00 | $200.00 | $200.00 | $0.00 |

| Diag2 | Description | | Diag3 | Description | | Diag4 | Description |
|---|---|---|---|---|---|---|---|
| 305.1 | Disorder, tobacco use | | 272.4 | Hyperlipidemia NEC/NOS | | 729.5 | Pain in limb |

| Payment Date | Reference | Insurance | Transaction | Pmt Amt | Transfer To | Trsf Amt | Batch# | | Status | Date Updated | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/07/2010 | CASH | Self-Pay | CASH PAYMENT - THANK YOU! | $20.00 | | | GS20100507CHG* | | | Updated 05/17/2010 | | | |
| 06/16/2010 | CK#080063871 | AE14089 | AETNA PAYMENT | $102.23 | | | EG20100616PYMTS | | | Updated 07/06/2010 | | | |
| 06/16/2010 | CK#080063871 | AE14089 | AETNA CONTRACT ADJUSTMENT | $67.77 | | | EG20100616PYMTS | | | Updated 07/06/2010 | | | |
| 06/16/2010 | CK#080063871 | AE14089 | COPAY INCREASED PER INSURANCE | | Self-Pay | $10.00 | EG20100616PYMTS | | | Updated 07/06/2010 | | | |
| 06/16/2010 | CK#080063871 | Self-Pay | Rebilled Claim | | | | EG20100616PYMTS | | | Updated 07/06/2010 | | | |
| 07/27/2010 | CK#081252287 | Self-Pay | AETNA PAYMENT | $10.00 | | | EG20100722PYMTS | | | Updated 08/04/2010 | | | |

| Service Date | Voucher# | | Provider | Chg Amt | Pmts/Adjs | Balance | Payor | | Billed Date | | Age | Patient |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/28/2010 | 389590 | | ENNS | $270.00 | $270.00 | $0.00 | Self-Pay | | 09/06/2010 | | 0 | LYLE RAIMER |

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENNS | ENNS | ENNS | ENNS | GS20100528CHG | Updated | 06/04/2010 | LYLE RAIMER | $20.00 | $20.00 | | | |

| Claim# | Bill Media | Billing Prov | Local Use Text | Orig Voucher# | Orig Payor | Orig Bill Date | Orig Media |
|---|---|---|---|---|---|---|---|
| 389590 | | ENNS | | 389590 | AE14089 | 06/04/2010 | Electronic |

| Messages |
|---|
| PER INSURANCE THESE SERVICES ARE NOT COVERED. PLEASE REMIT PAYMENT. |

| Voucher Notes |
|---|
| 06/23/10 woa-Aetna has this claim in process as of 06/09/10 |
| clm#ELYZMN1RS00 ...hs |

07/07/10 RCD EOB FROM AETNA STATING CHARGES FOR COSMETIC SURGERY AND OTHER
COSMETIC SERVICES ARE EXCLUDED FROM COVERAGE UNDER THE MEMBER'S PLAN
UPDATED AND BILLED THE PT FOR BALANCE...EG

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/28/2010 | 99213 | 25 | Office/outpt visit, est, exp prob | 709.9 | Disorders, skin NOS | MEDICAL | 1.00 | $85.00 | $85.00 | $0.00 |

| Diag2 | Description | | Diag3 | Description | | Diag4 | Description |
|---|---|---|---|---|---|---|---|
| 729.5 | Pain in limb | | | | | | |

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/28/2010 | 17000 | | Destroy benign/premalig lesion, 1st | 709.9 | Disorders, skin NOS | SURGICAL | 1.00 | $85.00 | $85.00 | $0.00 |

| Diag2 | Description | | Diag3 | Description | | Diag4 | Description |
|---|---|---|---|---|---|---|---|
| 729.5 | Pain in limb | | | | | | |

| Dates of | | | | | | | Fee | | Amt | |

FROM   Account Inquiry                           〈TUE〉MAR 22 2011 1  6/ST. 12:16/No. 7537816697 P 35

Page 4 of 9

| Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Amt | Pmts/Adjs | Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/28/2010 | 17003 | | Destroy benign/premalig lesion,2-14 | 709.9 | Disorders, skin NOS | SURGICAL | 4.00 | $100.00 | $100.00 | $0.00 |

| | Diag2 | Description | Diag3 | Description | Diag4 | Description |
|---|---|---|---|---|---|---|
| | 729.5 | Pain in limb | | | | |

| Payment Date | Reference | Insurance | Transaction | Pmt Amt | Transfer To | Trsf Amt | Batch# | Status | Date Updated | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/28/2010 CASH | | Self-Pay | CASH PAYMENT - THANK YOU! | $20.00 | | | GS20100528CHG*. | Updated | 06/04/2010 | | | |
| 07/07/2010 | CK#080638227 | AE14089 | AETNA PAYMENT | $45.50 | | | EG20100707PYMTS | Updated | 07/26/2010 | | | |
| 07/07/2010 | CK#080638227 | AE14089 | AETNA CONTRACT ADJUSTMENT | $19.50 | | | EG20100707PYMTS | Updated | 07/26/2010 | | | |
| 07/07/2010 | CK#080638227 | AE14089 | NC: Non-covered charges | | Self-Pay | $185.00 | EG20100707PYMTS | Updated | 07/26/2010 | | | |
| 07/07/2010 | CK#080638227 | Self-Pay | Rebilled Claim | | | | EG20100707PYMTS | Updated | 07/26/2010 | | | |
| 09/29/2010 | CC#294771 | Self-Pay | CREDIT CARD PAYMENT - THANK YOU! | $185.00 | | | KM20100929PYMTS | Updated | 10/05/2010 | | | |

| Service Date | Voucher# | Provider | Chg Amt | Pmts/Adjs | Balance | Payor | Billed Date | Age | Patient |
|---|---|---|---|---|---|---|---|---|---|
| 08/16/2010 | 415820 | ENNS | $265.00 | $265.00 | $0.00 | Self-Pay | 10/18/2010 | 0 | LYLE RAJMER |

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENNS | ENNS | ENNS | ENNS | HS20100816CHG | Updated | 10/18/2010 | LYLE RAJMER | $20.00 | $20.00 | | | |

| Claim# | Bill Media | Billing Prov | Local Use Text | Orig Voucher# | Orig Payor | Orig Bill Date | Orig Media |
|---|---|---|---|---|---|---|---|
| 0 | | ENNS | | 415820 | AE14089 | 10/18/2010 | |

| Voucher Notes |
|---|

10/06/2010 RCVD EOB FROM AETNA STATING PT COPAY $30.00 UPDATED AND BILLED
PT FOR BALANCE...KM

02/01/11 CALLED PT AND L/M @ HOME REGARDING BALANCE DUE..EG

02/10/11 SPOKE TO JAQUIE @ DR ENNS SHE STATED PT CALLED INSUR SINCE HIS CO
PAY IS $20.00 AND NOT $30.00 AETNA WILL RESUBMIT CLAIM AND IT WOULD BE
FIXED WITHIN A WEEK.PT ASKED US TO CALL IF WE DONT RECV A CORRECTED
EOB...EG

02/18/11 Called Aetna and claim was reprocess on 02/14/11 and there will
be an additional payment of $10.00 made, patient copay is $20.00.....hs
02/18/11 CALLED PT AND L/M REGARDING AETNA REPROCESSING CLAIMS AND PAYING
BALANCE DUE SINCE PT'S CO PAY IS $20.00...EG

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/16/2010 | 99214 | | Office/outpt visit, est, detailed | 880.09 | Wnd opn, shldr/up arm, rmt w/o crmpl | MEDICAL | 1.00 | $135.00 | $135.00 | $0.00 |

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/16/2010 | 90715 | | TdaP vaccine IM, >7 years | V06.1 | Vaccine for DTP, DTaP | MEDICAL | 1.00 | $80.00 | $80.00 | $0.00 |

20

33

Account Inquiry

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/16/2010 | 90471 | | Immuniz admin, 1 vac, sngl/combo | V06.1 | Vaccine for DTP, DTaP | MEDICAL | 1.00 | $15.00 | $15.00 | $0.00 |

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/16/2010 | A4550 | | STERILE TRAY | V06.1 | Vaccine for DTP, DTaP | OTHER | 1.00 | $35.00 | $35.00 | $0.00 |

| Payment Date | Reference | Insurance | Transaction | Pmt Amt | Transfer To | Trsf Amt | Batch# | Status | Date Updated | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/16/2010 | CREDIT CARD | Self-Pay | CREDIT CARD PAYMENT - THANK YOU! | $20.00 | | | HS20100816CHG* | | Updated 10/18/2010 | | | |
| 10/06/2010 | CK#083075519 | AE14089 | AETNA PAYMENT | $120.32 | | | KM20101006PYMTS | | Updated 10/18/2010 | | | |
| 10/06/2010 | CK#083075519 | AE14089 | AETNA CONTRACT ADJUSTMENT | $114.68 | | | KM20101006PYMTS | | Updated 10/18/2010 | | | |
| 10/06/2010 | CK#083075519 | AE14089 | COPAY INCREASED PER INSURANCE | | Self-Pay | $10.00 | KM20101006PYMTS | | Updated 10/18/2010 | | | |
| 10/06/2010 | CK#083075519 | Self-Pay | Rebilled Claim | | | | KM20101006PYMTS | | Updated 10/18/2010 | | | |
| 03/15/2011 | CK#087132033 | AE14089 | AETNA PAYMENT | $10.00 | | | KM20110315PYMTS | | Updated 03/21/2011 | | | |

| Service Date | Voucher# | Provider | Chg Amt | Pmts/Adjs | Balance | Payor | Billed Date | Age | Patient |
|---|---|---|---|---|---|---|---|---|---|
| 08/24/2010 | 405200 | ENNS | $85.00 | $0.00 | AE14089 | | | 0 | LYLE RAIMER |

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENNS | ENNS | ENNS | | GS20100824CHG | Updated | 08/27/2010 | LYLE RAIMER | $20.00 | $20.00 | | | |

| Claim# | Bill Media | Billing Prov | Local Use Text | Orig Voucher# | Orig Payor | Orig Bill Date | Orig Media |
|---|---|---|---|---|---|---|---|
| 405200 | Electronic | ENNS | | 405200 | AE14089 | 08/27/2010 | Electronic |

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/24/2010 | 99213 | | Office/outpt visit, est, exp prob | 881.00 | Wound, open, forearm w/o cmpl | MEDICAL | 1.00 | $85.00 | $85.00 | $0.00 |

| Diag2 | Description | Diag3 | Description | Diag4 | Description |
|---|---|---|---|---|---|
| 847.0 | Sprain/strain, neck | 924.9 | Contusion, lwr limb NOS | | |

| Payment Date | Reference | Insurance | Transaction | Pmt Amt | Transfer To | Trsf Amt | Batch# | Status | Date Updated | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/24/2010 | CASH | Self-Pay | CASH PAYMENT - THANK YOU! | $20.00 | | | GS20100824CHG* | | Updated 08/27/2010 | | | |
| 10/06/2010 | CK#083075519 | AE14089 | AETNA PAYMENT | $45.50 | | | KM20101006PYMTS | | Updated 10/18/2010 | | | |
| 10/06/2010 | CK#083075519 | AE14089 | AETNA CONTRACT ADJUSTMENT | $19.50 | | | KM20101006PYMTS | | Updated 10/18/2010 | | | |

| Service Date | Voucher# | Provider | Chg Amt | Pmts/Adjs | Balance | Payor | Billed Date | Age | Patient |
|---|---|---|---|---|---|---|---|---|---|
| 09/07/2010 | 407650 | ENNS | $85.00 | $85.00 | $0.00 | AE14089 | 09/16/2010 | 0 | LYLE RAIMER |

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENNS | ENNS | ENNS | ENNS | GS20100907CHG | Updated | 09/14/2010 | LYLE RAIMER | $20.00 | $20.00 | | | |

FROM

**Account Inquiry**

〈TUE〉MAR 22 2011 1  6/ST. 12:16/No. 7537816697 P 37

Page 6 of 9

| Claim# | Bill Media | Billing Prov | Local Use Text | Orig Voucher# | Orig Payor | Orig Bill Date | Orig Media |
|--------|-----------|-------------|----------------|---------------|------------|----------------|-----------|
| 407650 | Paper | ENNS | | 407650 | AE14089 | 09/14/2010 | Electronic |

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|------------------|-----------|------|-------------|-------|-------------|-----|-------|---------|-----------|---------|
| 09/07/2010 | 99213 | | Office/outpt visit, est, exp prob | 723.1 | Cervicalgia | MEDICAL | 1.00 | $85.00 | $85.00 | $0.00 |

| Diag2 | Description | Diag3 | Description | Diag4 | Description |
|-------|-------------|-------|-------------|-------|-------------|
| 879.8 | Wound, open, site NOS w/o cmpl | | | | |

| Payment Date | Reference | Insurance | Transaction | Pmt Amt | Transfer To | Trsf Amt | Batch# | Status | Date Updated | Void Batch# | Date Voided | Voided By |
|--------------|-----------|-----------|-------------|---------|-------------|----------|--------|--------|--------------|-------------|-------------|-----------|
| 09/07/2010 | CASH | Self-Pay | CASH PAYMENT - THANK YOU! | $20.00 | | | GS20100907CHG* | Updated | 09/14/2010 | | | |
| 10/12/2010 | CK#083258625 | AE14089 | AETNA PAYMENT | $45.50 | | | KM20101012PYMTS | Updated | 10/18/2010 | | | |
| 10/12/2010 | CK#083258625 | AE14089 | AETNA CONTRACT ADJUSTMENT | $19.50 | | | KM20101012PYMTS | Updated | 10/18/2010 | | | |

| Service Date | Voucher# | Provider | Chg Amt | Pmts/Adjs | Balance | Payor | Billed Date | Age | Patient |
|--------------|----------|----------|---------|-----------|---------|-------|-------------|-----|---------|
| 09/28/2010 | 411890 | ENNS | $85.00 | $85.00 | $0.00 | Self-Pay | 11/23/2010 | 0 | LYLE RAIMER |

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|----------|-----------|--------------|------------|--------|----------------|--------------|-------------------|------------|-------------|-------------|-------------|-----------|
| ENNS | ENNS | ENNS | ENNS | GS20100928CHG | Updated | 10/04/2010 | LYLE RAIMER | $20.00 | $20.00 | | | |

| Claim# | Bill Media | Billing Prov | Local Use Text | Orig Voucher# | Orig Payor | Orig Bill Date | Orig Media |
|--------|-----------|-------------|----------------|---------------|------------|----------------|-----------|
| 411890 | | ENNS | | 411890 | AE14089 | 10/05/2010 | Electronic |

| Messages |
|----------|
| Your copay has increased per your insurance company. |

**Voucher Notes**

11/03/2010 RCVD EOB FROM AETNA STATING PT COPAY $30.00 UPDATED AND BILLED
PT FOR BALANCE...KM

02/01/11 CALLED PT AND L/M @ HOME REGARDING BALANCE DUE..EG

02/10/11 SPOKE TO JAQUIE @ DR ENNS SHE STATED PT CALLED INSUR SINCE HIS CO
PAY IS $20.00 AND NOT $30.00 AETNA WILL RESUBMIT CLAIM AND IT WOULD BE
FIXED WITHIN A WEEK.PT ASKED US TO CALL IF WE DONT RECV A CORRECTED
EOB...EG

02/18/11 Called Aetna and claim was reprocess on 02/14/11 and there will
be an additional payment of $10.00 made, patient copay is $20.00.....hs

02/18/11 CALLED PT AND L/M REGARDING AETNA REPROCESSING CLAIMS AND PAYING
BALANCE DUE SINCE PT'S CO PAY IS $20.00...EG

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|------------------|-----------|------|-------------|-------|-------------|-----|-------|---------|-----------|---------|
| 09/28/2010 | 99213 | | Office/outpt visit, est, exp prob | 723.1 | Cervicalgia | MEDICAL | 1.00 | $85.00 | $85.00 | $0.00 |

| Diag2 | Description | Diag3 | Description | Diag4 | Description |
|-------|-------------|-------|-------------|-------|-------------|
| 729.5 | Pain in limb | | | | |

| Payment Date | Reference | Insurance | Transaction | Pmt Amt | Transfer To | Trsf Amt | Batch# | Status | Date Updated | Void Batch# | Date Voided | Voided By |
|--------------|-----------|-----------|-------------|---------|-------------|----------|--------|--------|--------------|-------------|-------------|-----------|
| | | | | | | | | | | | | |

22

35

FROM

Account Inquiry

&lt;TUE&gt;MAR 22 2011 1   6/ST. 12:16/No. 7537816697 P 38

| Date | Reference | Insurance | Transaction | Amt | Batch# | Status | Date |
|---|---|---|---|---|---|---|---|
| 09/28/2010 | CC# 294771 | Self-Pay | CREDIT CARD PAYMENT - THANK YOU! | $20.00 | GS2010092BCHG* | Updated | 10/04/2010 |
| 11/03/2010 | CK#083835981 | AE14089 | AETNA PAYMENT | $35.50 | KM20101103PYMTS | Updated | 11/11/2010 |
| 11/03/2010 | CK#083835981 | AE14089 | AETNA CONTRACT ADJUSTMENT | $19.50 | KM20101103PYMTS | Updated | 11/11/2010 |
| 11/03/2010 | CK#083835981 | AE14089 | COPAY INCREASED PER INSURANCE | Self-Pay  $10.00 | KM20101103PYMTS | Updated | 11/11/2010 |
| 11/03/2010 | CK#083835981 | Self-Pay | Rebilled Claim | | KM20101103PYMTS | Updated | 11/11/2010 |
| 03/15/2011 | CK#087132033 | AE14089 | AETNA PAYMENT | $10.00 | KM20101031SPYMTS | Updated | 03/21/2011 |

| Service Date | Voucher# | Provider | Chg Amt | Pmts/Adjs | Balance | Payor | Billed Date | Age | Patient |
|---|---|---|---|---|---|---|---|---|---|
| 10/07/2010 | 414450 | ENNS | $85.00 | $85.00 | $0.00 | AE14089 | 10/19/2010 | 0 | LYLE RAIMER |

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENNS | ENNS | ENNS | ENNS | GS20101007CHG | Updated | 10/18/2010 | LYLE RAIMER | $20.00 | $20.00 | | | |

| Claim# | Bill Media | Billing Prov | Local Use Text | Orig Voucher# | Orig Payor | Orig Bill Date | Orig Media |
|---|---|---|---|---|---|---|---|
| 414450 | Electronic | ENNS | | 414450 | AE14089 | 10/19/2010 | Electronic |

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/07/2010 | 99213 | | Office/outpt visit, est, exp prob | 729.5 | Pain in limb | MEDICAL | 1.00 | $85.00 | $85.00 | $0.00 |

| Payment Date | Reference | Insurance | Transaction | Pmt Amt | Transfer To | Trsf Amt | Batch# | Status | Date Updated | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/07/2010 | CC# 739301 | Self-Pay | CREDIT CARD PAYMENT - THANK YOU! | $20.00 | | | GS20101007CHG* | Updated | 10/18/2010 | | | |
| 11/19/2010 | CK#084219129 | AE14089 | AETNA PAYMENT | $45.50 | | | KM20101119PYMTS | Updated | 11/29/2010 | | | |
| 11/19/2010 | CK#084219129 | AE14089 | AETNA CONTRACT ADJUSTMENT | $19.50 | | | KM20101119PYMTS | Updated | 11/29/2010 | | | |

| Service Date | Voucher# | Provider | Chg Amt | Pmts/Adjs | Balance | Payor | Billed Date | Age | Patient |
|---|---|---|---|---|---|---|---|---|---|
| 10/21/2010 | 417490 | ENNS | $85.00 | $85.00 | $0.00 | Self-Pay | 12/27/2010 | 0 | LYLE RAIMER |

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENNS | ENNS | ENNS | ENNS | GS20101021CHG | Updated | 11/03/2010 | LYLE RAIMER | $20.00 | $20.00 | | | |

| Claim# | Bill Media | Billing Prov | Local Use Text | Orig Voucher# | Orig Payor | Orig Bill Date | Orig Media |
|---|---|---|---|---|---|---|---|
| 417490 | | ENNS | | 417490 | AE14089 | 11/03/2010 | Electronic |

| Messages |
|---|
| Your copay has increased per your insurance company. |

| Voucher Notes |
|---|
| 12/03/2010 RCVD EOB FROM AETNA STATING PT COPAY $30.00 UPDATED AND BILLED PT FOR BALANCE..KM |
| 02/01/11 CALLED PT AND L/M @ HOME REGARDING BALANCE DUE..EG |
| 02/10/11 SPOKE TO JAQUIE @ DR ENNS SHE STATED PT CALLED INSUR SINCE HIS CO PAY IS $20.00 AND NOT $30.00 AETNA WILL RESUBMIT CLAIM AND IT WOULD BE FIXED WITHIN A WEEK.PT ASKED US TO CALL IF WE DONT RECV A CORRECTED EOB...EG |

23                                                    36

02/18/11 Called Aetna and claim was reprocess on 02/14/11 and there will
be an additional payment of $10.00 made, patient copay is $20.00.....hs

02/18/11 CALLED PT AND L/M REGARDING AETNA REPROCESSING CLAIMS AND PAYING
BALANCE DUE SINCE PT'S CO PAY IS $20.00...EG

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/21/2010 | 99213 | | Office/outpt visit, est, exp prob | 729.5 | Pain in limb | MEDICAL | 1.00 | $85.00 | $85.00 | $0.00 |

| Diag2 | Description | Diag3 | Description | Diag4 | Description |
|---|---|---|---|---|---|
| 847.0 | Sprain/strain, neck | | | | |

| Payment Date | Reference | Insurance | Transaction | Pmt Amt | Transfer To | Trsf Amt | Batch# | Status | Date Updated | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/21/2010 | CC# 760999 | Self-Pay | CREDIT CARD PAYMENT - THANK YOU! | $20.00 | | | GS20101021CHG* | Updated | 11/03/2010 | | | |
| 12/03/2010 | CK#084626963 | AE14089 | AETNA PAYMENT | $35.50 | | | KM20101203PYMTS | Updated | 12/21/2010 | | | |
| 12/03/2010 | CK#084626963 | AE14089 | AETNA CONTRACT ADJUSTMENT | $19.50 | | | KM20101203PYMTS | Updated | 12/21/2010 | | | |
| 12/03/2010 | CK#084626963 | AE14089 | COPAY INCREASED PER INSURANCE | | Self-Pay | $10.00 | KM20101203PYMTS | Updated | 12/21/2010 | | | |
| 12/03/2010 | CK#084626963 | Self-Pay | Rebilled Claim | | | | KM20101203PYMTS | Updated | 12/21/2010 | | | |
| 03/02/2011 | CK#086919491 | AE14089 | AETNA PAYMENT | $10.00 | | | KM20110302PYMTS | Updated | 03/10/2011 | | | |

| Service Date | Voucher# | Provider | Chg Amt | Pmts/Adjs | Balance | Payor | Billed Date | Age | Patient |
|---|---|---|---|---|---|---|---|---|---|
| 11/11/2010 | 421870 | ENNS | $85.00 | $85.00 | $0.00 | AE14089 | 03/07/2011 | 0 | LYLE RAIMER |

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENNS | ENNS | ENNS | ENNS | GS20101111CHG | Updated | 11/23/2010 | LYLE RAIMER | $20.00 | $20.00 | | | |

| Claim# | Bill Media | Billing Prov | Local Use Text | Orig Voucher# | Orig Payor | Orig Bill Date | Orig Media |
|---|---|---|---|---|---|---|---|
| 421870 | Paper | ENNS | | 421870 | AE14089 | 11/29/2010 | Electronic |

| Messages |
|---|
| Your copay has increased per your insurance company. |

| Voucher Notes |
|---|
| 12/30/10 claim was paid on 12/22/10 $35.50 ck#09817-085348500..hs |

12/30/2010 RCVD EOB FROM AETNA STATING PT COPAY $30.00 UPDATED AND BILLED
PT FOR BALANCE...KM
02/01/11 CALLED PT AND L/M @ HOME REGARDING BALANCE DUE...EG
02/10/11 SPOKE TO JAQUIE @ DR ENNS SHE STATED PT CALLED INSUR SINCE HIS CO
PAY IS $20.00 AND NOT $30.00 AETNA WILL RESUBMIT CLAIM AND IT WOULD BE
FIXED WITHIN A WEEK.PT ASKED US TO CALL IF WE DONT RECV A CORRECTED
EOB...EG
02/18/11 Called Aetna and claim was reprocess on 02/14/11 and there will
be an additional payment of $10.00 made, patient copay is $20.00.....hs

FROM

Account Inquiry

〈TUE〉MAR 22 2011 1   7/ST. 12:16/No. 7537816697 P 40

Page 9 of 9

02/18/11 CALLED PT AND L/M REGARDING AETNA REPROCESSING CLAIMS AND PAYING
BALANCE DUE SINCE PT'S CO PAY IS $20.00...EG

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/11/2010 | 99213 | | Office/oulpt visit, est, exp prob | 723.1 | Cervicalgia | MEDICAL | 1.00 | $85.00 | $85.00 | $0.00 |

| Diag2 | Description | Diag3 | Description | Diag4 | Description |
|---|---|---|---|---|---|
| 729.5 | Pain in limb | | | | |

| Payment Date | Reference | Insurance | Transaction | Pmt Amt | Transfer To | Trsf Amt | Batch# | Status | Date Updated | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/11/2010 | CASH | Self-Pay | CASH PAYMENT - THANK YOU! | $20.00 | | | GS20101111CHG* | Updated | 11/23/2010 | | | |
| 12/30/2010 | CK#085348500 | AE14089 | AETNA PAYMENT | $35.50 | | | KM20101230PYMTS | Updated | 01/06/2011 | | | |
| 12/30/2010 | CK#085348500 | AE14089 | AETNA CONTRACT ADJUSTMENT | $19.50 | | | KM20101230PYMTS | Updated | 01/06/2011 | | | |
| 12/30/2010 | CK#085348500 | AE14089 | COPAY INCREASED PER INSURANCE | | Self-Pay | $10.00 | KM20101230PYMTS | Updated | 01/06/2011 | | | |
| 12/30/2010 | CK#085348500 | Self-Pay | Rebilled Claim | | | | KM20101230PYMTS | Updated | 01/06/2011 | | | |
| 02/23/2011 | TRNSF TO AETNA | Self-Pay | AETNA TRANSFER | | AE14089 | $10.00 | EG20110223PYMTS | Updated | 03/02/2011 | | | |
| 02/23/2011 | TRNSF TO AETNA | AE14089 | Rebilled Claim | | | | EG20110223PYMTS | Updated | 03/02/2011 | | | |
| 02/23/2011 | CK#086741595 | AE14089 | AETNA PAYMENT | $10.00 | | | EG20110223PYMTS | Updated | 03/02/2011 | | | |

2.5

38

FROM                                    (TUE) MAR 22 2011   18/ST. 12:16/No. 7607816697 P  4

ALLERGIC TO:                            CONTINUATION SHEET          RAIMER, LYLE
                                                                   DOB: 8/5/65
Codeine                                                            AGE: 44
Erythromycin    DATE  4/5/10      L.SIT
                WT 180  HT 5'9"  BP 128/84     TO Establish
                T___  P 68  R___              Hearing Loss (L) ear    44
                BMI___                                                  CM

Meel ⊕

Works for TEVA Pharmaceuticals.
works in a noisey environment @ work.
told @ work had some (L) hearing
loss when checked @ wellness
facility

No ear pain.

Not noticed any hearing loss.
No (L) ear infections in the past.
No (L) ear trauma — he does have
occasional trouble equalizing pressure
loading.   No vertigo/wax

No sore throat.... no tinnitus
balance unaffected

PMH:    as per app't @ foot & ankle clinic
        foot (R) little toe cut narrowing
illness —⊘               repaired
surg —⊘
allergies —                        
        Codeine — rash

ROS  —  See wellness visit ⊕

SH:  — ⊖ ETOH
     — technician Pharmaceutical Co
     — ⊕ Smoker  PPD
        Smoking since age 22
        (tried Nicorette gum & patch)

26                                                    2

RICHARD A. ENNS, M.D., INC.

Rainer Lyle

8/5/05 Hearing test for work shows threshold 65-80 db through

o ve ... pleasant ...

ears appear normal

oral ...

neck ... mass or tenderness.

Dx - Hearing loss
- Tobacco abuse

... he's interested in stopping smoking he uses
... 1 Pack / day.
He used nicotine patch ...
we discussed issue of smoke cessation
@ length - problem is behavioral and drug
addiction (nicotine)
He needs to be motivated ... find reason
to quit.
He was ... to try Chantix ... given
1 mo ... starter ... continuation pack

He will get ... lab done ... schedule
...

Refer Dr Walner for Hearing loss

DATE MAY 07 2010
WT 171 HT 5'9 BP 120/84
T ___ P ___ R ___
BMI ___

here for Physical
Lab results 4-29-10
X-ray results 4-29-10

Meds: Ø CHANTIX ... week.

PMH - ... club foot ...
cut nerve in little finger

- Other ...

meds

allergies

allergies - codeine rash.

 3

FROM (TUE)MAR 22 2011 1?:18/ST. 12:16/No. 7537816697 P 6

CONTINUATION SHEET

RICHARD A. ENNS, M.D., INC.

KAIMER, LYLE
DOB: 8/5/65

(44)

ROS. HEENT - No [illegible] [illegible] 5 [illegible]
Vision ✓
Hearing - some ↓ hearing?
[illegible] [illegible] [illegible] [illegible]
[illegible] loss hearing - [illegible]
[illegible] [illegible] [illegible] [illegible]
- No hay fever
- No [illegible] - balance good.

Chest - No cough wheeze or SOB or asthma [illegible] [illegible] pneumonia.

CVS - [illegible] for [illegible] no [illegible]
[illegible]
- No [illegible] or SOB

GI - No wt [illegible]
- no abd pain. - Swallow OK.
- GERD c̄ spicy foods [illegible].
- No liver d
- had vaccine for HepB [illegible] worker [illegible] [illegible]
- No FHx Ca colon
- No [illegible] [illegible] or blood.

GU - No dysuria freq or nocturia
- No kidney d -
⊖ STD's
- No ED.

MS. - not [illegible] complaints other than neck.
- No Hx of neck inj
Has pain into Ⓡ shoulder
- [illegible]
* we [illegible]: [illegible] [illegible]
[illegible] relaxants
[illegible]

Gets tingling in all [illegible] fingers
c̄ tingling [illegible] back of Ⓡ [illegible]

FROM (TUE)MAR 22 2011 1[illegible]:19/ST. 12:16/No. 7537816697 P 7

RICHARD A. ENNS, M.D., INC.

Raimer [illegible]
8/5/05

[illegible] MRI —

[illegible]

Skin: [illegible]

Hmo. – denies

Ψ – denies.

SH – LTR – OK.
– works @ TEVA [illegible]
tech. – [illegible]
– exercises – [illegible]
– Smoke [illegible]

FH – M+F A+W
@ S sister [illegible]
Cancer
CVD

O/E: appears well – [illegible]
age? pleasant.
PBP [illegible]
nose – small papillomas on septum
near @ nasal opening.
[illegible]
head [illegible]
chest [illegible]
[illegible] No wheeze.
[illegible]
[illegible]
[illegible]
Skin: [illegible]
[illegible] @ scalp [illegible]
@ face – small @ leg.

Dx [illegible]
[illegible]

29 5

FROM                                    (TUE)MAR 22 2011 1  '9/ST. 12:16/No. 7597816697 P  8

CONTINUATION SHEET

_Raimer, Lyle_
_8/5/65_

③ _Sebrorhar Keveton_

④ _Mild  A TM._

⑤ _Mild  polecothenia  (2° Smoting   )_

⑥ _① arm chnid valalgeity._


_Pln - Continue ī  Smoting cessation plan_

_- Mll L  C-gmei_

_Abo  fc  reorl ol  Kvolm._

6

FROM                                    (TUE)MAR 22 2011  1:19/ST. 12:18/No. 7537816697 P  9

04-06-2010 Submitted and received auth for ent consult,
faxed auth to DR. Willner office, mailed pt. copy of auth,
L/m on voicemail (pt. aware of auth) (ms)

DATE 4/21/10  @ sit                                    (44)
WT 129 HT 69" BP 120/80      ↑ (L) side of neck (L) shoulder ↑
T --- P --- R ---            (D) arm pain since getting up 2 days ago
BMI 37                        meds): OTC Ibuprofen

Pain into (L) shoulder _____ ATBD 4/19.
Numbness in (R) hand — _____
Rote arm.

Never had this before, + no injury the week(?)

Pain severity. — 8(L) the AM. — Stayed
home for work.
Ibuprofen — no relief used my ibuprofen
_____
Pain aching & shelf.

Nield to bother to (L) & pain c
extreme pain.

Strength = own hand, num'd from
(R) _____ (R) TJ vs BJ (belt)

Pain i neck & arms
verbal slightly.
Done therein (L) lumbar disturb..

Rx 130(?) _____ Voltaren 75 mg BJ ...
_____
_____

Rx (60 10)  — Flexeril ___ u (60 TCD) ___
— Vicodin ____ + (60 TCD) (?)

                                    (signature)

                                    31                    7

RICHARD A. ENNS, M.D., INC.

Rainer Cyle
8/5/05

4/30/10  Labs shown:
CMP ®        CRP 187    DL 189    42   101
CBC ®      TSH ®    UA ®
score @ 5/7/10 unt
X rays C-spine — mild arthritis
O logs

DATE MAY 07 2010
WT _____ HT _____ BP _____    See yellow sheets
T _____ P _____ R _____
BMI _____

5/7/10   Vicodin
Flexeril

5/12/10  Call pt. X-ray shows
① Chest is normal
② MRI of Cervical Spine showing
moderate bulging of discs at several
levels, and areas of
spinal stenosis — there appears
to be more narrowing on left
which is consistent with his
symptoms.
He should see a Spine surgeon or
a pain management doctor — or both.

I left message @ his home for him to call.

1/12/10  released him of above — refer
Dr. Bang, Cerritos

27

8

FROM                                (TUE)MAR 22 2011 1?:?0/ST. 12:16/No. 7537816697 P 11

RICHARD A. ENNS, M.D., INC.

*Rainer Lyke*
9/5/65

DATE 5-28-10
WT ___ HT 5'5 BP 114/84  L sit
T ___ P ___ R ___
BMI 27

Lesion Removal  44
Cu

Meds:
R 60 Vicodin 5/500 Prn
R 60. Flexeril T10 Prn
Voltaren 75 mg i BID

*(illegible handwritten clinical notes)*

DATE 8/16/10  L sit
WT 182 HT 5'5 BP 120/80
T ___ P 72 R ___
BMI 27

Neck Laceration.
Wound check.
Seen Saint Mary 8/13/10
B m.v.A

Meds:
Valium 10mg i ghs Prn
(L) Im Deltoid  Cu

(L) UF484AA  (E) 086MAR11
Tetanus Toxoid, Reduced Diphtheria
Toxoid and Acellular Pertussis Vaccine
Adsorbed, Adacel®
US Govt Lic #1726
Mfg by: Sanofi Pasteur Limited
0.5 mL    Rx only    S436

9

CONTINUATION SHEET
RICHARD A. ENNS, M.D., INC.

Raimer, Lyle
8/5/65

Was in MVA on 8/13 ...
in Toyota ... - flipped ...
... Redondo Ave ... passenger
No air bag deployment - wearing
Seat belts - taken to St. Mary's.

Has a feeling all finger ... seems to
lose ... strength

Bones ok on x ray (elbow?)
No injury head
Some neck stiffness.

No ... pain.

Not @ work - works in clean room.

... 10 cm ...
arm ... elbow ... when ... on the ...
... of hand.

Neck ... 
Da. ...
... - presumably
... )
- Cervical strain.

Plan = Clean dry dressing apply
... elbow daily
= ...
- ice ...
- ... wound ...

stop today

Rx ... #... 5325 ...

FROM                                    (TUE)MAR 22 2011 1? ?0/ST. 12:16/No. 7597816697 P 13

Richard A. Enns, M.D.

Patient Name _Rimes, Lyle_

D.O.B. 8/5/65

DATE 8/24/10 _____ (45)

WT 181   HT 5'9" BP 130/80 @HT        1 week recheck

T____P____R____
BMI

meds): Vicodin 5/325  PRN ~ 6 tabs a day
use 4-5/d

© is pain ® arm ~ some tremor of pain in
arm?
neck. "sore"
no new injuries detected.

© R. wound Left arm clean · some scab
@ some open area yet.

Black nylon skin sutures removed
@ clean dressing applied

Dx    ① wound ® arm · 881.00
      ② closed strain · 847.0
      ③ contusion · 923.09

Rx continue dressing use   # cont for
infection —  recheck in 2 wk

off work (State disability) to 9/15/10

Rx Hydrocodone ATAP 8 ® 50 ·

35

11

FROM                                    (TUE)MAR 22 2011 1? 30/ST. 12:16/No. 7537816697 P 14

### Richard A. Enns, M.D.

Patient Name _Reimex, Ligler_

D.O.B. _8/5/65_

DATE _9/7/10_                          (45)
WT _182_ HT 5'9" BP _130/80_      2 WK recheck
T___ P___ R___                    (1) arm wound (B)
BMI___

meds: Hydrocodone 5/325 - ran out last night

Neck & shoulder. Continue c Steffens

Wound - (L) arm healing - wound still open
   - neck ___ ROM - tol
   St tol ___ good ROM ___
   Shoulder.

plan. P.T. ___ neck & back
   - recheck in 2 wks.
   - ___ disability (?) be
   Still climbing ___ left wrist
   ___ requires ___
   dangerous ___
4 ___ Flo   10/4/10                      [signature]

DATE _9/28/10_                    2.5 HR
WT _184_ HT 5'9 BP _110/80_       2-3 wks              45
T___ P _96_ R___                                       Ca
BMI   27

Meds. Hydrocodone 5/325 Prn
      Flexeril 5's      Prn
   Stable ___ ___
   ___ ___ ___ - our plan is to
   return to work 10/11 but he will be a lt off
   week - painful                   10/18
   arm. improving - tries the
   does exercise    @ home too
   neck. stiffness yet   ___ pain

36

12.

FROM                                    (TUE)MAR 22 2011 1? 30/ST. 12:18/No. 7537816697 P 15

Richard A. Enns, M.D.

Patient Name _Reimer, Lyle_

D.O.B. _8/5/65_

mild arm & some shaking of arm @ times.
Gets some spasms in @ arm @ times.

O/E    Some tenderness above @ scapula.
Some pain & extreme weakness.
Wound @ arm healing well.

Da. - Cervical strain.
- Laceration @ arm.

Pl. - Complete PT & see month.
Extend disability to 10/8.

DATE _10/7/10_ _(9:30)_                                  (45)
WT _187_  HT _5'9"_ BP _120/80_        2 week recheck
T ___ P ___ R ___                                       ℞
BMI ___

meds): Hydrocodone APAP } ran out
Flexeril            }

Goes to PT ~3x/week — doing wrist extension &
flexion + pronation (supination
exercises.  Felt "snap" in
elbow & burning since.

O/E    No pain on palp of radial head
but does have pain proximal
ulna - at ... 

Da. Pain in elbow. - possible tendonitis
... strain ... strained from
from time of accident

Pl.  X-ray @ elbow & proximal ulna.
37                                                      13

FROM                              (TUE)MAR 22 2011 1  1/ST. 12:16/No. 7597816697 P 16

Richard A. Enns, M.D.

Patient Name _Rainer, Lyle_

D.O.B. _8/5/65_

*    Extend disability to 10/25/10

10/11/10   Call pt. - xray of elbow is within
           negative.

10/14/10   Faxed Records From 8/13/10 to Present to Matrix
           Absence Management (Self Release) J

DATE _10/21/10_         _10/20/10?_                    (45)
WT _187_ HT ___   BP _110/80_ 2 wk neck
    _P___ _R___
BMI

Meds: Ø

Goes to PT - last visit tomorrow.
Physical Therapist thinks he should have more
PT. → postpone Return to work
Still has some pain to elbow dit to
Pain c supination + pronation
week improving but still pain into
arm + shoulder Ø - improved ROM in
neck.

O.E.   appear alert, no in distress
       + c/o some tenderness @ angle post
       neck. - good ROM but sm
       pain c wrist movements

       Some tenderness over @
       radial head + pain c supination
       + pronation

Ⓐ  lateral arm
   cervical strain
plan -  extend disability to 11/15/10

                           .38                    14

FROM                              (TUE)MAR 22 2011 17:01/ST. 12:16/No. 7537816697 P 17

Richard A. Enns, M.D.

Patient Name _Rainer, Lyle_

D.O.B. _8/5/65_

10/27/10 Faxed office notes 10/21/10 and PT Report related to
Matrix Absence Management (See Blease) (914) 784-0075 j                    (45)

DATE _11/11/10_   ⊙ it
WT _189_ HT _5'9"_ BP _120/80_     3 wk neck - finished P.T.
P _88_ R _12_                      yesterday                        (25)
BMI _28_

meds: ∅

Feels much better neck & arm -
continuing on home P.T.
Feel able to return to work, but with
restriction on lifting - will need
to alternate rotation for twice a break every
2 hrs.

O/E - Wound is ___ well healed.
- Neck full ROM & not tender.

Dx: Cervical arm
    Cervical strain
    ___

Pl: 1. Return to work c some restriction
    2. Continue home PT

Return to 3 mo ⊙ 3/0 ⊙
         a 3 mos.

11/23/10 Faxed office notes 10/1/10 - Present to Matrix
Absence Management, Inc (914) 784-0075 j
            (See Blease) j

.39                              15

FROM                                            (TUE)MAR 22 2011 1 :1/ST. 12:16/No. 7537816697 P 18

( 0 ~~u  Page 1 of 3

Raimer, Lyle 08/05/1965                                    PT NO: (00354)000000007077056

**PATIENT:**         Raimer, Lyle
**PT NO:**           (00354)7077056
**SEX:**             Male                              **Date of Service:** 04/29/2010 09:31 PM
**AGE:**             44 Y
**DOB:**             08/05/1965
**ADMITTING MD:**    ENNS, RICHARD A
**ORDERING MD:**     ENNS, RICHARD A                   FINAL REPORT
**CONSULTING MD:**

**ACCESSION:** 0001011903401 **OBTAINED:** 04/29/2010 01:35 PM **REPORTED:** 04/29/2010 11:50 PM

| Test | Result | Units | Range |
|---|---|---|---|
| *** COMP METAB *** | | | |
| NA | 142 | mmol/L | 135-147 |
| K | 5.0 | mmol/L | 3.5-5.5 |
| CL | 107 | mmol/L | 99-109 |
| CO2 | 28 | mmol/L | 20-31 |
| GLUCOSE | 90 | mg/dL | 65-99 |
| BUN | 10 | mg/dL | 6-20 |
| SERUM CREA | 1.03 | mg/dL | 0.70-1.30 |
| CALCIUM | 10.3 | mg/dL | 8.8-10.7 |
| TOT PROTEIN | 7.4 | GM/DL | 5.7-8.2 |
| ALBUMIN | 4.7 | GM/DL | 3.21-4.8 |
| TOT BIL | .7 | mg/dL | 0-1.2 |
| SGOT/AST | 25 | U/L | 0-33 |
| GPT/ALT | 36 | U/L | 10-49 |
| ALK PHOS | 85 | U/L | 45-129 |
| ANION GAP | 12 | MMOL/L | 5-14 |
| UREA/CREA | 10 | RATIO | 10-22 |
| OSMO CALC | 282 | MOS/KG | 268-292 |
| GLOBULIN | 2.7 | GM/DL | 2.0-4.4 |
| A/G RATIO | 1.7 | RATIO | 0.7-2.6 |
| *** LIPID PANEL *** | | | |
| CHOLESTEROL | 181 | MG/DL | 0-199 |
| TRIG | 155 | MG/DL | 0-149 |
| HDL CHOL | 42 | MG/DL | |
| CHOL/HDL | 4.3 | RATIO | |
| LDL CALC | 101 | MG/DL | 0-99 |
| VLDL CALC | 31 | MG/DL | 0-30 |
| NON-HDL CHOL CALC | 149 | MG/DL | 0-129 |

```
              LIPID ABNORMALITIES in ADULTS
                            Borderline
                              Risk            High Risk
              Desirable     for CHD           for CHD
|-------------------------------------------------------------|
| Cholesterol       < 200      200 - 239        >=240        |
| HDL Cholesterol   >= 60                        <  40        |
| LDL Cholesterol   < 130      130 - 159        >=160        |
|                   < 100 optimal                            |
| Non-HDL Cholesterol < 130*                                 |
| Cholesterol/HDL   <  5        5 -  6          >  6         |
| Triglyceride      < 150      150 - 199        > 200        |
|-------------------------------------------------------------|
```

FROM                                      (TUE)MAR 22 2011 1? ?2/ST. 12:16/No. 7537816697 P 19

Page 2 of 3

Ralmer, Lyle 08/05/1965                                PT NO: (00354)000000007077056

| *The recommended Non-HDL Cholesterol goal is < 30 MG/DL above the LDL |
| goal. |
| |
| This information is based on the Adult Treatment Panel III NCEP |
| Guidelines for adults >= 20 years of age, for fasting specimens. |
| LDL cholesterol ranges are based on direct measurement assays. |
| LDL goals are further modified by clinical risk for CHD. |
| Ref:  JAMA 2001;285:2486. |

**\*\* CBC-DIFF \*\***

| WBC | 8.9 | K/UL | 4.3-10.0 |
| RBC | 5.02 | M/UL | 4.40-5.80 |
| HGB | 16.9 | GM/DL | 13.5-16.5 | HIGH |
| HCT | 49.9 | % | 40.0-50.0 |
| MCV | 99 | FL | 80-98 | HIGH |
| MCH | 33.7 | PG | 27.0-34.0 |
| MCHC | 33.9 | % | 32.0-36.0 |
| RDW | 13.2 | % | 0.0-15.5 |
| PLATELET | 169 | K/UL | 150-450 |
| NEUTROPHIL | 41 | % | |
| LYMPHOCYTE | 47 | % | |
| MONOCYTE | 7 | % | |
| EOSINOPHIL | 5 | % | |
| BASOPHIL | 1 | % | |
| NEUTROPHIL | 3.6 | K/UL | 1.8-7.7 |
| LYMPHOCYTE | 4.2 | K/UL | 0.8-4.5 |
| MONOCYTE | 0.6 | K/UL | 0-1.5 |
| EOSINOPHIL | 0.4 | K/UL | 0-0.4 |
| BASOPHIL | 0.1 | K/UL | 0-0.05 |

**\*\* HS-TSH \*\***

| HS-TSH | 1.529 | UIU/ML | 0.550-4.780 |

| Guidelines for interpreting TSH3-Ultra values: |
|     If the TSH3-Ultra result is HIGH; suggests HYPOTHYROIDISM. |
|     If the TSH3-Ultra result is LOW;  suggests HYPERTHYROIDISM. |
|     Some patients with LOW TSH3-Ultra values are clinically |
|     HYPERTHYROID, while others are EUTHYROID. |
| Assays of FREE T4 and FREE T3 may be of value to confirm the |
| diagnosis. |
| TSH3-Ultra results alone can be misleading in patients with |
| hypothalamic or pituitary disorders, or in patients during the |
| transitional phase of thyroid treatment. |
| |
| Interpret TSH3-Ultra levels with caution during the first trimester |
| of pregnancy or whenever very high levels of hCG are present. |
| |
| TSH3-Ultra performed by the Siemens ADVIA CENTAUR TSH3-Ultra assay. |

**\*\* GFR \*\***

| CREA | 1.03 | MG/DL | |
| GFR | SEE BELOW | MG/DL | |

Patient's estimated GFR >60 ml/min/1.73 sq.m if non African-American male
Patient's estimated GFR >60 ml/min/1.73 sq.m if African-American male

| Estimated Glomerular Filtration Rate (eGFR) calculation is from the |
| National Kidney Disease Education Program (NKDEP) and is based upon |
| the IDMS-traceable MDRD Study equation. |
| Results are not to be used for change or adjustment of drug dosages |
| or treatment.  Calculation assumes a steady state of creatinine |
| balance.  Potential inaccuracies occur in acutely ill patients, or |
| with comorbid conditions or medications that interfere with |

FROM                                                    (TUE)MAR 22 2011 1? °3/ST. 12:16/No. 7537816697 P 20

Raimer, Lyle 08/05/1965                                              PT NO:  (00354)000000007077056

```
| creatinine measurement.                                         |
| Chronic kidney disease is defined as eGFR <60 for >= 3 months.  |
| See www.nkdep.nih.gov for more information.                     |
|                                                                 |
|      eGFR       STAGE        DESCRIPTION                         |
|      -------     ------       --------------------------        |
|      >= 60      1 OR 2       Normal or mildly decreased         |
|      30 - 59      3          Moderately decreased GFR           |
|      15 - 29      4          Severely decreased GFR             |
|      <15          5          Kidney failure                     |
```

**ACCESSION:** 0001011903402 **OBTAINED:** 04/29/2010 01:35 PM **REPORTED:** 04/29/2010 10:32 PM

| *** ROUTINE UA *** | | |
|---|---|---|
| APPEARANCE | CLEAR | CLEAR |
| SPEC GRAV | 1.009 | 1.005-1.030 |
| PH | 5.5 | 4.5-8.0 |
| GLUCOSE | NEG | NEG |
| KETONES | NEG | NEG |
| BILIRUBIN | NEG | NEG |
| BLOOD | NEG | NEG |
| UROBILIN | 0.2 | EU/DL | 0.0-1.0 |
| LEUK EST | NEG | NEG |
| NITRITE | NEG | NEG |
| PROTEIN | NEG | NEG |

*Reviewed by:*

FROM                                  (TUE)MAR 22 2011 1 :33/ST. 12:16/No. 7597816697 P 21

0990,
MPP.
10/21

# MEDICAL IMAGING CENTER OF HUNTINGTON BEACH

7677 Center Avenue, Suite 212
Huntington Beach, California 92647
(714)898-2991 FAX: (714)373-4697

**MAGNETIC IMAGING MEDICAL GROUP**
Keith R. Burnett, M.D.
Robert O. Lindsey, M.D.
Joel B. Levine, M.D.

*This Facility is Accredited by the American College of Radiology (ACR) for CT and MRI.*

| | |
|---|---|
| Patient Name: RAIMER, LYLE | Date of Service:   10/08/2010 |
| DOB: 08/05/1965 | Sex:   M |
| Accession: 8697076 | MRN:   95810 |
| Exam Description:      XRAY, LEFT ELBOW, COMPLETE, 3 VIEWS | |
| | Hospital ID: |

Requesting Provider:
RICHARD ENNS, MD
7677 CENTER AVE STE 100
HUNTINGTON BEACH, CA 92647

**IMPRESSION:**

1. No evidence of fracture.
2. No evidence of a joint effusion.
3. Anatomic alignment.

CLINICAL INFORMATION:  Car accident.

COMMENTS:

Three views of the left elbow were obtained.

The study demonstrates no loose bodies.  No evidence of fracture.

The radiocapitellar joint is well-aligned.

Robert M. Turner, M.D.
RMT/pmt/D: 10/08/2010 15:24:52 (PT)/T: 10/08/2010 15:27:41 (PT)/Doc ID: 4105582/ iChart Job ID:
3837532/8697076

Document authenticated by Robert M. Turner, M.D., Senior Member, American Society of Neuroradiology, on
10/08/2010 15:49:58 PT

Please be advised that if a signature is not affixed to this document, via manual or electronic document authentication, the information

4 3

19

FROM                                    (TUE)MAR 22 2011  13/ST. 12:16/No. 7507916697 P 22

# MEDICAL IMAGING CENTER OF HUNTINGTON BEACH
*Managed by:* INSIGHT IMAGING

7677 Center Avenue, Suite 212
Huntington Beach, California 92647
(714)898-2991 FAX: (714)373-4697

MAGNETIC IMAGING MEDICAL GROUP
Keith R. Burnett, M.D.
Robert O. Lindsey, M.D.
Joel B. Levine, M.D.

*This Facility is Accredited by the American College of Radiology (ACR) for CT and MRI.*

| | |
|---|---|
| Patient Name: RAIMER, LYLE | Date of Service:   05/11/2010 |
| DOB: 08/05/1965 | Sex:   M |
| Accession: 8356608 | MRN:   95810 |
| Exam Description:   XRAY, CHEST, 2 VIEWS, FRONTAL AND LATERAL | |
| | Hospital ID: |

**Requesting Provider:**
RICHARD ENNS, MD
7677 CENTER AVE STE 100
HUNTINGTON BEACH, CA 92647

---

**IMPRESSION:**

Chest within normal range.

---

CLINICAL INFORMATION:  The patient is a smoker.

COMMENTS:

PA and lateral views of the chest show expanded and clear lung fields.  The trachea is midline.  Both hemidiaphragms are smooth and the sulci are clear.

The heart is normal in size, shape, and configuration.

The bony thorax is intact.

John R. Gustafson, M.D.
JRG/pmt/D: 05/11/2010 13:25:30 (PT)/T: 05/11/2010 14:17:38 (PT)/Doc ID: 3983993/ iChart Job ID:
3728250/8356608

Document or Study Interpreted by: John R. Gustafson, M.D.
Proxy on 05/11/2010 15:29:07 PT/Document Authenticated by: Joel Levine, M.D.

be advised that if a signature is not affixed to this document, via manual or electronic document authentication, the information

20

FROM                                              (TUE)MAR 22 2011 1 28/ST. 12:18/No. 7597816697 P 23
Insight Health Corp.     1/2010 2:57:23 PM    PAGE     002    Fax Server

## MEDICAL IMAGING CENTER OF HUNTINGTON BEACH
*Managed by:* INSIGHT IMAGING

7677 Center Avenue, Suite 212
Huntington Beach, California 92647
(714)898-2991 FAX: (714)373-4697

MAGNETIC IMAGING MEDICAL GROUP
Keith R. Burnett, M.D.
Robert O. Lindsey, M.D.
Joel B. Levine, M.D.

*This Facility is Accredited by the American College of Radiology (ACR) for CT and MRI.*

| | |
|---|---|
| Patient Name: RAIMER, LYLE | Date of Service: 05/11/2010 |
| DOB: 08/05/1965 | Sex: M |
| Accession: 8356609 | MRN: 95810 |
| Exam Description: MRI CERVICAL SPINE WITHOUT CONTRAST | |
| | Hospital ID: |

Requesting Provider:
RICHARD ENNS, MD
7677 CENTER AVE STE 100
HUNTINGTON BEACH, CA 92647

---

**IMPRESSION:**

1. 2 mm or less posterior disc bulges at C3-4 and C4-5.
2. 3 mm broad-based posterior disc/end plate osteophyte complex at C5-6. Mild to moderate central canal stenosis. Moderate to severe neural foraminal stenosis, worse on the left.
3. 2-3 mm broad-based posterior disc protrusion at C6-7. Mild to moderate central canal stenosis. Moderate to severe neural foraminal stenosis, worse on the left.

---

CLINICAL INFORMATION: Neck pain and tingling in the left arm.

COMMENTS:

An MRI of the cervical spine was performed on the Hitachi AIRIS II scanner. The following sequences were obtained: sagittal FSE T2, sagittal T1, axial gradient echo, and axial T1.

No suspicious osseous lesions are identified. The vertebral body heights are maintained. There is mild degenerative disc disease at C5-6 with disc space narrowing, disc desiccation, and end plate osteophytic ridging.

The cervical cord is unremarkable.

At C2-3, there are no significant abnormalities.

At C3-4 and C4-5, there are 2 mm or less posterior disc bulges.

At C5-6, there is a 3 mm broad-based posterior disc/end plate osteophyte complex with mild to moderate central canal stenosis. There are uncovertebral joint degenerative changes with resultant moderate to severe neural foraminal stenosis, worse on the left.

At C6-7, there is a 2-3 mm broad-based posterior disc protrusion accentuated to the left of midline. There is mild to moderate central canal stenosis. There are uncovertebral joint degenerative changes bilaterally with moderate to severe neural foraminal stenosis, worse on the left.

At C7-T1, there are no significant abnormalities.

Please be advised that if a signature is not affixed to this document, via manual or electronic document authentication, the information

21

FROM                                         (TUE)MAR 22 2011 12:   '/ST. 12:16/No. 7537816697 P 24
Insight Health Corp.    11/2010 2:57:23.PM      PAGE    002    Fax Server

## MEDICAL IMAGING CENTER OF HUNTINGTON BEACH
*Managed by:* INSIGHT IMAGING

7677 Center Avenue, Suite 212
Huntington Beach, California 92647
(714)898-2991 FAX: (714)373-4697

MAGNETIC IMAGING MEDICAL GROUP
Keith R. Burnett, M.D.
Robert O. Lindsey, M.D.
Joel B. Levine, M.D.

| | |
|---|---|
| Patient Name: | RAIMER, LYLE |
| Date of Service: | 05/11/2010 |
| Exam: | MRI CERVICAL SPINE WITHOUT CONTRAST |

Page 2

No significant abnormalities are identified involving the upper three thoracic disc spaces.  The upper thoracic cord
at these levels is unremarkable.

Robert O. Lindsey, M.D.
ROL/pmt/D: 05/11/2010 13:35:54 (PT)/T: 05/11/2010 14:31:13 (PT)/Doc ID: 3984013/ iChart Job ID:
3728295/8356609

Document authenticated by Robert O. Lindsey, M.D., on 05/11/2010 14:50:51 PT

Please be advised that if a signature is not affixed to this document, via manual or electronic document authentication, the information
/17                                                                                                          22

FROM                                    (TUE)MAR 22 2011 12: 1/ST. 12:16/No. 7537816697 P 25

## MEDICAL IMAGING CENTER OF HUNTINGTON BEACH
*Managed by:* INSIGHT IMAGING

7677 Center Avenue, Suite 212
Huntington Beach, California 92647
(714)898-2991 FAX: (714)373-4697

MAGNETIC IMAGING MEDICAL GROUP
Keith R. Burnett, M.D.
Robert O. Lindsey, M.D.
Joel B. Levine, M.D.

*This Facility is Accredited by the American College of Radiology (ACR) for CT and MRI.*

| | |
|---|---|
| Patient Name: RAIMER, LYLE | Date of Service:   04/29/2010 |
| DOB: 08/05/1965 | Sex:   M |
| Accession: 8339614 | MRN:   95810 |
| Exam Description:     XRAY, SPINE, CERVICAL, ANTEROPOSTERIOR AND LATERAL, MINIMUM OF 4 VIEWS | |
| | Hospital ID: |

Requesting Provider:
RICHARD ENNS, MD
7677 CENTER AVE STE 100
HUNTINGTON BEACH, CA 92647

---

IMPRESSION:

1. Mild spondylosis of the cervical spine.
2. No evidence of fracture, dislocation, or metastatic disease.

---

CLINICAL INFORMATION:  Pain.

COMMENTS:

A minimum of four views of the cervical spine were obtained.

There is no evidence of fracture, dislocation, or metastatic disease.   There is no evidence of cervical ribs.

There is very mild generalized spondylosis of the cervical spine.

Robert M. Turner, M.D.
RMT/pmt/D: 04/29/2010 14:21:26 (PT)/T: 04/29/2010 15:53:53 (PT)/Doc ID: 3969769/ iChart Job ID:
3715463/8339614

Document authenticated by Robert M. Turner, M.D., Senior Member, American Society of Neuroradiology, on
04/29/2010 16:14:23 PT

Please be advised that if a signature is not affixed to this document, via manual or electronic document authentication, the information

47                                          23

FROM                                    (TUE)MAR 22 2011 12   /ST. 12:16/No. 7537816697 P 26



**CALIFORNIA**
**REHABILITATION**
**& SPORTS THERAPY**

## PROGRESS/DISCHARGE REPORT

*A TEAM OF PROFESSIONALS DEDICATED TO OPTIMIZING HUMAN PERFORMANCE IN WORK, SPORT AND DAILY LIFE*

NAME:            LYLE RAMIER

DATE:            NOVEMBER 10, 2010

PHYSICIAN:       RICHARD ENNS, MD

DIAGNOSIS:       CERVICAL STRAIN, PAIN IN LEFT ARM/FOREARM

**ALAN E. VOGEL**
P.T., O.C.S., C.E.A.S.
*PRINCIPAL*
5772 BOLSA AVENUE
SUITE 101
HUNTINGTON BEACH
CALIFORNIA 92649
TEL 714.897.3589
FAX 714.897.1316

**Therapy Program:** Mr. Ramier has been seen for 6 physical therapy visits since his last progress report dated 10/20/10 Treatment has consisted of: soft tissue mobilization, strengthening, therapeutic exercise, therapeutic modalities and a home exercise program.

**ANTHONY F. BISACCIA**
M.P.T
36 MAUCHLY
SUITE A
IRVINE SPECTRUM
CALIFORNIA 92618
TEL 949.727.3315
FAX 949.727.3624

**SUBJECTIVE:** Mr. Ramier states that his neck feels significantly better, essentially back to normal. He also feels that his left forearm is much improved and does not feel any significant pain there as well.

**OBJECTIVE:**

ROM:                        10/20/10        11/10/10
    Right rotation:         67°             65°
    Left rotation:          57°             65°

**MICHAEL W. RYMER**
P.T., O.C.S., C.E.A.S.
2888 LONG BEACH BLVD
SUITE 105
LONG BEACH
CALIFORNIA 90806
TEL 562.595.4459
FAX 562.595.4064

Upper extremity ROM: Grossly WNL

Grip strength:              10/20/10        11/10/10
    Left forearm:           77lbs           77lbs

**ROGER TAILLON**
P.T.
200 NEWPORT CENTER DR
SUITE 211
NEWPORT BEACH
CALIFORNIA 92660
TEL 949.644.1322
FAX 949.644.0316

Left upper extremity strength:   Grossly 5-/5

**ASSESSMENT:** Mr. Ramier has demonstrated excellent improvement in his cervical ROM along with strength to his left arm. Some weakness with left grip does remain, however with consistent performance of home exercise program that should continue to improve. Due to his current status he does appear ready to transition to a home exercise program and discharge from physical therapy at this time.

ADULT & PEDIATRIC
PHYSICAL THERAPY

COMPLICATED SPINE &
EXTREMITI THERAPY

HAND REHABILITATION

MYOFASCIAL PAIN DISORDERS

OCCUPATIONAL THERAPY

ORTHOPAEDICS

SPINE REHABILITATION

SPORTS MEDICINE

TMJ/HEADACHES

**PLAN:** Transition to a home exercise program and discharge from physical therapy.

Thank you for allowing us to assist in the care of your patient. We look forward to working with you and your patients in the future.

Sincerely,

Mark Nowlin, PT, DPT, CSCS
Huntington Beach Clinic
MN/sj/sj*



**CALIFORNIA REHABILITATION & SPORTS THERAPY**

## PROGRESS REPORT

*A TEAM OF PROFESSIONALS DEDICATED TO OPTIMIZING HUMAN PERFORMANCE IN WORK, SPORT AND DAILY LIFE*

**NAME:** LYLE RAIMER

**DATE:** OCTOBER 20, 2010

**PHYSICIAN:** RICHARD ENNS, MD

**DIAGNOSIS:** CERVICAL STRAIN, LACERATION LEFT FOREARM

**Therapy Program:** Mr. Raimer has attended 8 physical therapy visits including his initial evaluation dated 9/29/10. Treatment has consisted of the following: soft tissue mobilization, ROM, stretching, therapeutic exercises, therapeutic modalities, cervical traction and a home exercise program.

**SUBJECTIVE:** Mr. Raimer states that his neck is feeling a lot better since starting with physical therapy. He still notes some stiffness when turning to the left however, the pain is significantly improved. He states that his elbow and his forearm are a little bit better however, rotation of his hand in supination and pronation is somewhat painful.

**OBJECTIVE:**

| Cervical Spine ROM: | 9/29/10 | 10/20/10 |
|---|---|---|
| Right rotation: | 62° | 67° |
| Left rotation: | 54° | 57° |
| Left forearm pronation: | Pain at end range | |
| Supination: | Pain at end range | |

| Grip Strength: | 9/29/10 | 10/20/10 |
|---|---|---|
| Right: | 90lbs | 95lbs |
| Left: | 50lbs | 77lbs |

**ASSESSMENT:** Mr Raimer has shown improvement in cervical ROM and significant reduction in pain, though some stiffness in left rotation continues. Grip strength is noticeably better, but isolating supination and pronation patient has weakness and pain. Due to his current status he may benefit from continuing with therapy to address his limited cervical mobility.

**PLAN:** Continue with physical therapy 2-3 times a week for 3 weeks to help normalize cervical ROM address left elbow as appropriate.

Thank you for allowing us to assist in the care of your patient. We look forward to working with you and your patients in the future.

Sincerely,

Mark Nowlin, PT, DPT, CSCS

Huntington Beach Clinic
MN/sj/sj*

ALAN E. VOGEL
P.T., O.C.S., C.E.A.S.
PRINCIPAL
5777 BOLSA AVENUE
SUITE 101
HUNTINGTON BEACH
CALIFORNIA 92649
TEL 714.897.3589
FAX 714.897.1316

ANTHONY F. BISACCIA
M.P.T
3A MAUCHLY
SUITE A
IRVINE SPECTRUM
CALIFORNIA 92618
TEL 949.727.3915
FAX 949.727.3644

MICHAEL W. RYMER
P.T., O.C.S., C.E.A.S
2888 LONG BEACH BLVD.
SUITE 405
LONG BEACH
CALIFORNIA 90806
TEL 562.595.4489
FAX 562.595.4063

ROGER TAILLON
P.T
200 NEWPORT CENTER DR
SUITE 213
NEWPORT BEACH
CALIFORNIA 92660
TEL 949.644.1322
FAX 949.644.0311

ADULT & PEDIATRIC
PHYSICAL THERAPY

COMPLICATED SPINE &
EXTREMITY THERAPY

HAND REHABILITATION

MYOFASCIAL PAIN DISORDERS

OCCUPATIONAL THERAPY

ORTHOPAEDICS

SPINE REHABILITATION

SPORTS MEDICINE

TMJ/HEADACHES

FROM                              (TUE)MAR 22 2011 12  VST. 12:16/No. 7537816697 P 28



**CALIFORNIA**
**REHABILITATION**
**& SPORTS THERAPY**

PROGRESS REPORT

*A TEAM OF PROFESSIONALS DEDICATED TO OPTIMIZING HUMAN PERFORMANCE IN WORK, SPORT AND DAILY LIFE*

NAME:           LYLE RAMIER

DATE:           OCTOBER 7, 2010

PHYSICIAN:      RICHARD ENNS, MD

DIAGNOSIS:      CERVICAL STRAIN, LACERATION OF LEFT FOREARM

**Therapy Program:** Mr. Ramier has attended 3 physical therapy visits since his initial evaluation dated 9/29/10.  Treatment in therapy has consisted of: soft tissue mobilization, stretching, cervical traction, therapeutic exercises, therapeutic modalities and a home exercise program.

**SUBJECTIVE:** Mr. Ramier states that his neck feels better after therapy but stiffness does return. He states that his forearm has experienced some onset of pain with rotation movements, though other movements seem to be doing okay.

**OBJECTIVE:**
Cervical ROM:                   9/29/10
    Extension:                  52°
    Flexion:                    47°
    Right rotation:             62° (pain on left)
    Left rotation:              54°
    Right side bend:            25° (pain on left)
    Left side bend:             30°

**Elbow and Wrist ROM:** Grossly WNL

**Grip Strength:** Left 50lbs, Right 90lbs

**ASSESSMENT:** Mr. Ramier is just initiating physical therapy which appears to helping reduce cervical stiffness and tightness. Weakness continues to left forearm with some recent onset of pain with supination and pronation. Mr. Ramier would likely benefit from continuing with physical therapy to address these deficits

**PLAN:** Continue with physical therapy as prescribed

Thank you for allowing us to assist in the care of your patient. We look forward to working with you and your patients in the future.

Sincerely,

Mark Nowlin, PT, DPT, CSCS

Huntington Beach Clinic
MN/sj/sj*

ALAN E. VOGEL
P.T., O.C.S., C.E.A.S
PRINCIPAL
5172 III1 SA AVENUE
SUITE 101
HUNTINGTON BEACH
CALIFORNIA 92648
TEL 714.897.3589
FAX 714.897.1316

ANTHONY F. BISACCIA
M.P.T.
56 MAUCHLY
SUITE A
IRVINE SPECTRUM
CALIFORNIA 92618
TEL 949.727.3315
FAX 949.727.3624

MICHAEL W. RYMER
P.T., O.C.S., C.E.A.S
2588 LONG BEACH BLVD.
SUITE 105
LONG BEACH
CALIFORNIA 90806
TEL 562.595.4489
FAX 562 595 4063

ROGER TAILLON
P.T.
200 NEWPORT CENTER DR
SUITE 213
NEWPORT BEACH
CALIFORNIA 92660
TEL 949.644.1322
FAX 949.644.0316

ADULT & PEDIATRIC
PHYSICAL THERAPY

COMPLICATED SPINE &
EXTREMITY THERAPY

HAND REHABILITATION

MYOFASCIAL PAIN DISORDERS

OCCUPATIONAL THERAPY

ORTHOPAEDICS

SPINE REHABILITATION

SPORTS MEDICINE

TMJ/HEADACHES

FROM                                    ⟨TUE⟩MAR 22 2011 12  /ST. 12:16/No. 7537816697 P 29

DATE OF SERVICE:   08/13/2010

CHIEF COMPLAINT:   MVA.

HISTORY OF PRESENT ILLNESS:   This is a 45-year-old gentleman who comes in complaining of elbow pain. He was involved in a rollover car accident in his car with the windshield being broken, however, no air bag deployment and no PSI. The patient states that he was wearing a seat belt and did not lose consciousness. He says that the pain is in his elbow, sharp, severe, nonradiating, worse with movement. He also has a laceration there as well. He did not hit his head, did not lose consciousness. Not complaining of neck pain. No nausea. No vomiting. No _____ .

PAST MEDICAL HISTORY:   Negative.

SOCIAL HISTORY:   Denies drugs, tobacco, or alcohol.

REVIEW OF SYSTEMS:   Other systems reviewed and otherwise negative except as in the HPI.

PHYSICAL EXAMINATION
GENERAL:   The patient is alert and oriented. No focal deficits noted. C-spine and backboard immobilization.
HEENT:   Pupils are equal, round, and reactive. Oropharynx is clear.
NECK:   Supple. No meningismus. No midline tenderness.
HEART:   Regular rhythm.
LUNGS:   Clear bilaterally.
ABDOMEN:   Soft and nontender. No rebound or guarding.
SKIN:   Warm and dry.
EXTREMITIES:   Over this left elbow, he has normal range of motion. No snuffbox tenderness. He has a large laceration measuring 8 cm. Extremities with normal strength. No edema.
BACK:   No midline tenderness. No CVAT noted. No obvious bruising.
PSYCHIATRIC:   Normal affect. Normal mood.

EMERGENCY DEPARTMENT COURSE AND MEDICAL DECISION MAKING:   This is a 45-year-old person who comes in complaining of a laceration to the right elbow after a rollover. The patient is NEXUS criteria negative. I do not feel that his elbow injury represents a distracting injury. He is having no C-spine tenderness and he has normal range of motion. Therefore, no C-spine films are ordered. He did not hit his head, did not lose consciousness. Therefore, no head CT was ordered.

X-rays of his left elbow were ordered and interpretation by me. It shows no acute fracture and normal alignment. There is no posterior

St. Mary Medical Center
Long Beach, CA – CHW

| | |
|---|---|
| Date: | 08/13/2010 |
| ACCT #: | 2000732050 |
| Room #: | DISC/DIS |
| MR #: | 571144 |
| PATIENT: | RAIMER, LYLE ADRIAN |
| DICTATOR: | SRIPHA O. CHAN, MD |

CHART COPY          EMERGENCY DEPARTMENT RECORD          Page 1

51                    27

sail sign. There is some soft tissue swelling and some foreign bodies noted, including a rhomboid piece of glass.

PROCEDURE NOTE:  Time-out was performed prior to the procedure. In a clean, sterile fashion with good overhead lighting, lidocaine 1% was used to anesthetize the area with good anesthesia involvement. There was a fair amount of debridement. The piece of glass was found and removed. There was copious irrigation performed to flush out any other foreign bodies. Two deep sutures were placed for good approximation of the skin edges, and 12 interrupted sutures were placed on the surface. The patient tolerated the procedure well.

The patient's wound has been dressed. He will be discharged with a wound check in 1 to 2 days, given the fact that it was a rollover and there was a fair amount of debris acquired in the wound. The patient was discharged.

DIAGNOSES
1. Laceration, left elbow, complex, 8 cm, with debridement and deep and interrupted sutures placed.
2. Multiple abrasions and contusions.

DISPOSITION:  A prescription was given Valium, Percocet, and Motrin. A wound check in 1 to 2 days with wound care precautions.


SC: WMX/jm Job#: 426567
D: 08/13/2010 13:03:00
T: 08/13/2010 2:41 PM
S: 08/15/2010 7:33 AM

This document has been electronically signed by SRIPHA O. CHAN, MD on 08/15/2010 7:33 AM.

cc: Arlene Vernon, MD


St. Mary Medical Center
Long Beach, CA - CHW

| | |
|---|---|
| Date: | 08/13/2010 |
| ACCT #: | 2000732050 |
| Room #: | DISC/DIS |
| MR #: | 571144 |
| PATIENT: | RAIMER, LYLE ADRIAN |
| DICTATOR: | SRIPHA O. CHAN, MD |

CHART COPY          EMERGENCY DEPARTMENT RECORD                    Page 2

52                                                                  28

FROM                                    (TUE)MAR 22 2011 1: 5/ST. 12:16/No. 7537816697 P 01

149A-081310                                              13-Aug-2010
ER ELBOW MIN 3V                                          E/R
                        ST. MARY MEDICAL CENTER          EMERGENCY ROOM
                           1050 Linden Avenue
                          Long Beach, CA  90813           *** FINAL COPY ***

     LEFT ELBOW SERIES, AP, LATERAL AND OBLIQUE - 08/13/10:

     History: MVA.

     Findings:

     Significant soft tissue injury is seen adjacent to the ulna.  No
     bony fracture is noted.  No other abnormality is appreciated.

     IMPRESSION: Marked soft tissue injury.

               Addendum:  Small punctate radiopacity is seen within
          the soft tissues which may represent small foreign
          bodies.


                    signed: VINCENT ESPOSITO, M.D.

     VE/cf

     cc: ARLENE M VERNON, MD


BED  D

                                          RAIMER, LYLE ADRIAN
                                          571144

                                          MALE     45
                                          05-Aug-1965
SRIPHA O CHAN MD                          E/R
1050 LINDEN AVE                           ER        ER-37
LONG BEACH        CA        90813         13-Aug-201015:25

                              53                    29

# EXHIBIT "3"

03/24/2011  2:14 PM

# Account Financial History By Service Date
## CALIFORNIA REHABILITATION AND SPORTS THERAPY

Page 1

**Selections:**
Service Dates:   03/03/2008 - 03/24/2011
Accounts:        20003
Activity Types:  Charges, Payments, Adjustments, Transfers, Refunds

**Type Date Legend:**
Charges - Service Date, Credits - Post Date

**Account:** 20003   Raimer, Lyle A

| Date | Type | Name/Description | Provider | Rend Code | Description | Ref Date | Diagnosis | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 09/25/2010 | CHG | Raimer, Lyle A | | 97001 | Initial Evaluation | 09/29/2010 | 723.1 | 1.00 | 95.00 |
| 09/25/2010 | CHG | Raimer, Lyle A | MNO | 97140-59 | Manual Therapy Technique | 09/29/2010 | 723.1 | 1.00 | 45.00 |
| 09/25/2010 | CHG | Raimer, Lyle A | MNO | 97110 | Thex Exercise | 09/29/2010 | 723.1 | 1.00 | 45.00 |
| 09/28/2010 | PMT | 838941 | | | Charge from Raimer, Lyle A | 09/29/2010 | | | -30.00 |
| 10/05/2010 | CHG | Raimer, Lyle A | MNO | 97140-59 | Manual Therapy Technique | 10/05/2010 | 723.1 | 1.00 | 45.00 |
| 10/05/2010 | CHG | Raimer, Lyle A | MNO | 97110 | Thex Exercise | 10/05/2010 | 723.1 | 1.00 | 45.00 |
| 10/05/2010 | CHG | Raimer, Lyle A | MNO | 97012-59 | Mechanical Traction | 10/05/2010 | 723.1 | 1.00 | 35.00 |
| 10/07/2010 | CHG | Raimer, Lyle A | MNO | 97140-59 | Manual Therapy Technique | 10/07/2010 | 723.1 | 1.00 | 45.00 |
| 10/07/2010 | CHG | Raimer, Lyle A | MNO | 97110 | Thex Exercise | 10/07/2010 | 723.1 | 1.00 | 45.00 |
| 10/07/2010 | CHG | Raimer, Lyle A | MNO | 97012-59 | Mechanical Traction | 10/07/2010 | 723.1 | 1.00 | 35.00 |
| 10/07/2010 | PMT | 384862 | | | Charge from Raimer, Lyle A | 10/07/2010 | | | 28.00 |
| 10/12/2010 | CHG | Raimer, Lyle A | MNO | 97140-59 | Manual Therapy Technique | 10/07/2010 | 723.1 | 1.00 | 45.00 |
| 10/12/2010 | CHG | Raimer, Lyle A | MNO | 97110 | Thex Exercise | 10/12/2010 | 723.1 | 1.00 | 45.00 |
| 10/12/2010 | CHG | Raimer, Lyle A | MNO | 97012-59 | Mechanical Traction | 10/12/2010 | 723.1 | 1.00 | 35.00 |
| 10/14/2010 | CHG | Raimer, Lyle A | MNO | 97140-59 | Manual Therapy Technique | 10/14/2010 | 723.1 | 1.00 | 45.00 |
| 10/14/2010 | CHG | Raimer, Lyle A | MNO | 97110 | Thex Exercise | 10/14/2010 | 723.1 | 1.00 | 45.00 |
| 10/14/2010 | CHG | Raimer, Lyle A | MNO | 97012-59 | Mechanical Traction | 10/14/2010 | 723.1 | 1.00 | 35.00 |
| 10/15/2010 | CHG | Raimer, Lyle A | MNO | 97140-59 | Manual Therapy Technique | 10/15/2010 | 723.1 | 1.00 | 45.00 |
| 10/15/2010 | CHG | Raimer, Lyle A | MNO | 97110 | Thex Exercise | 10/15/2010 | 723.1 | 1.00 | 45.00 |
| 10/15/2010 | CHG | Raimer, Lyle A | MNO | 97012-59 | Mechanical Traction | 10/15/2010 | 723.1 | 1.00 | 35.00 |
| 10/15/2010 | PMT | | | | Charge from Raimer, Lyle A | 10/15/2010 | | | 28.00 |
| 10/18/2010 | CHG | Raimer, Lyle A | MNO | 97140-59 | Manual Therapy Technique | 10/18/2010 | 723.1 | 1.00 | 45.00 |
| 10/18/2010 | CHG | Raimer, Lyle A | MNO | 97110 | Thex Exercise | 10/18/2010 | 723.1 | 1.00 | 45.00 |
| 10/18/2010 | CHG | Raimer, Lyle A | MNO | 97012-59 | Mechanical Traction | 10/18/2010 | 723.1 | 1.00 | 35.00 |
| 10/19/2010 | ADJ | 60 | | | PPO Adjustment | | | | -120.00 |
| 10/19/2010 | ADJ | 60 | | | PPO Adjustment | | | | |
| 10/19/2010 | ADJ | 60 | | | PPO Adjustment | | | | |
| 10/19/2010 | ADJ | 61028644000101885 | | | Elec. Transfer from AET01 | | | | -117.82 |
| 10/20/2010 | CHG | Raimer, Lyle A | MNO | 97110 | Thex Exercise | 10/19/2010 | 723.1 | 2.00 | 70.00 |
| 10/20/2010 | CHG | Raimer, Lyle A | MNO | 97140-59 | Manual Therapy Technique | 10/20/2010 | 723.1 | 2.00 | 90.00 |
| 10/20/2010 | CHG | Raimer, Lyle A | MNO | 97012-59 | Mechanical Traction | 10/20/2010 | 723.1 | 1.00 | 45.00 |
| 10/22/2010 | CHG | Raimer, Lyle A | MNO | 97110 | Thex Exercise | 10/22/2010 | 723.1 | 2.00 | 90.00 |
| 10/22/2010 | CHG | Raimer, Lyle A | MNO | 97140-59 | Manual Therapy Technique | 10/22/2010 | 723.1 | 1.00 | 45.00 |
| 10/22/2010 | CHG | Raimer, Lyle A | MNO | | Mechanical Traction | 10/22/2010 | 723.1 | 1.00 | 28.00 |
| 10/25/2010 | PMT | | | | Charge from Raimer, Lyle A | 10/25/2010 | | | -90.00 |
| 10/25/2010 | CHG | Raimer, Lyle A | MNO | 97110 | Thex Exercise | 10/25/2010 | 723.1 | 1.00 | 45.00 |
| 10/25/2010 | CHG | Raimer, Lyle A | MNO | 97140-59 | Manual Therapy Technique | 10/25/2010 | 723.1 | 2.00 | 70.00 |
| 10/25/2010 | ADJ | 60 | | | PPO Adjustment | | | | -11.35 |
| 10/25/2010 | ADJ | 60 | | | PPO Adjustment | | | | -13.55 |
| 10/25/2010 | ADJ | 60 | | | PPO Adjustment | | | | -13.55 |
| 10/25/2010 | ADJ | 60 | | | PPO Adjustment | | | | |

*55*

03/24/2011  2:14 PM

**Account Financial History By Service Date**
**CALIFORNIA REHABILITATION AND SPORTS THERAPY**

Page 2

Account: 20903   Raimer, Lyle A

| Type | Date | Name/Description | Provider | ProcCode | Description | Ref Date | Diagnosis | Units | Amount |
|------|------|------------------|----------|----------|-------------|----------|-----------|-------|--------|
| ADJ | 10/26/2010 | 60 | | | PPO Adjustment | | | | -23.40 |
| PMT | 10/26/2010 | 60 | | | PPO Adjustment | | | | -420.00 |
| ADJ | 10/26/2010 | 60 | | | Elec. Transfer from AET01 | | | | -94.27 |
| CHG | 10/27/2010 | 81023356001788 | | 97110 | Elec. Transfer from AET01 | 10/26/2010 | 723.1 | 2.00 | 70.00 |
| CHG | 10/27/2010 | Raimer, Lyle A | MNO | 97140-59 | Ther. Exercise | 10/26/2010 | 723.1 | 1.00 | 45.00 |
| CHG | 10/27/2010 | Raimer, Lyle A | MNO | 97110 | Manual Therapy Technique | 10/27/2010 | 723.1 | 2.00 | 70.00 |
| CHG | 11/01/2010 | Raimer, Lyle A | MNO | 97140-59 | Ther. Exercise | 10/27/2010 | 723.1 | 1.00 | 45.00 |
| CHG | 11/02/2010 | Raimer, Lyle A | MNO | 97110 | Manual Therapy Technique | 11/01/2010 | 723.1 | 2.00 | 70.00 |
| ADJ | 11/02/2010 | 60 | MNO | 97140-59 | Ther. Exercise | 11/01/2010 | 723.1 | 1.00 | 45.00 |
| ADJ | 11/02/2010 | 60 | | | PPO Adjustment | | | | -11.36 |
| ADJ | 11/02/2010 | 60 | | | PPO Adjustment | | | | -11.36 |
| ADJ | 11/02/2010 | 60 | | | PPO Adjustment | | | | -13.56 |
| ADJ | 11/02/2010 | 60 | | | PPO Adjustment | | | | -13.56 |
| PMT | 11/02/2010 | 81030054000181869 | | | PPO Adjustment | | | | -23.40 |
| CHG | 11/08/2010 | Raimer, Lyle A | MNO | 97140-59 | Elec. Transfer from AET01 | 11/02/2010 | 723.1 | 2.00 | 45.00 |
| CHG | 11/08/2010 | Raimer, Lyle A | MNO | 97110 | Ther. Exercise | 11/08/2010 | 723.1 | 1.00 | 70.00 |
| ADJ | 11/09/2010 | 60 | | | Manual Therapy Technique | | | | -119.35 |
| ADJ | 11/09/2010 | 60 | | | PPO Adjustment | | | | 45.00 |
| ADJ | 11/09/2010 | 60 | | | PPO Adjustment | | | | -11.35 |
| ADJ | 11/09/2010 | 60 | | | PPO Adjustment | | | | -11.35 |
| ADJ | 11/09/2010 | 60 | | | PPO Adjustment | | | | -11.36 |
| ADJ | 11/09/2010 | 60 | | | PPO Adjustment | | | | -13.56 |
| ADJ | 11/09/2010 | 60 | | | PPO Adjustment | | | | -13.56 |
| ADJ | 11/09/2010 | 60 | | | PPO Adjustment | | | | -22.71 |
| PMT | 11/10/2010 | 81030738000184142 | | | PPO Adjustment | | | | -23.40 |
| CHG | 11/10/2010 | Raimer, Lyle A | MNO | 97110 | Elec. Transfer from AET01 | 11/09/2010 | 723.1 | 3.00 | -209.83 |
| PMT | 11/17/2010 | 8C8820 | MNO | 97630 | Ther. Exercise | 11/09/2010 | 723.1 | 1.00 | 36.00 |
| ADJ | 11/17/2010 | Raimer, Lyle A | | | Charge from Raimer, Lyle A | 11/10/2010 | | | -150.00 |
| ADJ | 11/17/2010 | 60 | | | PPO Adjustment | 11/11/2010 | | | -22.71 |
| ADJ | 11/17/2010 | 60 | | | PPO Adjustment | | | | -22.71 |
| ADJ | 11/17/2010 | 60 | | | PPO Adjustment | | | | -22.71 |
| PMT | 11/17/2010 | 81031434000200033 | | | PPO Adjustment | | | | -23.40 |
| ADJ | 11/30/2010 | 60 | | | Elec. Transfer from AET01 | 11/17/2010 | | | -23.40 |
| ADJ | 12/01/2010 | 60 | | | PPO Adjustment | | | | -209.67 |
| PMT | 12/01/2010 | 81032838002002056 | | | PPO Adjustment | | | | -22.71 |
| ADJ | 12/07/2010 | 60 | | | Elec. Transfer from AET01 | 12/01/2010 | | | -69.89 |
| ADJ | 12/07/2010 | 60 | | | PPO Adjustment | | | | -11.66 |
| PMT | 12/07/2010 | 81035440001284 | | | PPO Adjustment | | | | -34.07 |
| | | | | | Elec. Transfer from AET01 | 12/07/2010 | | | -420.00 |

| Account Totals: | PMT: | RFD: | X-Fr: | ADJ: | CHG: | |
|-----------------|------|------|-------|------|------|---|
| | 1,416.70 | 0.00 | 0.00 | 895.30 | 1,691.00 | 44.00 |

| Report Totals: | PMT: | RFD: | X-Fr: | ADJ: | CHG: | |
|----------------|------|------|-------|------|------|---|
| | 1,415.70 | 0.00 | 0.00 | 895.30 | 1,891.00 | 44.00 |

3

56

## PATIENT TREATMENT LOG

Name: Lyle Palmer

Ins: Aetna

Dx: Cervical Spine

MD: Richard Davis

**Rx Exp:**

1. 10/10/10
2. 11/11/10
3. ___

4. ___
5. ___
6. ___

**Next MD visit:**

1. 10/7/10
2. 10/24/10
3. 11/11/10

4. ___
5. ___
6. ___

| | Date | Exp date | | | Date | Exp date | | | Date | Exp date |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 9/29/10 | | 13 | | 11/8/10 | | 25 | | | |
| 2 | 10/5/10 | | 14 | | 11/10/10 | | 26 | | | |
| 3 | 10/7/10 | | 15 | | | | 27 | | | |
| 4 | 10/12/10 | | 16 | | | | 28 | | | |
| 5 | 10/13/12 | | 17 | | | | 29 | | | |
| 6 | 10/15/10 | | 18 | | | | 30 | | | |
| 7 | 10/18/10 | | 19 | | | | 31 | | | |
| 8 | 10/20/10 | | 20 | | | | 32 | | | |
| 9 | 10/22/10 | | 21 | | | | 33 | | | |
| 10 | 10/25/10 | | 22 | | | | 34 | | | |
| 11 | 10/27/10 | | 23 | | | | 35 | | | |
| 12 | 11/1/10 | | 24 | | | | 36 | | | |

## AUTHORIZATION LOG

| Date | Comments | Auth # | Initials |
|---|---|---|---|
| 9/20/10 | ref # 243008040 Rx req. Gov/y comb 0 used. 4 mod per day review D 25 vis | | VR |
| | | | |
| | | | |
| | | | |
| | | | |

57                    2



# CALIFORNIA REHABILITATION & SPORTS THERAPY

ALAN E. VOGEL P.T., O.C.S., HUNTINGTON BEACH
MARK NOLTE M.A., P.T., CERT. M.D.T., IRVINE SPECTRUM
MICHAEL W. RYMER P.T., O.C.S., LONG BEACH
MILAN STEJIN P.T., NEWPORT BEACH

□ HUNTINGTON BEACH CLINIC
TEL: 714.893.7876
FAX: 714.893.1315
CALIFORNIA 92649

□ IRVINE SPECTRUM CLINIC
36 MAUCHLY, SUITE A
IRVINE, CALIFORNIA 92618
TEL: 949.727.1515
FAX: 949.727.2622

□ LONG BEACH CLINIC
3888 LONG BEACH BLVD.
SUITE 105
LONG BEACH
CALIFORNIA 90806
TEL: 562.595.4489
FAX: 562.595.4043

□ NEWPORT BEACH CLINIC
200 NEWPORT CENTER DR.
SUITE 123
NEWPORT BEACH
CALIFORNIA 92660
TEL: 949.644.3322
FAX: 949.644.0316

NAME _____ DATE _____ ICD - 9 Code (please)

DIAGNOSIS _____

TREATMENT GOALS _____

PRECAUTIONS/COMMENTS: _____

2 TIMES A WEEK   2 WEEKS

□ EVALUATE & TREAT
□ AQUATIC THERAPY
□ PHYSICAL THERAPY
□ OCCUPATIONAL THERAPY
□ SPEECH THERAPY

EVALUATIONS
□ FUNCTIONAL CAPACITY
□ ERGONOMIC ASSESSMENT
□ POSTURE
□ GAIT
□ CYBEX (H.B. ONLY)
□ MEDX LUMBAR
  □ (IRVINE ONLY)
□ UNWEIGHTING
  (H.B. ONLY)

PROCEDURES
□ THER. EX
□ STABILIZATION
□ FUNCTIONAL TRAINING
□ JOINT MOBILIZATION
□ P.N.F.
□ R.O.M.
□ SOFT TISSUE MOBILIZATION
□ IONTOPHORESIS

MODALITIES
□ AS NEEDED
□ HEAT   □ COLD
□ ULTRASOUND
□ TRACTION
□ EMS
□ E.G.S.
□ OTHER

SIGNED _____

Member of The Physical Rehabilitation Network

RENEWAL PRESCRIPTION REQUIRED MONTHLY







# CALIFORNIA REHABILITATION & SPORTS THERAPY

☐ HUNTINGTON BEACH CLINIC
5272 BOLSA AVENUE
HUNTINGTON BEACH
CALIFORNIA, 92649
TEL. 714.897.1616
FAX. 714.892.1316

☐ IRVINE SPECTRUM CLINIC
SUITE A
IRVINE
CALIFORNIA, 92618
TEL. 949.753.9313
FAX. 949.727.3654

☐ LONG BEACH CLINIC
3816 LONG BEACH BLVD.
SUITE 301
LONG BEACH
CALIFORNIA, 90806
TEL. 562.595.6492
FAX. 562.595.6063

☐ NEWPORT BEACH CLINIC
200 NEWPORT CENTER DR.
SUITE 213
NEWPORT BEACH
CALIFORNIA, 92660
TEL. 949.644.1722

Member of the Physical Rehabilitation Network

NAME

DIAGNOSIS

TREATMENT GOALS

PRECAUTIONS/COMMENTS

☑ EVALUATE & TREAT
_____ TIMES A WEEK _____ WEEKS

☐ AQUATIC THERAPY
☐ PHYSICAL THERAPY
☐ OCCUPATIONAL THERAPY
☐ SPEECH THERAPY

SIGNED

ALAN E. VOGEL  P.T., O.C.S., HUNTINGTON BEACH
MARK NOLTE  M.A., P.T., CERT. M.D.T., IRVINE SPECTRUM
MICHAEL W. RYMER  P.T., O.C.S., LONG BEACH
MILAN STEIJN  P.T., NEWPORT BEACH

DATE

ICD—9 Code (please)

**EVALUATIONS**
☐ FUNCTIONAL CAPACITY
☐ ERGONOMIC ASSESSMENT
☐ POSTURE
☐ GAIT
☐ CYBEX (H.B. ONLY)
☐ MEDX LUMBAR (IRVINE ONLY)
☐ R.O.M.
☐ SOFT TISSUE MOBILIZATION
☐ IONTOPHORESIS

**PROCEDURES**
☐ THER. EX
☐ STABILIZATION
☐ FUNCTIONAL TRAINING
☐ JOINT MOBILIZATION
☐ P.N.F.
☐ R.O.M.
☐ UNWEIGHTING (H.B. ONLY)

**MODALITIES**
☐ AS NEEDED
☐ HEAT  ☐ COLD
☐ ULTRASOUND
☐ TRACTION
☐ E.M.S.
☐ E.G.S.
☐ OTHER

RENEWAL PRESCRIPTION REQUIRED MONTHLY



7



**CALIFORNIA**
**REHABILITATION**
**& SPORTS THERAPY**

*A TEAM OF PROFESSIONALS DEDICATED TO OPTIMIZING HUMAN PERFORMANCE IN WORK, SPORT AND DAIL*

## To our valued patients;

ALAN E. VOGEL
P.T., O.C.S., C.E.A.S.
PRINCIPAL
5622 BOLSA AVENUE
SUITE 101
HUNTINGTON BEACH
CALIFORNIA 92649
TEL 714.897.3589
FAX 714.897.1316

ANTHONY F. BISACCIA
M.P.T.
16 MAUCHLY
SUITE A
IRVINE SPECTRUM
CALIFORNIA 92618
TEL 949.727.3375
FAX 949.727.3624

MICHAEL W. RYMER
P.T., O.C.S., C.E.A.S.
2808 LONG BEACH BLVD.
SUITE 105
LONG BEACH
CALIFORNIA 90806
TEL 562.595.4489
FAX 562.595.4063

ROGER TAILLON
P.T.
200 NEWPORT CENTER DR
SUITE 213
NEWPORT BEACH
CALIFORNIA 92660
TEL 949.644.1322
FAX 949.644.0316

ADULT & PEDIATRIC
PHYSICAL THERAPY

COMPLICATED SPINE &
EXTREMITY THERAPY

HAND REHABILITATION

PSCIAL PAIN DISORDERS

OCCUPATIONAL THERAPY

ORTHOPAEDICS

SPINE REHABILITATION

SPORTS MEDICINE

TMJ/HEADACHES

We know your time is very valuable and we consistently do our best to make your appointments to your convenience and eliminate waiting room time. With that spirit in mind, we request consideration that you provide a 24-hour cancellation notice if you want to cancel or reschedule your appointment.

Please notify your therapist or the front office if you have any scheduling conflicts. At this time, we will have to charge a $35 fee for not showing for an appointment or not cancelling within 24 hours.

We appreciate your cooperation.

Signature: _____     Date: 9-74-10

| Office   HB#11 | Treatment Start Date | | Therapist |

Name  Lyle A. Raimer          Social Security# 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  M X  F

Address  37A Orange Ave          City Long Beach          State CA  Zip 90802

Home Phone 562-495-5997   Cell Phone 949-735-1208   Work Phone 949-455-4800

Date Of Birth 09/05/1465   Age 45          Drivers License# A4366700

E-Mail Address  lr85@msn.com @ lr85.0 @ msn.com

Employer Name  Teva Parenteral medicines Inc.

Occupation/Position  Compounding Granulation Tech.

Person To Contact In Case Of Emergency  Izzy Solis

Relationship  Domestic Partner          Phone 562-495-5997 / 562-774-3838

Referring Physician  Dr. R.A. Enns          Diagnosis forearm/neck/L ASI  ICD# 723.1, 719.42

Address _____          Phone# _____

**Insurance Information**

Private____  WC____  Medicare____  Auto____  Lien____  Cash____  HMO____  PTPN____  Other____

**Primary Insurance**

Name Of Insurance Company _____

Address _____  City _____  State____  Zip____

Phone#____-____-____  Claims Adjuster _____  Home Health Care:  Yes / No

ID#/Claim # _____  Date Of Injury____/____/____  Group# _____

Name Of Primary Insured _____  Relation To Patient _____  Social Security# ____-____-____

Effective Date Of Coverage ____/____/____  Deductible $_____  Met $_____  Copay/Coins_____

Benefits_____%  Out Of Pocket Limit_____  Met$_____  Plan Limitations_____

Authorized By_____  Date____/____/____  # Of Visits Authorized_____

**Secondary Insurance**  Ref#

Name Of Insurance Company _____

Address _____  City _____  State____  Zip____

Phone____-____-____  Policy ID#_____  Group Claim#_____

I hereby give lifetime authorization for payment or insurance benefits to be made directly to this healthcare provider and/or its affiliates for services rendered. I understand that I am financially responsible for all charges not paid by my insurance company. In the event of default, I agree to pay all costs of collection and reasonable attorneys fees. I hereby authorize this health care provider to release all information necessary to secure the payment of benefits. I further agree that a photocopy of this agreement is as valid as the original. I further authorize that my signature on this form constitutes assignment of benefits to this healthcare provider.

I consent to have this healthcare provider and/or its affiliates provide the treatment and care prescribed by my physician(s). I understand this consent may be revoked by me at any time.

Signed  _Lyle A. Raimer_          Date  9-29-10

Updated 5/25/2007

64          9

## 3.5.1C  PATIENT PRIVACY NOTICE ACKNOWLEDGEMENT

### California Rehab., H.B.

_____

(Clinic Name)

I have read and understand the HIPAA privacy notice 3.5.1A.  I understand that upon request a copy of the complete notice will be provided to me.

_____
Lyle A Rasmer
Patient Name (Print)

_____          _____
Lyle A. Rasmer                                                      9-29-10
Patient Signature                                                     Date

10

65



**CALIFORNIA REHABILITATION & SPORTS THERAPY**

A TEAM OF PROFESSIONALS DEDICATED TO OPTIMIZING HUMAN PERFORMANCE IN WORK, SPORT AND DAILY LIFE

## To our valued patients:

ALAN E. VOGEL
P.T., O.C.S., C.E.A.S.
PRINCIPAL
5772 BOLSA AVENUE
SUITE 101
HUNTINGTON BEACH
CALIFORNIA 92649
TEL 714.897.3589
FAX 714.897.1916

Please help us make your treatment as effective and consistent as possible. The following parameters pertain to your insurance company.

KIMBERLY RIEFF
P.T.A.
16 MAUGHLY
SUITE A
IRVINE SPECTRUM
CALIFORNIA 92618
TEL 949.727.3315
FAX 949.727.3624

**MEDICARE PATIENTS:**
Medicare requires that patient's "be seen" by their physician in order to obtain a signed plan of care every 30 days to continue their physical therapy. Due to Medicare guidelines, your plan of care begins on the date it was written.

MICHAEL W. RYMER
P.T., O.C.S., C.E.A.S.
2888 LONG BEACH BLVD.
SUITE 405
LONG BEACH
CALIFORNIA 90806
TEL 562.595.4489
FAX 562.595.4063

**PRIVATE INSURANCE:**
In order for your insurance company to be responsible for physical therapy treatment, they require that you have an updated prescription. Your prescription begins on the date it was written by your physician, not on the day you begin physical therapy treatment.
**Insurance companies will not pay for the number of treatments that are beyond the prescribed time limit from the initial prescription.

ROGER TAILLON
P.T.
200 NEWPORT CENTER DR
SUITE 213
NEWPORT BEACH
CALIFORNIA 92660
TEL 949.644.1322
FAX 949.644.0116

We bill your insurance company as a courtesy to you. The benefits you have received are only a summary of coverage and not a promise to pay. You are ultimately responsible for the verification of your insurance benefits and limitations.

Thank you for your cooperation.

ADULT & PEDIATRIC
PHYSICAL THERAPY

COMPLICATED SPINE &
EXTREMITY THERAPY

HAND REHABILITATION

MYOFASCIAL PAIN DISORDERS

OCCUPATIONAL THERAPY

ORTHOPAEDICS

SPINE REHABILITATION

SPORTS MEDICINE

TMJ/HEADACHES

Signature: _Lyle A. Fraarir_     Date: _9-29-10_

PRU

66     11

| TREATMENT | | 11 /8 /10 | 11 /10 /10 | / | / |
|---|---|---|---|---|---|
| 1.) | | | | | |
| 2.) | | HP x10 | UBE x 8' | | |
| 3.) | | | | | |
| 4.) Ther Ex | | See ex log | See ex log | | |
| 5.) Ther Activities | | | Review HEP | | |
| 6.) Iontophoresis | | | | | |
| 7.) Mob/Joint | | | | | |
| 8.) MFR | | ® Forearm | | | |
| 9.) Neuro Re-ed | | | | | |
| 10.) Ultrasound | | | | | |
| 11.) Elect Stim | | UBE x 8 | | | |
| 12.) Traction | | | | | |
| 13.) Hot/Cold Pack | | | | | |

Date: 11/8/10
S:  ☐ Better   ☐ Same   ☐ Worse   Pain Level: /10
Pt states his neck and forearm are doing well since last visit, he is feeling less pain and function is a lot better.
O: Rx as above
    No tenderness ® forearm

A:  ☐ Progressing with program as expected.
No c/o ↑ new ex, Therapput well tol well

P:  ☐ Progress patient as appropriate per treatment plan.
PW next visit

_signature_ LPTA, PT

Date: 11/10/10
S:  ☐ Better   ☐ Same   ☐ Worse   Pain Level: /10
Pt states his neck and forearm are feeling very good, getting stronger, no pain
O: c/s Rom ~ √ -43  Rrot -65  RSB -35    (R) grip 77#    (L) UE strength grossly 5-/5
              ext -55  Lrot -65  LSB -35    ® grip 95#

A:  ☐ Progressing with program as expected.
Pain free c/s Rom, good elbow strength, mild deficit c grip. Reviewed HEP, questions
answered

P:  ☐ Progress patient as appropriate per treatment plan.
Pt to see MD. Appears ready to d/c to HEP

_signature_ LPTA, PT

Date:
S:  ☐ Better   ☐ Same   ☐ Worse   Pain Level: /10

O:

A:  ☐ Progressing with program as expected.

P:  ☐ Progress patient as appropriate per treatment plan.

Diagnosis: Wrist LKS

Patient Name: Lyle Ramur

COH

67                    15

| TREATMENT | 10 / 25 / 10 | 10 / 27 /10 | 11 / 1 /10 |
|---|---|---|---|
| 1.) | | | |
| 2.) | HP x10' e/S Derm | ✓ | ✓ |
| 3.) | | | |
| 4.) Ther Ex | See ex log | See ex log | See ex log |
| 5.) Ther Activities | | | |
| 6.) Iontophoresis | | | |
| 7.) Mob/Joint | | | |
| 8.) MFR | ® Lev Scap, MM | ® forearm | ® forearm, Manual pro/sup |
| 9.) Neuro Re-ed | | | |
| 10.) Ultrasound | | | |
| 11.) Elect Stim | UBE x 6' | ✓ | UBE x 8' |
| 12.) Traction | | | |
| 13.) Hot/Cold Pack | | | |

Date: 10/25/10
S: ☐ Better  ☐ Same  ☐ Worse      Pain Level: /10
Pt states the lev. scap stretch was very helpful in improving rotation and decreasing pain at his neck.
O: ① ROT – 67°
② Rot – 72°

A: ☐ Progressing with program as expected.
® rotation almost equal with right. Held traction 2° improvement noted c flexibility.

P: ☐ Progress patient as appropriate per treatment plan.
Pt c elbow consult tomorrow. Con't as appropriate
                                                VM Nos PT, PT

Date: 10/27/10
S: ☐ Better  ☐ Same  ☐ Worse      Pain Level: /10
Pt states his ortho consult was put off until Fri. He states his neck feels much better, mild stiffness that stretching helps relieve
O: Rx as above
            some pain c resisted supination

A: ☐ Progressing with program as expected.
Soft tissue focus on forearm today, ABC to ↑ weight c ex, no sig difficulty

P: ☐ Progress patient as appropriate per treatment plan.
Con't as appropriate p̄ consult.
                                                VM Nos PT, PT

Date: 11/1/10
S: ☐ Better  ☐ Same  ☐ Worse      Pain Level: /10
Pt states his neck is feeling much better, no sig stiffness in a.m., almost back to normal. Had consult w/ ortho for forearm, regarding MRI
O: Rx as above.      minimal tenderness to ® forearm c STM

A: ☐ Progressing with program as expected.
No pain c sup/pro today. Tx focus a little more c forearm since neck is doing well.

P: ☐ Progress patient as appropriate per treatment plan.
Will push up, TRX ?

                    68   VM Nos PT, PT   16

Diagnosis: ____   Patient Name: ____

**Aetna**

ID N1456 43349  GRP:665654-012-00007 BIN# 610502 RX
01 LYLE RAINER
                                    PCP: Lan T. Mahon

MEMBER SERVICES        1-800-458-9643      PCP $   20.00
PROVIDERS CALL         1-888-632-3862      SPC $   39.00

PAYOR MEMBER 60954 D082

EPO  Cal yr.            Ref# 843008048 / Blake
2/27/06 - Current
Px req.               www.aetna.com

benefits 100%  $20.00    Call 1-800-424-4047 for questions on or to precertify mental
ODP: ∅           copay   health/substance abuse coverage.
                         This plan is administered by Aetna Life Insurance Co. Covered
60 V/y comb  review  25 vis   members are entitled to benefits under the applicable plan,
                         subject to exclusions and limitations. Except in emergencies,
  4 mod per day          or for direct access benefits, referrals to specialists or
                         hospitals must be issued by the primary care physician (PCP)
                         you have selected before the service is performed or you will
∅ Pre-cert               be responsible for the cost of the service. In an emergency,
                         call the local emergency hotline (ex. 911) or go to the
                         nearest emergency facility. If a delay would not be harmful
                         to your health, call your PCP. Notify Member Services as soon
                         as possible after treatment. Providers: This card does not
                         guarantee coverage. For eligibility or benefit information,
                         contact the office with the information on this card.
                         Participating doctors and hospitals are independent providers
                         and are neither agents nor employees of Aetna.

                    AETNA
              EL PASO    PO BOX 981106    TX 79998-1106

                    14079 Lexington KY
                              40512

69                                      14

**Aetna**

ID W7456 43339  GRP 659554-012-00007 BIN# 610502 RX
01 LYLE RAIHER                           PCP: Lan T Mahon

MEMBER SERVICES        1-800-458-3843   PCP $   20.00
PROVIDERS CALL         1-888-632-3862   SPE $   30.00

PAYOR NUMBER 66054 0062

EPO   Cal yr.
2/27/06 - Current
Px req

benefits 100%        $30.00
ODP  @              copay
60 v/y comb   over  (oview) ρ 26 vis
   4 mod per day
8 pre-cert

Ref#: 843008048/Blake

Call 1-800-424-4047 for questions on or to precertify mental
health/substance abuse coverage.
This plan is administered by Aetna Life Insurance Co. Covered
members are entitled to benefits under the applicable plan,
subject to exclusions and limitations. Except in emergencies
or for direct access benefits, referrals to specialists or
hospitals must be issued by the primary care physician (PCP)
you have selected before the service is performed or YOU WILL
BE RESPONSIBLE FOR THE COST OF THE SERVICE. In an emergency,
call the local emergency hotline (ex. 911) or go to the
nearest emergency facility. If a delay would not be harmful
to your health, call your PCP. Notify Member Services as soon
as possible after treatment. Providers: This card does not
guarantee coverage. For eligibility or benefit information,
contact the office with the information on this card.
Participating doctors and hospitals are independent providers
and are neither agents nor employees of Aetna.

AETNA
PO BOX 981106
EL PASO            TX 79998-1106

14079 Lexington KY
                  40512

| TREATMENT | 11 / 8 / 10 | 11 / 10 / 10 | / | / |
|---|---|---|---|---|
| 1.) | | | | |
| 2.) | HP X10 | UBE x 5 | | |
| 3.) | | | | |
| 4.) Ther Ex | see exlog | see ex log | | |
| 5.) Ther Activities | | Reviewed HEP | | |
| 6.) Iontophoresis | | | | |
| 7.) Mob/Joint | | | | |
| 8.) MFR | (R) forearm | | | |
| 9.) Neuro Re-ed | | | | |
| 10.) Ultrasound | | | | |
| 11.) Elect Stim | UBE x 5 | | | |
| 12.) Traction | | | | |
| 13.) Hot/Cold Pack | | | | |

Date: 11/8/10
S: ☐ Better   ☐ Same   ☐ Worse   Pain Level: /10
Pt states his neck and forearm are being well since last visit, he is feeling less pain and function is a lot better.
O: Rx as above
No tenderness (R) forearm

A: ☐ Progressing with program as expected.
No c/o z nrv ex, progress and fcl well

P: ☐ Progress patient as appropriate per treatment plan.
PN next visit

_signature_

Date: 11/10/10
S: ☐ Better   ☐ Same   ☐ Worse   Pain Level: /10
Pt states his neck and forearm are feeling very good, getting stronger, no pain
O: c/s rom - V .43 RRos -65   RSB - 35   (L) grip 77#   (L) UE strength grossly 5-/5
         ext -55 LRot -65   LSB -35   (R) grip 95#
A: ☐ Progressing with program as expected.
Pain free c/s rom, good elbow strength, mild deficit z grip. Reviewed HEP, questions answered
P: ☐ Progress patient as appropriate per treatment plan.
Pt to see MD. Appears ready to d/c to HEP

_signature_

Date: _____
S: ☐ Better   ☐ Same   ☐ Worse   Pain Level: /10

O:

A: ☐ Progressing with program as expected.

P: ☐ Progress patient as appropriate per treatment plan.

Diagnosis: _____   CO#: _____

Patient Name: _____

71                    15

| TREATMENT | 10 / 28 / 10 | 10 / 2410 | 11 / 1 / 10 |
|---|---|---|---|
| 1.) | | | |
| 2.) | HPx10' GIS Tawi | ✓ | ✓ |
| 3.) | | | |
| 4.) Ther Ex | See ex log | See ex log | See ex log |
| 5.) Ther Activities | | | |
| 6.) Iontophoresis | | | |
| 7.) Mob/Joint | | | |
| 8.) MFR | (L) Lev Scap, prim | (L) forearm | (L) forearm |
| 9.) Neuro Re-ed | | | manual pro/sup |
| 10.) Ultrasound | | | |
| 11.) Elect Stim | UBE x 6' | ✓ | UBE x 8' |
| 12.) Traction | | | |
| 13.) Hot/Cold Pack | | | |

Date: 10/28/10
S: ☐ Better   ☐ Same   ☐ Worse          Pain Level: /10
Pt. states the lev. scap stretch was very helpful in improving rotation and decreasing pain at his neck.
O: (L) rot. – 67°
   (L) lat. – 72°
A: ☐ Progressing with program as expected.
(L) rotation almost equal with right. Held traction 2° improvement noted c flexibility.
P: ☐ Progress patient as appropriate per treatment plan.
Pt. c elbow consult tomorrow. Con't as appropriate.
                                          VM Nosler, PT, OPT

Date: 10/29/10
S: ☐ Better   ☐ Same   ☐ Worse          Pain Level: /10
Pt. states his ortho consult was put off until Fri. He states his neck feels much better, mild stiffness that stretching helps relieve.
O: Rx as above          some pain c resisted supination
A: ☐ Progressing with program as expected.
Soft tissue focus on forearm today, able to ↑ weight c ex, no sig difficulty.
P: ☐ Progress patient as appropriate per treatment plan.
Con't as appropriate p consult.
                                          VM Nosler, PT, OPT

Date: 11/1/10
S: ☐ Better   ☐ Same   ☐ Worse          Pain Level: /10
Pt. states his neck is feeling much better, no sig stiffness in a.m., almost back to normal. Had consult c ortho for forearm, requesting MRI.
O: Rx as above          minimal tenderness to (L) forearm c STM
A: ☐ Progressing with program as expected.
No pain c sup/pro today. Tx focus a little more c forearm since neck is doing well.
P: ☐ Progress patient as appropriate per treatment plan.
will push up, TRX?
                                          72  VM Nosler, PT, OPT  16

| TREATMENT | 10 , 18 , 10 | 10 , 20 , 10 | 10 , 22 , 10 |
|---|---|---|---|
| 1.) | | | |
| 2.) | HP X10 ᶜ/ˢ 20min | HP X10ᶜ | ✓ |
| 3.) | | | |
| 4.) Ther Ex | See ex log | See ex log | See ex log |
| 5.) Ther Activities | | | |
| 6.) Iontophoresis | | | |
| 7.) Mob/Joint | | | Ⓛ Cₓ-6, 6+ TE mob |
| 8.) MER | Ⓛ forearm, Ⓛ c/s UT, Ls | ✓ | ✓ |
| 9.) Neuro Re-ed | | | |
| 10.) Ultrasound | | | ✓ |
| 11.) Elect Stim | | UBE X 6 ' | |
| 12.) Traction | 15# on 20" 15' pos off 10" | | ✓ |
| 13.) Hot/Cold Pack | | | |

Date: 10/18/10
S: ☐ Better ☐ Same ☐ Worse   Pain Level: /10
Pt saw MD, X-ray neg at elbow, though he will f/u c orthopedic MD for fracture assessment next week.
O: Rx as above                                    Grip  77# Ⓛ
                                                         75# Ⓡ
A: ☐ Progressing with program as expected.
minimal tone at c/s, grip strength making progress, though supination painful
P: ☐ Progress patient as appropriate per treatment plan.
UBE
                                         _____ OPT, PT

Date: 10/20/10
S: ☐ Better ☐ Same ☐ Worse   Pain Level: /10
Pt states his neck is still a little stiff looking to Lft, but overall it's feeling much better.
Ⓛ forearm is about the same.
O: ROM  c/s  Rrot-67°
              Lrot-57°
A: ☐ Progressing with program as expected.
Held traction today, for UBE instead. No sig difficulties noted. Rotation deficits may
need c/s medicated
P: ☐ Progress patient as appropriate per treatment plan.
Review UT + Lev. Scap str.   Pt to see physician tomorrow, con't as indicated
                                         _____ OPT, PT

Date: 10/22/10
S: ☐ Better ☐ Same ☐ Worse   Pain Level: /10
Pt saw MD, recommending to con't Pt.
O: Rx as above        mod. tenderness c Ⓛ Cₓ-5, 5₆, 6-7 PAs
A: ☐ Progressing with program as expected.
Lev. Scap was tight + sore c stretch
P: ☐ Progress patient as appropriate per treatment plan.
Pt sees consult for Ⓛ elbow next week.  Con't as appropriate
                                         73   _____ OPT, PT        17

Diagnosis:          Patient Name: Lyle Ramirez          #:

| TREATMENT | 10/12/10 | 10/14/10 | 10/15/10 |
|---|---|---|---|
| 1.) | HEP/IO | HEP/IO | HEP/IO |
| 2.) | | | |
| 3.) | | | |
| 4.) Ther Ex | See log | See log | See log |
| 5.) Ther Activities | | | |
| 6.) Iontophoresis | | | |
| 7.) Mob/Joint | | | |
| 8.) MFR | (R) UT, S.O., Lvs. | ✓ | ✓ |
| 9.) Neuro Re-ed | (L) forearm + mass | ✓ | ✓ |
| 10.) Ultrasound | | | |
| 11.) Elect Stim | | ✓ | |
| 12.) Traction | 15# on 20" / 13# off 10" 15' | ✓ | ✓ |
| 13.) Hot/Cold Pack | | | |

Date: 10/12/10
S: ☐ Better ☐ Same ☐ Worse     Pain Level: /10
Pt. saw MD, X-rays taken on (R) elbow, results unknown. Pt states (L) forearm has less pain (but it still hurts). C/s is feeling a lot better.
O: Rx as above
        ↓ tenderness to c/s

A: ☐ Progressing with program as expected.
↓ symptoms to c/s though posture tends to still have fwd head. No progression of sup/pron just yet, wait for X-ray results
P: ☐ Progress patient as appropriate per treatment plan.
using trips, no resistance     recheck ROM

                                        [signature] PT, DPT

Date: 10/14/10
S: ☐ Better ☐ Same ☐ Worse     Pain Level: /10
Pt states his neck is feeling a lot better. Forearm a little better.
O: Rx as above     ROM ✓ 50    LAt 50
                        ↓t 53    Ro/t 72

A: ☐ Progressing with program as expected.
Most deficit c ROM is (R) Rot. now. Decreasing tone to c/s
P: ☐ Progress patient as appropriate per treatment plan.
Con't c program

                                        [signature] PT, DPT

Date: 10/15/10
S: ☐ Better ☐ Same ☐ Worse     Pain Level: /10
No new ↓ since yesterday
O: Rx as above

A: ☐ Progressing with program as expected.
Less ms. soreness to forearm, still some pain c sup/pron.
P: ☐ Progress patient as appropriate per treatment plan.
Include grip, strength next week. Con't as appropriate

                                74  [signature] PT, DPT

| TREATMENT | 9.29.10 | 10/5/10 | 10/7/10 |
|---|---|---|---|
| 1.) | Eval x30' | HEP x10' | ✓ |
| 2.) | | c/s, elbow | ✓ |
| 3.) | | | |
| 4.) Ther Ex | See ex log, review | See ex log | See ex log |
| 5.) Ther Activities | HEP! | | |
| 6.) Iontophoresis | | | |
| 7.) Mob/Joint | | | |
| 8.) MFR | | (R) UT, S.O., L.S. | ✓ |
| 9.) Neuro Re-ed | | | |
| 10.) Ultrasound | | | |
| 11.) Elect Stim | | | |
| 12.) Traction | manual c/s traction | 15# 20# 10'  10# 18# | ✓ |
| 13.) Hot/Cold Pack | | | |

**Date:** 9/29/10
**S:** ☐ Better   ☐ Same   ☐ Worse        Pain Level: /10
Pt. reports insidious onset of (R) c/s + UE pain & numbness in Spring 2010. Improved & medication but returned & car accident 8/13/10.
**O:** Sig. findings include ↓ pain c/s       ↓ neck + UE symptoms & traction
(A) compression test
weak (R) UE 2° location injury at forearm
**A:** ☐ Progressing with program as expected.
Pt. presents to. PT & symptoms cons, & tent & referred pain 2° nerve impingement, and weak UE s/p location injury to (R) forearm
**P:** ☐ Progress patient as appropriate per treatment plan.
PT for pain relief & c/s and strengthening of LUE.
_MNodel, MPT_

**Date:** 10/5/10
**S:** ☐ Better   ☐ Same   ☐ Worse        Pain Level: /10
Pt. states over the weekend he was doing his elbow ex/pro. and felt a pop & twin & pain at elbow/forearm. It calmed down after ~15 min. Feeling better today.
**O:** Rx as above.    Elbow pain - with all directions
pain & endrange, sup > pronation
**A:** ☐ Progressing with program as expected.
Pt. reports his neck is feeling a lot better p̄ traction, elbow was ok & ex. that was performed today. Unclear of etiology of symptoms. Scar tissue vs. stitch?
**P:** ☐ Progress patient as appropriate per treatment plan.
TB for posture, con't traction     PN next visit?
_MNodel, MPT_

**Date:** 10/7/10
**S:** ☐ Better   ☐ Same   ☐ Worse        Pain Level: /10
Pt. states his neck felt pretty good p̄ last visit, though yesterday it seemed to tighten up again. Still has some forearm pain & sup/pronation kwmvt
**O:** PN as above.
**A:** ☐ Progressing with program as expected.
Good c/s relief p̄ traction.    Elbow was ok & wrist √, ext, no sup/pro. for now
**P:** ☐ Progress patient as appropriate per treatment plan.
Pt. to see MD today, con't as appropriate
75 _MNodel, PT_      19

Califo___ Rehabilitation and Sports Therap___ (714) 897-3589
5772 Bolsa Ave., Suite #101, Huntington Beach, CA 92649

| | | | |
|---|---|---|---|
| Patient: | Ramler, Lyle | Provider: | Mark Nowlin |
| Usage: | 3x per week | Date: | 11/10/2010 |

The following exercises have been specifically chosen for you by your health care provider. Remember, as with any exercise program, consult your doctor or therapist if you have any questions or experience pain or difficulty in performing these exercises. Please review the following points before beginning your exercise program.

1. Move slowly and gently through the motions.

2. Move through a range that is comfortable for you stopping at the point of pain or tightness.

3. If you feel an exercise is too difficult, skip it and go on to the next exercise.

4. If you feel fatigued, short of breath, or lightheaded, stop and rest.

5. Be sure not to hold your breath when you exercise.

6. If you feel numbness or tingling in your arms or legs, stop the exercise.

If you have further questions, please be sure to call your doctor or therapist.

© Copyright Physio-Video, Inc. 1995-2003

**California Rehabilitation and Sports Therapy   (714) 897-3589**
5772 Bolsa Ave., Suite #101, Huntington Beach, CA 92649

| | |
|---|---|
| Patient:   Ramier, Lyle | Provider:   Mark Nowlin |
| Usage:   3x per week | Date:   11/10/2010 |

**1. (285) Levator Stretch: 5 reps, 10 sec hold, 1 set**

  

| | | |
|---|---|---|
| Bend head to the side. Place hand on head. | Reach towards the floor with hanging arm. | Relax arm and slowly let head side bend further. |

**2. (159) Trapezius Stretch: 5 reps, 10 sec hold, 1 set**

  

| | | |
|---|---|---|
| Place arm behind your back. | Reach over your head | Pull your head to the side. Repeat on other side. |

**3. (100048) Pronation/Supination: 10 reps, 3 sets**

  

| | | |
|---|---|---|
| Elbow down at side and wrist in neutral position. | Rotate hand, palm down. | Rotate hand, palm up. |

**4. (232) Resisted Wrist Extension: 10 reps, 3 sets**

  

| | | |
|---|---|---|
| Loop band between your foot and your hand. | Rest your arm on the chair with palm facing down. | Flex your hand up. |

© Copyright Physio-Video, Inc. 1995-2003

California Rehabilitation and Sports Therapy (714) 897-3589
5772 Bolsa Ave., Suite #101, Huntington Beach, CA 92649

Patient:        Ramier, Lyle
Usage:          3x per week                    Provider:   Mark Nowlin
                                               Date:       11/10/2010

5. (233) Resisted Wrist Flexion: 10 reps, 3 sets





Loop band between your foot and        Grasp the band with your palm       Flex your hand up.
your hand.                             facing up.

6. (100046) Bicep curls: 10 reps, 3 sets







Elbows down at side                    Flex at elbows keeping elbows at    Return back to starting position.
                                       sides.

© Copyright Physio-Video, Inc 1995-2003

22

Name: _Lydia Ramirez_

Diagnosis: _CTS (L) elbow, forearm_

| | 11/1 | 11/8 | 11/10 |
|---|---|---|---|
| Chin tucks/retraction | ✓ | | |
| Neck Nod | 2x5# | | |
| ITB lats | 3x10 | | |
| | 45# | | |
| Neck high row | 3x10 | | |
| | 5x ✓ | | |
| Low trap str. | 15# ✓ | | |
| | 15" | | |
| UT Stretch | | | |
| | | | |
| | | | |
| | | | |
| BP Table | 3x35" ✓ | x20 ✓ | ✓ |
| Wrist ext/flex | UP 35# | ✓ | ✓ |
| | UP 35# L3 | | |
| Wrist Pr/Sup | 3# | 4# | ✓ |
| | 3x10 | x40 | ✓ |
| sleep curl | 3# | 5# | ✓ |
| | 3x10 | x40 | ✓ |
| Tricep | | 4# | ✓ |
| | | 3x10 | |
| UBE | 8' | ✓ | ✓ |

Name: _____

Diagnosis: C/S, (L) elbow / forearm

| Exercise | 9/30 | 10/3 | 10/4 | 10/12 | 10/14 | 10/15 | 10/18 | 10/20 | 10/22 | 10/25 | 10/27 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| shin stretch / retraction | 10×10# | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| U.T. Stim | | | | | | | | | | | |
| U.T. Stim | | | | | ✓ | ✓ | | ✓ | | | ✓ |
| Low scap stim | | | | | | | | | | | |
| TB rows | | | | GTB 2×10 | ✓ | ✓ | | ✓ | B.w. ✓ | ✓ | Nelr. (L)BW |
| TB lats | | | | GTB 2×10 | ✓ | ✓ | ✓ | ✓ | B.w. 3×10 | ✓ | Nelr. 3×10 |
| (L) elbow / forearm | | | | | | | | | 5× 15" ✓ | 5× 15" ✓ | |
| wrist ext / flex | 3# ×30 2# ×30 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| wrist (UD/RD) | 1# ×30 | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| bicep curl | 3# ×30 2# ×30 | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 4 | 50# |
| ??? | | | | | | | | | | 6" | |
| ??? | | | | | | | | | | | ✓ |

24

| Date | COMPARABLE SIGNS | CONTRA-INDICATION |
|------|------------------|-------------------|
|      |                  |                   |
|      |                  |                   |
|      |                  |                   |
|      |                  |                   |
|      |                  |                   |
|      |                  |                   |
|      |                  |                   |

| Date | HOME EXERCISE PROGRAM |
|------|------------------------|
|      |                        |
|      |                        |
|      |                        |
|      |                        |
|      |                        |
|      |                        |
|      |                        |
|      |                        |
|      |                        |
|      |                        |
|      |                        |
|      |                        |

Notes:

25



Confirmation Report - Memory Send

```
                                    Page        : 001
                                    Date & Time : 11-11-2010   07:23am
                                    Line 1      : 7148971316
                                    Machine ID  : California Rehab & Sports Therapy

Job number          :    442

Date                :    11-11 07:22am

To                  :    91714891 0129

Number of pages     :    001

Start Time          :    11-11 07:22am

End Time            :    11-11 07:23am

Pages sent          :    001

Status              :    OK

Job number    : 442           *** SEND SUCCESSFUL ***
```

## PROGRESS/DISCHARGE REPORT

**CALIFORNIA REHABILITATION & SPORTS THERAPY**

*PROFESSIONALS DEDICATED TO OPTIMIZING HUMAN PERFORMANCE IN WORK, SPORT AND DAILY LIFE*

**NAME:** DALE RAMIER
**DATE:** NOVEMBER 10, 2010
**PHYSICIAN:** RICHARD ENNS, MD
**DIAGNOSIS:** CERVICAL STRAIN, PAIN IN LEFT ARM/FOREARM

**Therapy Program:** Mr. Ramier has been seen for 8 physical therapy visits since his last progress report dated 10/20/10 Treatment has consisted of soft tissue mobilization, strengthening, therapeutic exercise, therapeutic modalities and a home exercise program.

**SUBJECTIVE:** Mr. Ramier states that his neck feels significantly better, essentially back to normal. He also feels that his left forearm is much improved and does not feel any significant pain there as well.

**OBJECTIVE:**
ROM:                        10/20/10        11/10/10
  Right rotation:           67°             65°
  Left rotation:            57°             65°

Upper extremity ROM: Grossly WNL

Grip strength:              10/20/10        11/10/10
  Left forearm:             77lbs           77lbs

Left upper extremity strength:  Grossly 5-/5

**ASSESSMENT:** Mr. Ramier has demonstrated excellent improvement in his cervical ROM along with strength to his left arm. Some weakness with left grip does remain, however with consistent performance of home exercise program that should continue to improve. Due to his current status he does appear ready to transition to a home exercise program and discharge from physical therapy at this time.

**PLAN:** Transition to a home exercise program and discharge from physical therapy.

Thank you for allowing us to assist in the care of your patient. We look forward to working with you and your patients in the future.

Sincerely,

Mark Nowmin PT, DPT, CSCS
Huntington Beach Clinic
MN/s/s]

ALAN E. VOGEL
PT, O.C.S, CSCS
PHYSICIAN
... ...
HUNTINGTON BEACH
CALIFORNIA 92549
TEL 714.897.3180
FAX 714.897.1316

ANTHONY R. BISACCIA
MPT
36 MAUCHLY
SUITE A
IRVINE SPECTRUM
CALIFORNIA 92618
TEL 949.727.3181
FAX 949.727.3984

MICHAEL W. RYMER
PT/D O.J., CSCS
3899 LONG BEACH BLVD
SUITE 455
- LONG BEACH
CALIFORNIA 90806
TEL 562.426.6666
FAX 562.491.9491

ROGER TAILLON
369 NEWPORT CENTER DR
SUITE 324
NEWPORT BEACH
CALIFORNIA 92660
TEL 949.644.1132
FAX 949.644.0310

ADULT & PEDIATRIC
PHYSICAL THERAPY

COMPLICATED SPINE &
EXTREMITY THERAPY

HAND REHABILITATION

HYDRO/SPINAL/ARM DISORDERS

OCCUPATIONAL THERAPY

ORTHOPAEDICS

SPINE REHABILITATION

SPORTS MEDICINE

TMJ/HEADACHES

26

85



**CALIFORNIA REHABILITATION & SPORTS THERAPY**

# PROGRESS/DISCHARGE REPORT

*A TEAM OF PROFESSIONALS DEDICATED TO OPTIMIZING HUMAN PERFORMANCE IN WORK, SPORT AND DAILY LIFE*

**NAME:**        LYLE RAMIER

**DATE:**        NOVEMBER 10, 2010

**PHYSICIAN:**   RICHARD ENNS, MD

**DIAGNOSIS:**   CERVICAL STRAIN, PAIN IN LEFT ARM/FOREARM

ALAN E. VOGEL
P.T., O.C.S., C.E.A.S.
PRINCIPAL
5772 BOLSA AVENUE
SUITE 101
HUNTINGTON BEACH
CALIFORNIA 92649
TEL 714.897.3589
FAX 714.897.1316

ANTHONY F. DISACCIA
M.P.T
16 MAUCHLY
SUITE A
IRVINE SPECTRUM
CALIFORNIA 92618
TEL 949.727.3315
FAX 949.727.3624

MICHAEL W. RYMER
P.T., O.C.S., C.E.A.S.
2888 LONG BEACH BLVD.
SUITE 305
LONG BEACH
CALIFORNIA 90806
TEL 562.595.4489
FAX 562.595.4063

ROGER TAILLON
P.T
360 NEWPORT CENTER DR
SUITE 213
NEWPORT BEACH
CALIFORNIA 92660
TEL 949.644.1322
FAX 949 644 0316

ADULT & PEDIATRIC
PHYSICAL THERAPY

COMPLICATED SPINE &
EXTREMITY THERAPY

HAND REHABILITATION

MYOFASCIAL PAIN DISORDERS

OCCUPATIONAL THERAPY

ORTHOPAEDICS

SPINE REHABILITATION

SPORTS MEDICINE

TMJ/HEADACHES

**Therapy Program:** Mr. Ramier has been seen for 6 physical therapy visits since his last progress report dated 10/20/10 Treatment has consisted of: soft tissue mobilization, strengthening, therapeutic exercise, therapeutic modalities and a home exercise program.

**SUBJECTIVE:** Mr. Ramier states that his neck feels significantly better, essentially back to normal. He also feels that his left forearm is much improved and does not feel any significant pain there as well.

**OBJECTIVE:**

| ROM: | 10/20/10 | 11/10/10 |
|---|---|---|
| Right rotation: | 67° | 65° |
| Left rotation: | 57° | 65° |

Upper extremity ROM: Grossly WNL

| Grip strength: | 10/20/10 | 11/10/10 |
|---|---|---|
| Left forearm: | 77lbs | 77lbs |

Left upper extremity strength:   Grossly 5-/5

**ASSESSMENT:** Mr. Ramier has demonstrated excellent improvement in his cervical ROM along with strength to his left arm. Some weakness with left grip does remain, however with consistent performance of home exercise program that should continue to improve. Due to his current status he does appear ready to transition to a home exercise program and discharge from physical therapy at this time.

**PLAN:** Transition to a home exercise program and discharge from physical therapy.

Thank you for allowing us to assist in the care of your patient. We look forward to working with you and your patients in the future.

Sincerely,

*MN Nowlin PT, DPT, CSCS*

Mark Nowlin, PT, DPT, CSCS
Huntington Beach Clinic
MN/sj/sj*

**Confirmation Report—Memory Send**

Page        : 001
Date & Time : 21-10-2010  07:57am
Line 1      : 7148971316
Machine ID  : California Rehab & Sports Therapy

| | | |
|---|---|---|
| Job number | : | 456 |
| Date | : | 21-10  07:57am |
| To | : | 917148910129 |
| Number of pages | : | 001 |
| Start time | : | 21-10  07:57am |
| End time | : | 21-10  07:57am |
| Pages sent | : | 001 |
| Status | : | OK |

Job number   : 456        *** SEND SUCCESSFUL ***

---



### PROGRESS REPORT

*GROUP OF PROFESSIONALS DEDICATED TO OPTIMIZING HUMAN PERFORMANCE IN WORK, SPORT AND DAILY LIFE*

NAME: DALE RAIMER

DATE: OCTOBER 20, 2010

PHYSICIAN: RICHARD ENNS, MD

DIAGNOSIS: CERVICAL STRAIN, LACERATION LEFT FOREARM

**Therapy Program:** Mr. Raimer has attended 8 physical therapy visits including his initial evaluation dated 9/29/10. Treatment has consisted of the following: soft tissue mobilization, ROM, stretching, therapeutic exercises, therapeutic modalities, cervical traction and a home exercise program.

**SUBJECTIVE:** Mr. Raimer states that his neck is feeling a lot better since starting with physical therapy. He still notes some stiffness when turning to the left however, the pain is significantly improved. He states that his elbow and his forearm are a little bit better however, rotation of his hand in supination and pronation is somewhat painful.

**OBJECTIVE:**

| Cervical Spine ROM: | 9/29/10 | 10/20/10 |
|---|---|---|
| Right rotation: | 52° | 67° |
| Left rotation: | 54° | 57° |
| Left forearm pronation: | Pain at end range | |
| Supination: | Pain at end range | |

| Grip Strength: | 9/29/10 | 10/20/10 |
|---|---|---|
| Right: | 90lbs | 95lbs |
| Left: | 50lbs | 77lbs |

**ASSESSMENT:** Mr Raimer has shown improvement in cervical ROM and significant reduction in pain, though some stiffness in left rotation continues. Grip strength is noticeably better, but isolating supination and pronation patient has weakness and pain. Due to his current status he may benefit from continuing with therapy to address his limited cervical mobility.

**PLAN:** Continue with physical therapy 2-3 times a week for 3 weeks to help normalize cervical ROM address left elbow as appropriate.

Thank you for allowing us to assist in the care of your patient. We look forward to working with you and your patients in the future.

Sincerely, *[signature]* PT. DPT. CSCS

Mark Nowlin, PT. DPT. CSCS

Huntington Beach Clinic
MN/sj/sj*

ALAN E. VOGEL
P.T. OCS. CSCS
PRINCIPAL
STEPHOLE AVENUE
SUITE 101
HUNTINGTON BEACH
CALIFORNIA 92649
TEL 714.897.13333
FAX 714.897.1316

ANTHONY F. RIZACCIA
M.P.T.
SUITE H
IRVINE SPECTRUM
CALIFORNIA 92618
TEL 949.727.3913
FAX 949.727.3914

MICHAEL W. RYMER
P.T. OCS. CSCS
3660 LONG BEACH BLVD.
SUITE 405
LONG BEACH
CALIFORNIA 90807
TEL 562.342.4459
FAX 562.342.4061

ROGER TAILLON
P.T.
400 NEWPORT CENTER DR.
SUITE 311
NEWPORT BEACH
CALIFORNIA 92660
TEL 949.644.9222
FAX 949.644.0210

ADULT & PEDIATRIC
PHYSICAL THERAPY

GRADUATED SPINE &
EXTREMITY THERAPY

HAND REHABILITATION

MYOFASCIAL PAIN DISORDERS

OCCUPATIONAL THERAPY

ORTHOPEDICS

SPINE REHABILITATION

SPORTS MEDICINE

TMJ HEADACHES

84                    28



## PROGRESS REPORT

CALIFORNIA
REHABILITATION
& SPORTS THERAPY

A TEAM OF PROFESSIONALS DEDICATED TO OPTIMIZING HUMAN PERFORMANCE IN WORK, SPORT AND DAILY LIFE

**NAME:**        LYLE RAIMER

**DATE:**        OCTOBER 20, 2010

**PHYSICIAN:**   RICHARD ENNS, MD

**DIAGNOSIS:**   CERVICAL STRAIN, LACERATION LEFT FOREARM

ALAN E. VOGEL
P.T., O.C.S., C.E.A.S.
PRINCIPAL
5772 BOLSA AVENUE
SUITE 10
HUNTINGTON BEACH
CALIFORNIA 92649
TEL 714.897.3589
FAX 714.897.1318

ANTHONY F. BISACCIA
M.P.T.
16 MAUCHLY
SUITE A
IRVINE SPECTRUM
CALIFORNIA 92618
TEL 949.727.3315
FAX 949.727.1604

MICHAEL W. RYMER
P.T., O.C.S., C.E.A.S.
2888 LONG BEACH BLVD.
SUITE 105
LONG BEACH
CALIFORNIA 98806
TEL 562.595.4489
FAX 562.595.4063

ROGER TAILLON
P.T.
200 NEWPORT CENTER DR
SUITE 213
NEWPORT BEACH
CALIFORNIA 92660
TEL 949.644.1322
FAX 949.644.0316

**Therapy Program:** Mr. Raimer has attended 8 physical therapy visits including his initial evaluation dated 9/29/10. Treatment has consisted of the following: soft tissue mobilization, ROM, stretching, therapeutic exercises, therapeutic modalities, cervical traction and a home exercise program.

**SUBJECTIVE:** Mr. Raimer states that his neck is feeling a lot better since starting with physical therapy. He still notes some stiffness when turning to the left however, the pain is significantly improved. He states that his elbow and his forearm are a little bit better however, rotation of his hand in supination and pronation is somewhat painful.

**OBJECTIVE:**

| Cervical Spine ROM: | 9/29/10 | 10/20/10 |
|---|---|---|
| Right rotation: | 62° | 67° |
| Left rotation: | 54° | 57° |
| Left forearm pronation: | Pain at end range | |
| Supination: | Pain at end range | |

| Grip Strength: | 9/29/10 | 10/20/10 |
|---|---|---|
| Right: | 90lbs | 95lbs |
| Left: | 50lbs | 77lbs |

**ASSESSMENT:** Mr Raimer has shown improvement in cervical ROM and significant reduction in pain, though some stiffness in left rotation continues. Grip strength is noticeably better, but isolating supination and pronation patient has weakness and pain. Due to his current status he may benefit from continuing with therapy to address his limited cervical mobility.

**PLAN:** Continue with physical therapy 2-3 times a week for 3 weeks to help normalize cervical ROM address left elbow as appropriate.

Thank you for allowing us to assist in the care of your patient. We look forward to working with you and your patients in the future.

Sincerely

Mark Nowlin, PT, DPT, CSCS

Huntington Beach Clinic
MN/sj/sj*

ADULT & PEDIATRIC
PHYSICAL THERAPY

COMPLICATED SPINE &
EXTREMITY THERAPY

HAND REHABILITATION

MYOFASCIAL PAIN DISORDERS

OCCUPATIONAL THERAPY

ORTHOPAEDICS

SPINE REHABILITATION

SPORTS MEDICINE

TMJ/HEADACHES



Confirmation Report - Memory Send

```
                              Page        : 001
                              Date & Time : 07-10-2010   10:10am
                              Line 1      : 7148971316
                              Machine ID  : California Rehab & Sports Therapy

Job number          :   770

Date                :   07-10   10:09am

To                  :   917148910129

Number of pages     :   001

Start time          :   07-10   10:09am

End time            :   07-10   10:10am

Pages sent          :   001

Status              :   OK


Job number    : 770          *** SEND SUCCESSFUL ***
```



## PROGRESS REPORT

A TEAM OF PROFESSIONALS DEDICATED TO OPTIMIZING HUMAN PERFORMANCE IN WORK, SPORT AND DAILY LIFE

**NAME:**

**DATE:**        OCTOBER 7, 2010

**PHYSICIAN:**   RICHARD ENNS, MD

**DIAGNOSIS:**   CERVICAL STRAIN, LACERATION OF LEFT FOREARM

**Therapy Program:** Mr. Ramier has attended 3 physical therapy visits since his initial evaluation dated 9/29/10. Treatment in therapy has consisted of soft tissue mobilization, stretching, cervical traction, therapeutic exercise, therapeutic modalities and a home exercise program.

**SUBJECTIVE:** Mr. Ramier states that his neck feels better after therapy but stiffness does return. He states that his forearm has experienced some onset of pain with rotation movements, though other movements seem to be doing okay.

**OBJECTIVE:**
Cervical ROM:                9/29/10
   Extension:                62°
   Flexion:                  47°
   Right rotation:           62° (pain on left)
   Left rotation:            54°
   Right side bend:          28° (pain on left)
   Left side bend:           30°

Elbow and Wrist ROM: Grossly WNL

Grip Strength: Left 50lbs, Right 90lbs

**ASSESSMENT:** Mr. Ramier is just initiating physical therapy which appears to be helping reduce cervical stiffness and tightness. Weakness continues to left forearm with some recent onset of pain with supination and pronation. Mr. Ramier would likely benefit from continuing with physical therapy to address these deficits.

**PLAN:** Continue with physical therapy as prescribed

Thank you for allowing us to assist in the care of your patient. We look forward to working with you and your patients in the future.

Sincerely,

Mark Nowlin, PT, DPT, CSCS

Huntington Beach Clinic
MN/sj/aj

86                                    30



**CALIFORNIA REHABILITATION & SPORTS THERAPY**

**PROGRESS REPORT**

A TEAM OF PROFESSIONALS DEDICATED TO OPTIMIZING HUMAN PERFORMANCE IN WORK, SPORT, AND DAILY LIFE

**NAME:** LYLE RAMIER

**DATE:** OCTOBER 7, 2010

**PHYSICIAN:** RICHARD ENNS, MD

**DIAGNOSIS:** CERVICAL STRAIN, LACERATION OF LEFT FOREARM

**Therapy Program:** Mr. Ramier has attended 3 physical therapy visits since his initial evaluation dated 9/29/10. Treatment in therapy has consisted of: soft tissue mobilization, stretching, cervical traction, therapeutic exercises, therapeutic modalities and a home exercise program.

**SUBJECTIVE:** Mr. Ramier states that his neck feels better after therapy but stiffness does return. He states that his forearm has experienced some onset of pain with rotation movements, though other movements seem to be doing okay.

**OBJECTIVE:**

| Cervical ROM: | 9/29/10 |
| --- | --- |
| Extension: | 52° |
| Flexion: | 47° |
| Right rotation: | 62° (pain on left) |
| Left rotation: | 54° |
| Right side bend: | 25° (pain on left) |
| Left side bend: | 30° |

**Elbow and Wrist ROM:** Grossly WNL

**Grip Strength:** Left 50lbs, Right 90lbs

**ASSESSMENT:** Mr. Ramier is just initiating physical therapy which appears to helping reduce cervical stiffness and tightness. Weakness continues to left forearm with some recent onset of pain with supination and pronation. Mr. Ramier would likely benefit from continuing with physical therapy to address these deficits

**PLAN:** Continue with physical therapy as prescribed

Thank you for allowing us to assist in the care of your patient. We look forward to working with you and your patients in the future.

Sincerely,

Mark Nowlin, PT, DPT, CSCS

Huntington Beach Clinic
MN/sj/sj*

ALAN E. VOGEL,
P.T., O.C.S., C.E.A.S.
PRINCIPAL
5772 BOLSA AVENUE
SUITE 101
HUNTINGTON BEACH
CALIFORNIA 92649
TEL 714.897.3589
FAX 714.897.1516

ANTHONY F. BISACCIA
M.P.T.
36 MAUCHLY
SUITE A
IRVINE SPECTRUM
CALIFORNIA 92618
TEL 949.727.3315
FAX 949.727.3624

MICHAEL W. RYMER
P.T., O.C.S., C.E.A.S.
2888 LONG BEACH BLVD.
SUITE 105
LONG BEACH
CALIFORNIA 90806
TEL 562.595.4489
FAX 562.595.4063

ROGER TAILLON
P.T.
200 NEWPORT CENTER DR
SUITE 213
NEWPORT BEACH
CALIFORNIA 92660
TEL 949.644.1322
FAX 949.644.0316

ADULT & PEDIATRIC PHYSICAL THERAPY

COMPLICATED SPINE & EXTREMITY THERAPY

HAND REHABILITATION

MYOFASCIAL PAIN DISORDERS

OCCUPATIONAL THERAPY

ORTHOPAEDICS

SPINE REHABILITATION

SPORTS MEDICINE

TMJ/HEADACHES



Received   02-09-2010   03:13РМ   From-7148910129   To-Call for Rehab & S   Page 001

# R.A. ENNS D.M.D., M.D.

## A PROFESSIONAL CORPORATION
### BOARD CERTIFIED FAMILY PRACTICE

### FACSIMILE TRANSMITTAL SHEET

| TO: Merk Rocsla | FROM: Sophie |
| COMPANY: | DATE: 9/29/0 |
| FAX NUMBER: (714) 897-1316 | TOTAL NO. OF PAGES INCLUDING COVER: 3 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| RE: Power Lyte | YOUR REFERENCE NUMBER: |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

NOTES/COMMENTS:

CONTACT THIS OFFICE IF YOU DID NOT RECEIVE ALL THE PAGES INDICATED.

THE INFORMATION TRANSMITTED IS CONFIDENTIAL AND FOR THE EXCLUSIVE USE OF THE PERSON OR THE AGEN FOR THE ADDRESSEE. IF YOU ARE NOT THE ADDRESSEE YOU ARE PROHIBITED FROM READING THE INFORMATION OR USING THE MESSAGE IN ANYWAY. IF YOU HAVE RECEIVED THIS MESSAGE IN ERROR, PLEASE NOTIFY THE SENDER AND DESTROY THE TELECOPY MESSAGE. THANK YOU.

Received   28-05-2010   03:13pm   From-714891 0129   To-California Reha A.S.   Page 002

Insight Health Corp. 5/11/2010 2:57:28 PM   PAGE   1/002   Fax Server

# MEDICAL IMAGING CENTER OF HUNTINGTON BEACH
*Managed by: INSIGHT IMAGING*

7677 Center Avenue, Suite 212
Huntington Beach, California 92647
(714)898-2991 FAX: (714)373-4697

MAGNETIC IMAGING MEDICAL GROUP
Keith R. Burnett, M.D.
Robert O. Lindsey, M.D.
Joel B. Levine, M.D.

*This Facility is Accredited by the American College of Radiology (ACR) for CT and MRI*

| | |
|---|---|
| Patient Name: RAIMER, LYLE | Date of Service:   05/11/2010 |
| DOB: 08/05/1965 | Sex:   M. |
| Accession: 3356609 | MRN:   95810 |
| Exam Description:   MRI CERVICAL SPINE WITHOUT CONTRAST | |
| | Hospital ID: |

Requesting Provider:
RICHARD ENNS, MD
7677 CENTER AVE STE 100
HUNTINGTON BEACH, CA 92647

---

**IMPRESSION:**

1. 2 mm or less posterior disc bulges at C3-4 and C4-5.
2. 3 mm broad-based posterior disc/end plate osteophyte complex at C5-6. Mild to moderate central canal stenosis. Moderate to severe neural foraminal stenosis, worse on the left.
3. 2-3 mm broad-based posterior disc protrusion at C6-7. Mild to moderate central canal stenosis. Moderate to severe neural foraminal stenosis, worse on the left.

---

CLINICAL INFORMATION: Neck pain and tingling in the left arm.

COMMENTS:

An MRI of the cervical spine was performed on the Hitachi AIRIS II scanner. The following sequences were obtained: sagittal FSE T2, sagittal T1, axial gradient echo, and axial T1.

No suspicious osseous lesions are identified. The vertebral body heights are maintained. There is mild degenerative disc disease at C5-6 with disc space narrowing, disc desiccation, and end plate osteophytic ridging.

The cervical cord is unremarkable.

At C2-3, there are no significant abnormalities.

At C3-4 and C4-5, there are 2 mm or less posterior disc bulges.

At C5-6, there is a 3 mm broad-based posterior disc/end plate osteophyte complex with mild to moderate central canal stenosis. There are uncovertebral joint degenerative changes with resultant moderate to severe neural foraminal stenosis, worse on the left.

At C6-7, there is a 2-3 mm broad-based posterior disc protrusion accentuated to the left of midline. There is mild to moderate central canal stenosis. There are uncovertebral joint degenerative changes bilaterally with moderate to severe neural foraminal stenosis, worse on the left.

At C7-T1, there are no significant abnormalities.

89                    33

Please be advised that if a signature is not affixed to this document, via manual or electronic document authentication, the informatio...

Received: 28-05-2010  03:13PM    From-714891U129    Robert & S  To-Calif01    Page 003

InSight Health Corp. 5/11/2010 2:57:28 PM   PAGE   2/002   Fax Server

## MEDICAL IMAGING CENTER OF HUNTINGTON BEACH
*Managed by: INSIGHT IMAGING*

7677 Center Avenue, Suite 212
Huntington Beach, California 92647
(714)898-2991 FAX: (714)373-4097

MAGNETIC IMAGING MEDICAL GROUP
Keith R. Burnett, M.D.
Robert O. Lindsey, M.D.
Joel B. Levine, M.D.

| | |
|---|---|
| Patient Name: | RAIMER, LYLE |
| Date of Service: | 05/11/2010 |
| Exam: | MRI CERVICAL SPINE WITHOUT CONTRAST |

Page 2
No significant abnormalities are identified involving the upper three thoracic disc spaces. The upper thoracic cord at these levels is unremarkable.

Robert O. Lindsey, M.D.
ROL/pmt/D: 05/11/2010 13:35:54 (PT)/T: 05/11/2010 14:31:13 (PT)/Doc ID: 398401 3/ iChart Job ID: 3728295/8356609.

Document authenticated by Robert O. Lindsey, M.D., on 05/11/2010 14:50:51 PT

90                    34

Please be advised that if a signature is not affixed to this document, via manual or electronic document authentication, the information

# CERVICAL SPINE EVALUATION

PATIENT: Lyle Palmer
DATE: 9/29/10
PHYSICIAN:
DIAGNOSIS:

SUBJECTIVE:
Date of Injury: Sporadic  numbness into L arm, pain → shoulder arm, neck
History/Mechanism of Injury:
8/12/10 - rolled car + aggravated symptoms

X-Rays:
MRI: bulging disc
CT Scan:

Symptoms:
Location: (L) neck, arm
Description: numbness to all fingers LH, pain into upper arm  Occas shaking of (L) arm
Increased with: quick jerks, tractivity c UE
Decreased with: meds, rest/relax
Other symptoms:
Special questions (i.e. weight loss, steroids, bilateral symptoms):

Sleep:
_____ Denies problems
_____ Wakes secondary to pain _____ times per night
___X___ Difficulty falling asleep
_____ Better in a.m.
_____ Better in p.m.

Medications:

Occupation: off work since accident, makes medications for pharmaceutical company, very physical

ADL's:
Sitting tolerance:                          Lifting tolerance:
Standing tolerance:                         Lifting levels:
Walking tolerance:                          Carry:
Driving tolerance:    Able to check lanes?  Push:
Grooming:                                   Pull:
Other limitations:

91                        35

Activity level (previous to injury): _____

Patient's goals: ↓ _pain_, return to work _____

Other information: _____

PMH: _____

## OBJECTIVE:
**Posture:**
_mild_ ___ Forward head
_mod(?)_ ___ Forward shoulders
R ___ L ___ Shoulder high
R ___ L ___ Scapula high
___ _yes_ ___ Increased T/S kyphosis

**Cervical ROM:**
Extension: 52 Deviation ___          Pain: _right_
Flexion: 47 Deviation ___           Pain: (L)shldr

|            | RIGHT | LEFT |        |
|------------|-------|------|--------|
| Rotation:  | 62 # mL | 54 | Pull/pain |
| Sidebend:  | 25 4 on L | 30 | Pull/pain |

**Upper extremities:**
Scapula: _grossly wnl_
Shoulder ROM:

|          | RIGHT | LEFT |
|----------|-------|------|
| Flexion: | ___ | ___ |
| Abduction: | ___ | ___ |
| IROT: | ___ | ___ |
| EROT: | ___ | ___ |

**Strength:**
(0= no palpable contraction;  1= trace;  2= poor;  3= fair;  4= good;  5= normal)

**C1,2,3**
Flexion: _____
Extension: _____
Sidebend: _____

(L) abd, √ - pain c resistance, 3+/5

**C5**
Deltoid: _____
Reflex/biceps: _____

**C6**
Bicep _____
Reflex: Brachio rad _____

**C7**
Tricep: _____
Wrist flex: _____
Tricep reflex: _____

**C8**
Thumb ext.: _____
Ulnar dev. _____

**T1**
Inter. Ossei: _____
Lumbric: _____

92          36

no c/o NT at rest

| Sensation: | Right | Left |
|---|---|---|
| C1 (top of head): | | |
| C2 (temp/pariet): | | |
| C3 (lat/dors/cerv to occip./pariet): | | |
| C4 (sup. scap): | | |
| C5 (lat. upper arm): | | |
| C6 (forearm to thumb): | | |
| C7 (mid. finger): | | |
| C8 (5th finger): | | |
| T1 (med. epi): | | |

| Areas tender to palpation | | |
|---|---|---|
| Right | | Left |
| | suboccipital | |
| | facets 2/3 | |
| | facets 3/4 | |
| | facets 4/5 | |
| | facets 5/6 | |
| | facets 6/7 | |
| | facets T1 | |
| | facets T12 | |
| | SCM | |
| | scalenes | |
| | UT | X |
| | levator | X |
| | 1st rib | |
| | stern/pec pts | |
| | scap points | |

| Joint Mobility: | Right | Left |
|---|---|---|
| O/A: | | |
| C1: | | |
| C1-2: | | |
| C2-3: | | |
| C3-4: | | |
| C4-5: | | |
| C5-6: | | |
| C6-7: | | |
| C7-T1: | | |
| T1-2: | | |

Grip - L~50#
R~90#

elbow/wrist rom WNL

elbow/wrist strength grossly 4/5

**Special tests:**
Adson's: Stretch _____ compression (+) cost. clav. _____ VAT: sit _____ sup. _____
Babinski _____ Alar ligament _____ Transverse _____ distraction _relieve pain_

**Neurotension:**
Median: R _____ L _____   Ulnar: R _____ L _____   Radial R _____ L _____

**ASSESSMENT:** Symptoms consistent c pinch nerve, possibly from disc bulge, and weakness ⓛ arm 2° laceration along ulna

**Goals:** 4 wks
1. c/s rom WNL c no sig c/o
2. UE strength 4/5
3. No UE symptoms c daily activities

**Treatment:**
STM, c/s traction, stretching, postural ed, strengthening, thermot, HEP

**PLAN (Frequency/Duration):**
Patient to be seen __3__ times per week for __3__ weeks.

_[signature]_ PT, DPT

93          37

# Neck Disability Index

THIS QUESTIONNAIRE IS DESIGNED TO HELP US BETTER UNDERSTAND HOW YOUR NECK PAIN AFFECTS YOUR ABILITY TO MANAGE EVERYDAY-LIFE ACTIVITIES. PLEASE MARK IN EACH SECTION THE ONE BOX THAT APPLIES TO YOU. ALTHOUGH YOU MAY CONSIDER THAT TWO OF THE STATEMENTS IN ANY ONE SECTION RELATE TO YOU, PLEASE MARK THE BOX THAT MOST CLOSELY DESCRIBES YOUR PRESENT-DAY SITUATION.

### SECTION 1 - PAIN INTENSITY

- ☐ I have no pain at the moment.
- ☐ The pain is very mild at the moment.
- ☑ The pain is moderate at the moment.
- ☐ The pain is fairly severe at the moment.
- ☐ The pain is very severe at the moment.
- ☐ The pain is the worst imaginable at the moment.

### SECTION 2 - PERSONAL CARE

- ☑ I can look after myself normally without causing extra pain.
- ☐ I can look after myself normally, but it causes extra pain.
- ☐ It is painful to look after myself, and I am slow and careful.
- ☐ I need some help but manage most of my personal care.
- ☐ I need help every day in most aspects of self-care.
- ☐ I do not get dressed. I wash with difficulty and stay in bed.

### SECTION 3 - LIFTING

- ☑ I can lift heavy weights without causing extra pain.
- ☐ I can lift heavy weights, but it gives me extra pain.
- ☐ Pain prevents me from lifting heavy weights off the floor but I can manage if items are conveniently positioned, ie. on a table.
- ☐ Pain prevents me from lifting heavy weights, but I can manage light weights if they are conveniently positioned.
- ☐ I can lift only very light weights.
- ☐ I cannot lift or carry anything at all.

### SECTION 4 - WORK

- ☐ I can do as much work as I want.
- ☐ I can only do my usual work, but no more.
- ☐ I can do most of my usual work, but no more.
- ☑ I can't do my usual work.
- ☐ I can hardly do any work at all.
- ☐ I can't do any work at all.

### SECTION 5 - HEADACHES

- ☑ I have no headaches at all.
- ☐ I have slight headaches that come infrequently.
- ☐ I have moderate headaches that come infrequently.
- ☐ I have moderate headaches that come frequently.
- ☐ I have severe headaches that come frequently.
- ☐ I have headaches almost all the time.

### SECTION 6 - CONCENTRATION

- ☑ I can concentrate fully without difficulty.
- ☐ I can concentrate fully with slight difficulty.
- ☐ I have a fair degree of difficulty concentrating.
- ☐ I have a lot of difficulty concentrating.
- ☐ I have a great deal of difficulty concentrating.
- ☐ I can't concentrate at all.

### SECTION 7 - SLEEPING

- ☑ I have no trouble sleeping.
- ☐ My sleep is slightly disturbed for less than 1 hour.
- ☐ My sleep is mildly disturbed for up to 1-2 hours.
- ☐ My sleep is moderately disturbed for up to 2-3 hours.
- ☐ My sleep is greatly disturbed for up to 3-5 hours.
- ☐ My sleep is completely disturbed for up to 5-7 hours.

### SECTION 8 - DRIVING

- ☐ I can drive my car without neck pain.
- ☑ I can drive as long as I want with slight neck pain.
- ☐ I can drive as long as I want with moderate neck pain.
- ☐ I can't drive as long as I want because of moderate neck pain.
- ☐ I can hardly drive at all because of severe neck pain.
- ☐ I can't drive my car at all because of neck pain.

### SECTION 9 - READING

- ☐ I can read as much as I want with no neck pain.
- ☑ I can read as much as I want with slight neck pain.
- ☑ I can read as much as I want with moderate neck pain.
- ☐ I can't read as much as I want because of moderate neck pain.
- ☐ I can't read as much as I want because of severe neck pain.
- ☐ I can't read at all.

### SECTION 10 - RECREATION

- ☐ I have no neck pain during all recreational activities.
- ☑ I have some neck pain with all recreational activities.
- ☐ I have some neck pain with a few recreational activities.
- ☐ I have neck pain with most recreational activities.
- ☐ I can hardly do recreational activities due to neck pain.
- ☐ I can't do any recreational activities due to neck pain.

PATIENT NAME  Lyle A. Reiner

DATE _____

SCORE _____ [50]

BENCHMARK  -5 = _____

Copyright: Vernon H. and Hagino C., 1987. Vernon H, Mior S. The Neck Disability Index: A study of reliability and validity. Journal of Manipulative and Physiological Therapeutics 1991; 14:409-415. Copied with permission of the authors.

38

# EXHIBIT "4"



CITY OF LONG BEACH
333 West Ocean Blvd.
Long Beach, CA 90802-4604
EMERGENCY AMBULANCE TRANSPORT
BILLING STATEMENT

City Tax ID. 956000

| | | | | |
|---|---|---|---|---|
| Patient: | RAINER, LYLE | Pick-up Location: | REDONDO AVE @ E VIST ST | |
| Run Number: | 10-8506 | Drop-off Location: | ST. MARY'S MEDICAL HOSPIT/ | |
| Incident Number: | CLB10293190 | Statement Date: | 08/20/2010 | |
| E-Account: | 23310008506015 | Payment Due: | 09/19/2010 | |
| Date of Service: | 08/13/2010 | | | |

LYLE RAINER
37 ORANGE AVE A
LONG BEACH, CA 90802

Payment Options
Pay Online: www.longbeach.gov
Pay by Phone: (562) 570-7600, option 3
Pay by Mail: P. O. Box 630
Long Beach, CA 90842-0001
Billing Inquiries Call: (562) 570-7600

| HCPC | Description | Quantity | Unit Price | Amount Due | Payment Date | Amo Paid/ |
|---|---|---|---|---|---|---|
| A0427 | ALS 1 Emergency Base Rate | 1 | $1,146.00 | $1,146.00 | | |
| A0425 | ALS Mileage | 2 | $16.51 | $33.02 | | |
| 94760 | Pulse Oximeter | 1 | $28.00 | $28.00 | | |
| 93041 | EKG Monitoring | 1 | $28.00 | $28.00 | | |
| A0394 | IV | 1 | $55.00 | $55.00 | | |
| A0398 | Spinal Immobil | 1 | $20.16 | $20.16 | | |

Total Amount Due: $1,310.18

lease pay the total amount due by the due date. Payments not received within 30 days of the statement date will incur a 1.33% late fee, plus an
dditional late fee for each month thereafter until paid in full. If you have medical insurance, please enter your insurance information on the back of
e billing statement stub and return it to our office. Payment is the patient's responsibility even if covered by medical insurance.

PLEASE DETACH AND RETURN WITH YOUR PAYMENT

CITY OF LONG BEACH
EMERGENCY AMBULANCE TRANSPORT

Make check payable to:

City of Long Beach
P. O. Box 630
Long Beach, CA 90842-0001

Payment Due: 09/19/2010
Total Amount Due: $1,310.18
Amount Enclosed: $ _____

| | | |
|---|---|---|
| Patient: | RAINER, LYLE | |
| Run Number: | 10-8506 | |
| Incident Number: | CLB10293190 | |
| E-Account: | 23310008506015 | |

23310000085066  0000131018

Check here if insurance information is provide
on the back:

96

# EXHIBIT "5"

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1.  Submit to Appropriate Federal Agency: | 2.  Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Federal Bureau of Investigation<br>11000 Wilshire Blvd. Suite 1700<br>Los Angeles, CA 90024<br>Attn: Christina Oroz - Legal Unit | Lyle Raimer by Evan T. Burge,Esq.<br>of Sinclitico & Burns, APLC,<br>330 Golden Shore #410,Long Beach, CA<br>90802; Tel:562-628-1919;Fax:562-628-1 |

| 3.  TYPE OF EMPLOYMENT | 4.  DATE OF BIRTH | 5.  MARITAL STATUS | 6.  DATE AND DAY OF ACCIDENT | 7.  TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | 8/5/65 | Single | 8/13/10-Friday | 0910 hr |

8.  BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

See copy of City of Long Beach Police Department
Traffic Collision Report No. 10-54739 attached.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

Same as Owner

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant's 2002 Toyota 4Runner SUVwas totalledin the accident.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Left-sided paresthesis, left forearm laceration, neck injury

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Lyle Raimer<br>Todd Michael Carter<br>Jeffory Johnson<br>Unidentified passenger (Carter Vehicle) | See Police Report<br>FBI,lWorld Trade Center #1500, Long Beach, CA<br>Unknown address<br>FBI, 1 World Trade Center #1500 |

12. (See instructions on reverse.)  AMOUNT OF CLAIM (in dollars)

| 12a.  PROPERTY DAMAGE | 12b.  PERSONAL INJURY | 12c.  WRONGFUL DEATH | 12d.  TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| $11,641.15 | $25,000.00<br>(Estimate) | | $36,641.15 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a.  SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b.  PHONE NUMBER OF PERSON SIGNING FORM | 14.  DATE OF SIGNATURE |
|---|---|---|
| *[signature]* | (562) 628-1919 | Nov. 23, 2010 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☒ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

Yes - MetLife Auto and Home, P. O. Box 48020,Dayton, Ohio 45475-0020
Policy No.7892240780

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No

Yes,Deductible

17. If deductible, state amount.

$250.00

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

I understand my insurance carrier is proceeding with a subrogation claim as against the United States Government.

19. Do you carry public liability and property damage insurance? ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

MetLife Auto and Home,P. O.Box 48020, Dayton,Ohio 45475-0020
Policy No. 7892240780

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a seperate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the incident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. Authority: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. Principal Purpose: The information requested is to be used in evaluating claims.
C. Routine Use: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

99

STANDARD FORM 95 REV. (2/2007) BACK

# EXHIBIT "6"

100



**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No.  197C-LA-256699

11000 Wilshire Blvd. #1700
Los Angeles, California  90024

December 10, 2010

**SENT VIA REGISTERED MAIL**
Evan T. Burge
Sinclitico & Burns
330 Golden Shore Suite 410
Long Beach, CA 90802

Re your client: Lyle Raimer
Your file No. 1066-1001

Dear Mr. Burge:

      We are returning the attached incomplete SF95 claim form(s)  because there are no medical bills attached to evidence your bodily injury claim and the claim is incomplete without the final bills.  Also Met Life Auto and Home has already submitted a property damage claim so there should not be any figure in section 12a.  You must show a final total in section 12b not an estimate. We also need a signed representation letter from your client, Lyle Raimer.

      Upon receipt of the corrected claim form with all of the supporting documents, we will review the claim.

      If you have any questions, please contact Paralegal Specialist Christina Oroz Stepanian at 310-996-4167.

Sincerely yours,

STEVEN M. MARTINEZ
Assistant Director in Charge

By :   PAUL F. RAIMONDI
Chief Division Counsel

Enc:   incomplete SF95
       new SF95

*101*

# EXHIBIT "7"

102

TRAFFIC COLLISION REPORT

**CITY OF LONG BEACH**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PARTY # 1 | BOOKING OR CITE NO. NONE | NO. INJ. Ø | H & R MISD ☐ | | | CPD ☐ | LBPD No. |
| PARTY # 2 | NONE | NO. KILLED | H & R FELONY ☐ | 901 | 1/2 | | 10-54739 |

| LOCATION | COLLISION OCCURRED ON REDONDO AVE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 ☒ AT INTERSECTION WITH VISTA ST | MO 08 | DAY 13 | YR 10 | TIME (2400) 0919 HRS | NCIC No. 1941 | OFFICER I.D. NO 10118 |
| | 2 ☐ ☐ FEET/MILES ☐ OF | S M T W T F Ⓢ | | | TOW AWAY ☒ YES ☐ NO | | STATE HWY RELATED ☐ YES ☒ NO |

| PARTY 1 | DRIVER'S LICENSE NUMBER E2262707 | STATE CA | CLASS C | SAFETY EQUIP N | VEH YR 2008 | MAKE/MODEL/COLOR CHEVY/IMPALA/GRY | LICENSE NUMBER 6EFJ524 | STATE CA |
|---|---|---|---|---|---|---|---|---|
| **DRIVER** ☒ | NAME (FIRST, MIDDLE, LAST) TODD, MICHAEL CARTER | | | | | | | |
| **PEDES-TRIAN** ☐ | STREET ADDRESS 1 WORLDTRADE CENTER #1500 | | | | OWNER'S NAME - FBI - | ☐ SAME AS DRIVER | | |
| **PARKED VEHICLE** ☐ | CITY/STATE/ZIP LONG BEACH /CA /90831 | | | | OWNER'S ADDRESS 1 WORLDTRADE CENTER #1500, LLB | ☐ SAME AS DRIVER | | |
| **BICY-CLIST** ☐ | SEX M | HAIR BRO | EYES BRO | HEIGHT 5'8 | WEIGHT 160 | BIRTHDATE MO 10 DAY 13 YEAR 72 | RACE W | DISPOSITION OF VEHICLE ON ORDERS OF: ☐ OFFICER ☒ DRIVER ☐ OTHER |
| **OTHER** ☐ | HOME PHONE ( ) | | BUSINESS PHONE (562) 951-2792 | | | PRIOR MECHANICAL DEFECTS: NONE APPARENT ☐ REFER TO NARRATIVE ☐ | | |

| INSURANCE CARRIER - FBI - | POLICY NUMBER | VIOLATION CHARGED 1. 21652 VC | VEHICLE DAMAGE ☐ UNK. ☐ MOD. ☐ NONE ☐ MAJOR ☒ MINOR ☐ TOTAL | SHADE IN DAMAGED AREA |
|---|---|---|---|---|
| DIRECTION OF TRAVEL W/B | ON/ACROSS (STREET OR HIGHWAY) VISTA ST | LANE 1 | SPEED LIMIT 25 | 2. |

| PARTY 2 | DRIVER'S LICENSE NUMBER A4366706 | STATE CA | CLASS C | SAFETY EQUIP Y | VEH YR 07 | MAKE/MODEL/COLOR TOY/4RUN/BLU | LICENSE NUMBER 4URV255 | STATE CA |
|---|---|---|---|---|---|---|---|---|
| **DRIVER** ☒ | NAME (FIRST, MIDDLE, LAST) LYLE, RAIMER | | | | | | | |
| **PEDES-TRIAN** ☐ | STREET ADDRESS 37 A ORANGE AVE, | | | | OWNER'S NAME ☒ SAME AS DRIVER | | | |
| **PARKED VEHICLE** ☐ | CITY/STATE/ZIP LB, CA, 90802 | | | | OWNER'S ADDRESS ☒ SAME AS DRIVER | | | |
| **BICY-CLIST** ☐ | SEX M | HAIR BRO | EYES GRN | HEIGHT 5'10 | WEIGHT 170 | BIRTHDATE MO 08 DAY 03 YEAR 65 | RACE W | DISPOSITION OF VEHICLE ON ORDERS OF: ☒ OFFICER ☐ DRIVER ☐ OTHER TOW |
| **OTHER** ☐ | HOME PHONE (562) 495-5997 | | BUSINESS PHONE ( ) | | | PRIOR MECHANICAL DEFECTS: NONE APPARENT ☐ REFER TO NARRATIVE ☐ | | |

| INSURANCE CARRIER CA LIABILITY | POLICY NUMBER 7892240780 | VIOLATION CHARGED N/A | VEHICLE DAMAGE ☐ UNK. ☐ MOD. ☐ NONE ☒ MAJOR ☐ MINOR ☒ TOTAL | SHADE IN DAMAGED AREA |
|---|---|---|---|---|
| DIRECTION OF TRAVEL N/B | ON/ACROSS (STREET OR HIGHWAY) REDONDO AVE | LANE 1 | SPEED LIMIT 30 | |

| PARTY 3 | DRIVER'S LICENSE NUMBER | STATE | CLASS | SAFETY EQUIP | VEH YR | MAKE/MODEL/COLOR | LICENSE NUMBER | STATE |
|---|---|---|---|---|---|---|---|---|
| **DRIVER** ☐ | NAME (FIRST, MIDDLE, LAST) | | | | | | | |
| **PEDES-TRIAN** ☐ | STREET ADDRESS | | | | OWNER'S NAME ☐ SAME AS DRIVER | | | |
| **PARKED VEHICLE** ☐ | CITY/STATE/ZIP | | | | OWNER'S ADDRESS ☐ SAME AS DRIVER | | | |
| **BICY-CLIST** ☐ | SEX | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE MO DAY YEAR | RACE | DISPOSITION OF VEHICLE ON ORDERS OF: ☐ OFFICER ☐ DRIVER ☐ OTHER |
| **OTHER** ☐ | HOME PHONE ( ) | | BUSINESS PHONE ( ) | | | PRIOR MECHANICAL DEFECTS: NONE APPARENT ☐ REFER TO NARRATIVE ☐ | | |

| INSURANCE CARRIER | POLICY NUMBER | VIOLATION CHARGED | VEHICLE DAMAGE ☐ UNK. ☐ MOD. ☐ NONE ☐ MAJOR ☐ MINOR ☐ TOTAL | SHADE IN DAMAGED AREA |
|---|---|---|---|---|
| DIRECTION OF TRAVEL | ON/ACROSS (STREET OR HIGHWAY) | LANE | SPEED LIMIT | |

| PROPERTY DAMAGE | DESCRIPTION OF DAMAGE | OWNER'S NAME | ADDRESS | HOME/BUSINESS TELEPHONE | NOTIFIED ☐ YES ☐ NO |
|---|---|---|---|---|---|

CONFIDENTIAL
DO NOT REPRODUCE OR GIVE TO ANYONE
OUTSIDE THE CRIMINAL JUSTICE SYSTEM

Printed by
Sep 16, 2010 05:57PM

210 001 (12-01)

K-1881

103

PAGE 2 OF

| HIT & RUN SUSP. INFORMATION | S-1 | SEX | RACE | AGE/DOB | HEIGHT | WEIGHT | HAIR | EYES | COMPL. | CLOTHING | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME & ADDRESS IDENTIFYING MARKS & CHARACTERISTICS (IF ARRESTED SUSPS. FULL NAME & BK. NO. ONLY) | | | | | | | | | | | | |
| SUSP. VEH. | OTHER IDENTIFYING FEATURES | | | | | | | | | | | | |

**ITEMS MARKED BELOW WHICH ARE FOLLOWED BY AN ASTERISK (*) SHOULD BE EXPLAINED IN THE NARRATIVE**

| PRIMARY COLLISION FACTOR LIST NUMBER (*) OF PARTY AT FAULT | TRAFFIC CONTROL DEVICES | 1 | 2 | 3 | TYPE OF VEHICLE | | 1 | 2 | 3 | MOVEMENT PRECEDING COLLISION | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A VC SECTION VIOLATED  CITED ☐YES ☒NO  21652 VC | A CONTROLS FUNCTIONING | X | | | A PASSENGER CAR/STA. WGN. | | | | | A STOPPED | |
| B OTHER IMPROPER DRIVING* OFF HIGHWAY | B CONTROLS NOT FUNCTIONING* | | | | B PASSENGER CAR W/TRAILER | | X | | | B PROCEEDING STRAIGHT | |
| C OTHER THAN DRIVER* | C CONTROLS OBSCURED | | | | C MOTORCYCLE/SCOOTER | | | X | | C RAN OFF ROAD | |
| D UNKNOWN* | D NO CONTROLS PRESENT/FACTOR* | X | | | D PICKUP/PANEL TRUCK | | | | | D MAKING RIGHT TURN | |
| E FELL ASLEEP* | TYPE OF COLLISION | | | | E PICKUP/PANEL TRUCK W/TLR. | | | | | E MAKING LEFT TURN | |
| WEATHER (MARK 1 TO 2 ITEMS) | A HEAD-ON | | | | F TRUCK OR TRUCK TRACTOR | | | | | F MAKING U TURN | |
| A CLEAR  X | B SIDESWIPE | X | | | G TRK./TRK. TRACTOR W/TLR. | | | | | G BACKING | |
| B CLOUDY | C REAR END | | | | H SCHOOL BUS | | | | | H SLOWING/STOPPING | |
| C RAINING | D BROADSIDE | | | | I OTHER BUS | | | | | I PASSING OTHER VEHICLE | |
| D SNOWING | E HIT OBJECT | | | | J EMERGENCY VEHICLE | | | | | J CHANGING LANES | |
| E FOG/VISIBILITY    FT. | F OVERTURNED | | | | K HWY. CONST. EQUIPMENT | | | | | K PARKING MANEUVER | |
| F OTHER* | G VEHICLE/PEDESTRIAN | | | | L BICYCLE | | | | | L ENTERING TRAFFIC | |
| G WIND | H OTHER* | | | | M OTHER VEHICLE | | | | | M OTHER UNSAFE TURNING | |
| LIGHTING | MOTOR VEHICLE INVOLVED WITH | | | | N PEDESTRIAN | | | | | N XING INTO OPPOSING LANE | |
| A DAYLIGHT  X | A NON-COLLISION | | | | O MOPED | | | | | O PARKED | |
| B DUSK — DAWN | B PEDESTRIAN | | | | | | | | | P MERGING | |
| C DARK — STREETLIGHTS* | C OTHER MOTOR VEHICLE | | | | OTHER ASSOCIATED FACTOR (MARK 1 TO 2 ITEMS) | 1 | 2 | 3 | | Q TRAVELING WRONG WAY | |
| D DARK — NO STREETLIGHTS | D MOTOR VEH. ON OTHER ROADWAY | | | | A VC SECTION VIOLATION:  CITED ☐YES ☐NO | | | | | R OTHER* | |
| E DARK — STREETLIGHTS NOT FUNCTIONING* | E PARKED MOTOR VEHICLE | | | | B VC SECTION VIOLATION:  CITED ☐YES ☐NO | | 1 | 2 | 3 | SOBRIETY-DRUG PHYSICAL (MARK 1 TO 2 ITEMS) | |
| ROADWAY SURFACE | F TRAIN | | | | | | | | | A HAD NOT BEEN DRINKING | |
| A DRY  X | G BICYCLE | | | | C VC SECTION VIOLATION:  CITED ☐YES ☐NO | | X | X | | B HBD — UNDER INFLUENCE | |
| B WET | H ANIMAL* | | | | | | | | | C HBD — NOT UNDER INFLU. | |
| C SNOWY — ICY | I FIXED OBJECT* | | | | D | | | | | D HBD — IMPAIRMENT UNK.* | |
| D SLIPPERY (MUDDY, OILY, ETC.) | J OTHER OBJECT* | | | | E VISION OBSCUREMENT | | | | | E UNDER DRUG INFLU.* | |
| ROADWAY CONDITIONS (MARK 1 TO 2 ITEMS) | PEDESTRIAN'S ACTION | | | | F INATTENTION* | | | | | F IMPAIRMENT — PHYSICAL | |
| A HOLES, DEEP RUTS* | A NO PEDESTRIAN INVOLVED  X | | | | G STOP & GO TRAFFIC | | | | | G IMPAIRMENT NOT KNOWN | |
| B LOOSE MATERIAL ON RDWY.* | B CROSSING IN CROSSWALK AT INTERSECTION | | | | H ENTERING/LEAVING RAMP | | | | | H NOT APPLICABLE | |
| C OBSTRUCTION ON ROADWAY* | | | | | I PREVIOUS COLLISION | | | | | I SLEEPY/FATIGUED | |
| D CONSTRUCTION — REPAIR ZONE | C CROSSING IN CROSSWALK— NOT AT INTERSECTION | | | | J UNFAMILIAR WITH ROAD | | | | | SPECIAL INFORMATION | |
| E REDUCED ROADWAY WIDTH | D CROSSING—NOT IN CROSSWALK | | | | K DEFECTIVE VEH. EQUIP.  CITED ☐YES ☐NO | | 1 | 2 | 3 | A HAZARDOUS MATERIAL | |
| F FLOODED* | E IN ROAD — INCLUDES SHOULDER | | | | L UNINVOLVED VEHICLE | | | | | B CELLPHONE IN USE | |
| G OTHER* | F NOT IN ROAD | X | X | | M OTHER* | | | | | C CELLPHONE NOT IN USE | |
| H NO UNUSUAL CONDITIONS  X | G APPROACH/LEAVING SCHOOL BUS | | | | N NONE APPARENT | X | X | | | D CELLPHONE NONE/UNK. | |

| SKETCH | POINT OF IMPACT: (DETERMINED BY) ROLLAMETER | | | | |
|---|---|---|---|---|---|
| INDICATE NORTH ↑  V-1 | | CURB 23 FT. N OF S OF | COLLISION OCCURRED ON (ST. NAME) REDONDO | ST, AV, ETC A  N.E.S.W. J  N | WIDTH 61'6 |
| | | CURB 8 FT W OF E OF | CROSS STREET (ST. NAME) VISTA | ST, AV, ETC ST  N.E.S.W. W | JOG. CIR. | WIDTH 34'3 |
| | TYPE OF CPD VEH OR EQP. # | DESCRIBE ITEM AND DAMAGE | | | |
| | | | | DEPT. NAME | |
| | SKID MARKS | R/F | L/F | R/R | L/R |

| INVESTIGATED BY | I.D. NUMBER | DIV/W | INVESTIGATED BY | I.D. NUMBER | DIV/W | REVIEWED BY |
|---|---|---|---|---|---|---|

Printed by
JAWALLA Sep 16, 2010 05:57PM

104

Page _1_ of _3_

| NARRATIVE/SUPPLEMENTAL | SELECT ONE NARRATIVE | | SELECT ONE COLLISION REPORT |
|---|---|---|---|

| DATE OF ORIGINAL INCIDENT | TIME (2400) | NCIC NUMBER | OFFICER NO. | LBPD DR # |
|---|---|---|---|---|
| 08/13/2010 | 09:19 | 1941 | 10118 | 100054739.000 |

| CITY/COUNTY/JUDICIAL DISTRICT | BEAT | CITATION NUMBER |
|---|---|---|
| Long Beach/Los Angeles/Long Beach | 9 | |

LOCATION/SUBJECT
**Redondo Ave / Vista St**

| DAY REPORTED | DATE REPORTED | TIME OF DISPATCH (2400) | TIME OF ARRIVAL (2400) |
|---|---|---|---|
| Friday | 08/13/2010 | 09:19 | 09:19 |

### VEHICLE OPERATORS:
P1 Michael Carter (CDL E2262707)

P2 Lyle Raimer (CDL A4366706)

### AREA OF IMPACT:
23' 6" North of the South curb of Vista St
8' West of the East curb of Redondo Ave

### FACTS:
Speed limit 30 MPH on Redondo Ave

### NOTIFICATION:
On 8-13-10 at approximately 0919 hr, I (Officer J. Bunsold #10118) was dispatched to the area of Redondo Ave and Vista St in the City of Long Beach regarding an injury traffic collision involving another vehicle. I was also informed by dispatch that one vehicle (later determined to be P2) had flipped his vehicle. Call 0656.

### SCENE:
At the scene of this collision, I noted that Redondo Ave is a north/south city street consisting of two lanes in each direction. The roadway is straight, level and composed of asphalt. The north and southbound traffic is divided by a yellow line and, "bot dots".

Redondo Ave is intersected by 3rd St which is a east/west city street controlled by a clearly marked stop sign and limit line. The road way consists of one lane in each direction.  North and sound bound, Redondo Ave traffic has the, "right of way".

I was assisted by multiple units at the scene of this collision to include Unit 2S5 (SGT M. Kosoy #5028) and Long Beach Fire Department personal (ENG 4 and REC 4).

### PARTIES:

### PARTY #2 (RAIMER)

| PREPARER'S NAME | ID NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| J. Bunsold | 10118 | 8/13/2010 | | |

Page 2 of 3

| NARRATIVE/SUPPLEMENTAL | | SELECT ONE **NARRATIVE** | SELECT ONE **COLLISION REPORT** |
|---|---|---|---|
| DATE OF ORIGINAL INCIDENT 08/13/2010 | TIME (2400) 09:19 | NCIC NUMBER 1941 / OFFICER NO. 10118 | LBPD DR # 100054739.000 |

| CITY/COUNTY/JUDICIAL DISTRICT Long Beach/Los Angeles/Long Beach | BEAT 9 | | CITATION NUMBER |
|---|---|---|---|

**LOCATION/SUBJECT**
Redondo Ave / Vista St

| DAY REPORTED Friday | DATE REPORTED 08/13/2010 | TIME OF DISPATCH (2400) 09:19 | TIME OF ARRIVAL (2400) 09:19 |
|---|---|---|---|

I contacted P2 as he sat in the driver's seat of his obviously wrecked vehicle (a Blue, 01 Toyota 4Runner). V1 was located upright, facing south/east.   P2 was in extreme pain, complaining of pain to his, neck, back, and arms.

V2 sustained major damage to the passenger's side of the SUV. The driver's door appeared to be bent inward several inches along with both A-pillars. The side mirror had been broken from its mount and many of the windows were broken.

**PARTY #1 (CARTER)**
P1 was contacted as he stood next to his car (Gray 08 Chevy Impala) on the west side of Redondo Ave on Vista St.  P1 and his passenger did not have any complaint of pain. V1 sustained minor damage to his front end.

**STATEMENTS:**
P2 stated he was driving northbound Redondo Ave in the number one lane at approximately 25-30 mph from Broadway. As he approached Vista St he observed P1 stopped at the stop sign, past the limit line. As P2 drove past Vista St he was struck by V1 in the right, rear wheel causing his vehicle to flip over landing on its wheels facing south/east in the north bound #1 and #2 lanes of traffic

P1 stated he was traveling westbound Vista St, stopped at the stop singe behind the limit line. P1 cleared both north and south bound traffic but his vision might have been obstructed by vehicles parked along the east curb of Redondo Ave.

P1, "creped" his department vehicle forward to further clear the intersection. P1 believed traffic had cleared and preceded westbound Vista St. As V1 was in lane #1 of Redondo Ave he struck V2 causing V2 to flip over.

**WITNESS #1 (JEFFORY JOHNSON)**
WIT #1, informed me of the following. WIT#1 was traveling southbound Redondo Ave when he observed V1 stopped at the intersection and V2 traveling northbound Redondo Ave in the #1 lane.  V1 attempted to cross the intersection when he struck V2's back right side, causing V2 to flip over

| PREPARER'S NAME J. Bunsold . | ID NUMBER 10118 | DATE 8/13/2010 | REVIEWER'S NAME | DATE |
|---|---|---|---|---|

Page __3__ of __3__

| NARRATIVE/SUPPLEMENTAL | | SELECT ONE **NARRATIVE** | SELECT ONE **COLLISION REPORT** |
|---|---|---|---|

| DATE OF ORIGINAL INCIDENT **08/13/2010** | TIME (2400) **09:19** | NCIC NUMBER **1941** | OFFICER NO. **10118** | LBPD DR # **100054739.000** |
|---|---|---|---|---|

| CITY/COUNTY/JUDICIAL DISTRICT **Long Beach/Los Angeles/Long Beach** | BEAT **9** | CITATION NUMBER |
|---|---|---|

| LOCATION/SUBJECT **Redondo Ave / Vista St** |
|---|

| DAY REPORTED **Friday** | DATE REPORTED **08/13/2010** | TIME OF DISPATCH (2400) **09:19** | TIME OF ARRIVAL (2400) **09:19** |
|---|---|---|---|

## OPINIONS AND CONCLUSIONS:

Based on the information gathered during this investigation, I concluded that P1 attempted to make an improper entry into a service road a violation of 21652 VC. As a result V1 struck V2 causing him to flip over.

It should be noted that P1 is an on duty FBI agent stationed at the world trade center in the City of Long Beach.

| PREPARER'S NAME **J. Bunsold** | ID NUMBER **10118** | DATE **8/13/2010** | REVIEWER'S NAME | DATE |
|---|---|---|---|---|

Printed by

# REPORT RECEIPT / APPLICATION FOR RELEASE OF REPORT

**DR#:** 10 54739

| DATE REPORTED: 8-13-10 | CALL #: 656 | OFFICER: Aubasour Bungford | DID: 1011B |
|---|---|---|---|

**TYPE OF INCIDENT OR CRIME:** 901T

**LOCATION OF INCIDENT:** Redondo / Vista

**NAME OF PERSON OR BUSINESS INVOLVED:** Lyle A. Raimer

**DATE OF BIRTH:** 8-5-65

**PERSON REQUESTING REPORT:**

| Raimer | Lyle | A |
|---|---|---|
| LAST | FIRST | M.I. |

**NAME OF BUSINESS REQUESTING REPORT:**

**ADDRESS:**

| 37 Orange Ave | #A | Long Beach | CA | 90802 |
|---|---|---|---|---|
| NUMBER/STREET | APT # | CITY | STATE | ZIP CODE |

| PHONE #: 562-495-5997 | FAX #: |
|---|---|

## INVOLVEMENT (Check One)

- ☒ Victim   ☒ Registered Owner   ☐ Witness   ☐ Other _____
- ☐ Parent of Victim Under 18 Years   ☐ Pedestrian   ☐ Driver   ☐ Passenger
- ☐ Attorney (requires signed authorization of individual represented)
- ☐ Representative of Insurance Company – Fill in policy/claim # _____

## CERTIFICATION

I declare under penalty of perjury, that the information above is true and correct.

**SIGNATURE:** X _Lyle A. Raimer_

## LONG BEACH POLICE DEPARTMENT USE ONLY

| RECEIVED BY: | INVESTIGATOR: | PROCESSED BY: |
|---|---|---|
| DID: | DID: | DID: |
| DATE: | DETAIL: | DATE: |
| PAID: ☐ YES  ☐ NO | RELEASE? ☐ YES ☐ NO | ☐ MAILED  ☐ IN PERSON |

108

# EXHIBIT "8"

109

SINCLITICO & BURNS
A Professional Law Corporation
330 Golden Shore, Suite 410
Long Beach, California 90802
Telephone: (562) 628-1919

## DESIGNEE AUTHORIZATION

TO:   Insurance Provider/Defendant(s)/Respondent(s)
Lyle Raimer v. Todd Michael Carter

Claim Number:

Date of Loss: August 13, 2010

Pursuant to Section 2695.5(c ) for the California code of Regulations, Title 10, Chapter 5;
I authorize SINCLITICO & BURNS, A Professional Law Corporation to handle my
Personal Injury claim under the above-captioned loss.

This authorization shall be valid for the duration of this claim unless revoked by the
undersigned.  Any and all prior authorizations are hereby revoked by the undersigned as
of the date of this authorization.

_Lyle A. Raimer_
(Signature)
Lyle Raimer
_Lyle A. Raimer_
(Printed Name)

_____
(Date)
_37A Orange Ave Long Beach CA 90802_
(Address)

_562-495-5997_
(Telephone)

110

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge John Kronstadt and the assigned discovery Magistrate Judge is Suzanne H. Segal.

The case number on all documents filed with the Court should read as follows:

## CV11- 9761 JAK (SSx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=========================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** | [_] **Southern Division** | [_] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

ORIGINAL

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

|  |  |
|---|---|
| LYLE RAIMER | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| TODD MICHAEL CARTER, FEDERAL BUREAU OF INVESTIGATION, AND DOES 1-10, INCLUSIVE, | ) CV11-9761 JAK (SSx) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   TODD MICHAEL CARTER
One Worldtrade Center, Suite 1500
Long Beach, CA 90831

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Evan T. Burge, Esq.
Sinclitico & Burns, APLC
330 Golden Shore, Suite 410
Long Beach, CA 90802
Attorneys for Plaintiff, Lyle Raimer

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  NOV 2 3 2011       _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                *Server's signature*

                                       _____
                                                *Printed name and title*


                                       _____
                                                *Server's address*

Additional information regarding attempted service, etc:

*Original*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| LYLE RAIMER | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| TODD MICHAEL CARTER, FEDERAL BUREAU OF INVESTIGATION, AND DOES 1-10, INCLUSIVE, | ) |
| *Defendant* | ) |

CV11-9761 JAK (SSx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   FEDERAL BUREAU OF INVESTIGATION
One Worldtrade Center, Suite 1500
Long Beach, CA 90831

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:       Evan T. Burge, Esq.
Sinclitico & Burns, APLC
330 Golden Shore, Suite 410
Long Beach, CA 90802
Attorneys for Plaintiff, Lyle Raimer

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: NOV 2 3 2011

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐  I returned the summons unexecuted because _____ ; or

☐  Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                          *Server's signature*

                                  _____
                                          *Printed name and title*

                                  _____
                                          *Server's address*

Additional information regarding attempted service, etc:

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
LYLE RAIMER

**DEFENDANTS**
TODD MICHAEL CARTER, FEDERAL BUREAU OF INVESTIGATION, and Does 1 - 20, Inclusive.

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Evan T. Burge, Esq. (SBN 86024)
Sinclitico & Burns, APLC
330 Golden Shore, Suite 410, Long Beach, CA 90802; Tel:562-628-1919

Attorneys (If Known)

Paul F. Raimondi, Chief Division Counsel, United States Department of Justice, Federal Bureau of Investigation, 11000 Wilshire Boulevard, Suite 1700
Los Angeles, CA 90024

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question (U.S. Government Not a Party)

☑ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No     ☐ **MONEY DEMANDED IN COMPLAINT: $** 200,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C.A. Section 1346(b), Federal Tort Claims Act. . .personal injury or death caused by the negligent act or omission of any employee of the Government.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | ☐ 630 Liquor Laws | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | **IMMIGRATION** | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV11-9761

**FOR OFFICE USE ONLY:**   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:**  (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐    Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES COUNTY | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐    Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
     **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date NOVEMBER 21, 2011

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |